E-FILED
Wednesday, 30 April, 2008 01:10:35 PM
Clerk, U.S. District Court, ILCD

Page 1

**FILED**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

APR 3 0 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JOSHUA M. THOMAS )
**Plaintiff** )
)
)
vs. )Case No. **08-1101**
)
DR. CULITANAN )
)
NURSE RENAE / MR. CANTON )
EARL HELM / PAUL MALAVOLTI )
ANDREW THOMPSON )
MRS. LINTON **Defendant(s)** )
DR. YORIN )
NURSE TAYLOR / MRS. HOSTETTLER **COMPLAINT**

"OFFICIAL SEAL"
Shelly Hagan
NOTARY PUBLIC, STATE OF ILLINOIS
Tazewell County
MY COMMISSION EXPIRES 06-11-2008

Shelly A Hagan   4/23/08

☒ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other

_____

___

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, JOSHUA M. THOMAS , and states as follows:

My current address is: 101. S. CAPITOL / PEKIN. IL 61554 / TAZEWELL COUNTY JUSTICE CENTER

The defendant DR. CULITANAN , is employed as DOCTOR at TAZEWELL COUNTY JUSTICE CENTER (JAIL)

The defendant RENAE , is employed as NURSE (HEAD NURSE) at TAZEWELL COUNTY JUSTICE CENTER (JAIL)

The defendant EARL HELM , is employed as SUPER INTENDENT
at TAZWELL COUNTY JUSTICE CENTER

The defendant ANDREW THOMPSON , is employed as (JAIL) MORTON POLICE
OFFICER at MORTON POLICE DEPARTMENT
(revised 9/96)

The defendant MRS. LINTON , is employed as CORRECTIONAL
OFFICER at TAZEWELL COUNTY JUSTICE CENTER JAIL

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as

above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same

facts involved in this case?          Yes      ☐    No  ☒

If yes, please describe

N/A
_____

N/A
_____

N/A

B. Have you brought any other lawsuits in state or federal court while incarcerated?

                    Yes      ☐    No  ☒

C. If your answer to B is yes, how many? N/A   Describe the lawsuit in the space

below. (If there is more than one lawsuit, describe the additional lawsuits on another

piece of paper using the same outline.)

1. Parties to previous lawsuit:

   Plaintiff(s) _____ N/A _____

   Defendant(s) _____ N/A _____

   N/A

2. Court (if federal court, give name of district; if state court, give name of county)

   N/A

THE DEFENDANT PAUL MALAVOL
IS EMPLOYED AS CORRECTIONAL OFFICER, AT TAZEWEI
COUNTY JUSTICE CENTER
        THE DEFENDANT DR. VORIN, IS EMPLOYED AS DOCT
TAZEWELL COUNTY (PEKIN HOSPITAL)
        THE DEFENDANT MRS. TAYLOR, IS EMPLOYED AS NURS
TAZEWELL COUNTY JUSTICE CENTER AND PEKIN HOSPITA

        THE DEFENDANT MR. CANTON, IS EMPLOYED AS
CORRECTIONAL OFFICERS AT TAZEWELL COUNTY JU
        THE DEFENDANT MRS. HOSTETTLER, IS EMPLOYED
AS CORRECTIONAL OFFICER AT TAZEWELL COUNTY JUSTICE C

3. Docket Number/Judge

N/A

4. Basic claim made

N/A

5. Disposition (That is, how did the case end.  Was the case dismissed?  Was it

appealed?  Is it          still pending?)

N/A

6. Approximate date of filing of

lawsuit_____N/A_____

7. Approximate date of disposition

N/A

For additional cases, provide the above information in the same format on a separate

page.     N/A


## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A.  Is there a grievance procedure available at your institution?   Yes  ☒   No ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?   Yes  ☒

No  ☐   If your answer is no, explain why not

N/A

N/A


C.  Is the grievance process completed?    Yes  ☒   No ☐

*PLEASE NOTE:  THE PRISON LITIGATION REFORM ACT BARS ANY*



*INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS*

*OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE*

*ADMINISTRATIVE REMEDIES.  PLEASE ATTACH COPIES OF MATERIALS*

*RELATING TO YOUR GRIEVANCE.*



# STATEMENT OF CLAIM

Place of the occurrence  TAZWELL COUNTY, PEKIN, ILLINOIS

Date of the occurrence  MAY OF 2006 THROUGH MARCH 24, 2008  4/22/0
(SEE ATTACHED FOR MORE DATES OF OCCURENCES)  MICHAEL TRUMPY

Witnesses to the occurrence  _____  (ERS)
(PEKIN)

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.*  LIZ / PAT        TAZWOOD MENTAL HEA
*Unrelated claims should be raised in a separate civil action.*

*THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED*
WITNESSES - JOHN T. WILLIAMS / EDMOND NISCHWITD / MARK A. McCLARY

① MAY OF 2006, I WAS IN THE SALLYPORT AND HOLDING CELL IN TCJC CUSTODY. THERE WAS A POOL OF BLOOD IN THE COP CAR, SALLYPORT HOLDING CELL, AND I WAS COVERED IN BLOOD FROM HEAD TO TOE. I HAD MY THROAT CUT ALONG WITH MULTIPLE DEEP GASH LACERATIONS FROM MY UPPER LEFT ARM TO MY LOWER WRIST. THEY DID NOT TAKE ME TO THE HOSPITAL. THEY DID NOT TREAT ME AT THE JAIL UNTIL 12 HOURS LATER. I KEPT ASKING FOR HELP AND CORRECTIONAL OFFICER HOSTTLER AND CAPTAIN DID NOTHING, BUT LAUGH AND MAKE JOKES AT ME. I LOST MASSIVE AMOUNTS OF BLOOD. I WAS BOUNCING IN AND OUT OF CONCIOUSNESS AND I COULDN'T STOP THE BLOOD FROM GUSHING OUT. I WAS STILL BLEEDING 12 HOURS LATER. THE NURSE COULD NOT DO STITCHES BECAUSE TOO MUCH TIME HAD PASSED WITHOUT TREATMENT, SO SHE GAVE ME SOME KIND OF STERI-STRIP DOWN MY ENTIRE LEFT ARM. I HAVE MEDICAL PROGRESS NOTES TO PROVE THIS. I ASKED FOR HELP. I HAVE A WITNESS.

② 3/24/08 - NEW INCIDENT - IT IS NOW 4/22/08 AND I STILL HAVE NOT RECIEVED ANY MEDICAL TREATMENT FROM DR. VOICN DR. CULLIANAN, HEAD NURSE RENEE _____, NURSE TAYLOR (MRS.), FOR ALL OF MY INJURIES. I'VE BEEN WRITING SUPER INTENDENT EARL HELM ABOUT MYSELF GETTING MEDICALLY NEGLECTED. I'VE BEEN ASKING FOR HELP THROUGH THE GREEVANCE AND REQUEST FORM SYSTEM. I'VE BEEN ASKING EVERYDAY FOR THE PAST MONTH AND I STILL HAVE NOT SEEN A DOCTOR OR HAD ANY MEDICAL HELP AT ALL.

I HAVE BROKEN BONES, A CONCUSSION, CUTS THAT ARE
SCARS NOW, MULTIPLE BRUISES ON MY BODY, AND MULTIPLE
OPEN WOUNDS. I WAS SEEN BY MRS. TAYLOR THE NURSE AND
DR. VORIN AT THE PEKIN HOSPITAL ON 3/24/08 IN THE
EMERGENCY ROOM THE DAY I WAS ARRESTED. THE DOCTOR
AND NURSE WOULD NOT GIVE ME X-RAYS ON MY LEFT HAND,
MIDDLE FINGER THAT IS BROKE OR MY LEFT ANKLE THAT
WAS POSSIBLY BROKEN. BOTH WERE EXTREMLY SWOLLEN, AND
IN PAIN AND STILL ARE. THEY DENIED ME X-RAYS &
PHOTOGRAPHS OF INJURIES. THEY PRESCRIBED ME SEVERAL
MEDICATIONS AT THE HOSPITAL, AND TO MY KNOWLEDGE
WERE TAKEN BY PEKIN POLICE TO THE TAZEWELL COUNTY
JAIL. IT IS NOW 4/22/08 AND I STILL HAVE NOT
GOTTEN THESE MEDICATIONS. I HAVE MEDICAL RECORDS
AND GRIEVANCES TO PROVE THIS. THE HEAD NURSE RENAE
_____, SAID MY REQUEST FORMS TO SEE THE DOCTOR
AND NURSE MEAN NOTHING, EVEN IF I WRITE 20 OF THEM,
AS WELL AS WRITE GRIEVANCES ABOUT NO MEDICAL ATTENTION.
I HAVE NO FEELING IN MY LEFT HAND AND MY MIDDLE FINGER
WILL NOT WORK RIGHT. I'VE ALSO BEEN LIGHT HEADED AND
HAVE BLOOD SHOT EYES FROM MY CONCUSSION, I'VE ALSO BEEN
THROWING UP.

⑧ 4/10/08 - NEW INCIDENT - PAUL MALAVOLTI - I WATCHED
HIM THROW AWAY A GRIEVANCE I WROTE ON
MRS. KINTIN ABOUT HER MISCONDUCT, AND
CORRECTIONAL OFFICER THOMAS SEEN HIM DO IT
TOO. THIS IS ALL ON CAMERA AND VIDEO TAPE.
SENIOR SERGEANT ULLRICH COVERED UP PAULS MISCONDUCT

③ 4/2/08 - NEW INCIDENT - MRS. LINTON DENIED MY PHONE CALL TO MY **LAWYER**. SHE ALSO SAID IF I WERE **HER** SON SHE WOULD OF DROWNED ME AT BIRTH.

④ 4/10/08 - NEW INCIDENT - MRS. LINTON SAID THAT I HAVE NO RIGHTS. SHE IS ALSO LETTING THE PERSON I GOT ARRESTED WITH KNOW ABOUT MY LETTERS I'VE WROTE TO THE JUDGE ABOUT MY LEGAL CASE AND VICE-VERSA WITH HIM WITHOUT MY PERMISSION. SHE'S TAKING PERSONAL INTEREST IN ME AND INTERFERING WITH MY CRIMINAL CASE. SHE ANNOUNCED OVER THE INTERCOM SYSTEM IN FRONT OF 18 INMATES DETAILS OUT OF A LETTER I WROTE TO MY LAWYER ABOUT MY PENDING CRIMINAL CASE. I DON'T NEED THAT, I'VE BEEN TRYING TO GET TRANSFERED TO A DIFFERENT COUNTY).

⑤ 3/24/08 - ANDREW THOMPSON - HE TASED ME WHEN I GOT ARRESTED. I HAVE A BROKEN FINGER & POSSIBLE BROKEN ANKLE FROM BEING TASED. HE TASED ME WHEN I WAS ON THE GROUND COOPERATING. HE ASKED ME, IF I HAD ENOUGH YET, I COULDN'T EVEN GET A CHANCE TO SAY A WORD, HE KEPT ON

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

PROPER AND EFFECTIVE MEDICAL TREATMENT. REFERRAL TO SPECIALIST FOR X-RAY, MRI, PERTINENT TESTS, PRIMARY CARE TREATMENT. PRIMARY POSITION CARE. I NEED FULL RESTITUTION AND FULL COMPENSATION FOR PAIN AND SUFFERING, BOTH PHYSICALLY AND EMOTIONALLY. I NEED FULL RESTORATION OF CIVIL AND CONSTITUTIONAL RIGHTS FOR MYSELF AND EVERY INMATE.

**JURY DEMAND**    Yes ☒    No ☐

Signed this __23__ day of __APRIL__,

~~19~~ 2008.

*(Signature of Plaintiff)*

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| JOSHUA M. THOMAS | # 10001064A (JAIL)  # R29082 (PRISON) |
| Address: PEKIN, IL 61554  101. S. CAPITOL (TCJC JAIL) | Telephone Number: 309- |

"OFFICIAL SEAL"
Shelly Hagan
NOTARY PUBLIC, STATE OF ILLINOIS
Tazewell County
MY COMMISSION EXPIRES 06-11-2008

Shelly Hagen    4/23/08

#10001064-19

## Tazewell County Justice Center
## Detainee Request Form

**Name:** THOMS, JOSHUA, M     **Date:** 4/24/08 **Pod:** SHU **Cell:** 7

(Last        First        M.I.)

***Instructions***
1. Print all information.
2. Provide as much information as possible, fill out the narrative section.
3. Check the ( ) item you are requesting for information.
4. Fill out **Only One (1) Request** per form.
5. Submit the white and yellow copy of the request form, keep the pink copy.

***Classification Section***
( ) Request For Tender Status
( ) Request For Reclassification
( ) Problems With Other Detainees
( ) Appeal Of Disciplinary
( ) Appeal of Classification

***Medical***
( ) Request To See Nurse

***Administrative Section***
( ) Request for information
   ( ) Court Date   ( ) Writs   ( ) Holds   ( ) Mail   ( ) Detainee Account Balance
( ) Request for Special Visit
( ) Property
( ) Food Service Section
( ) Commissary Section
(X) Complaint About Treatment/Grievances
   ( ) Appeal of Grievance
( ) Request To Go To Law Library
( ) Other

*EMERGENCY HANDLE NOW & GET HER HELP OR I WILL EITHER WAY (HOUSING UNIT) SHE IS IN H-7 IN THE MED UNIT AT TCJC HE SAID SHE'S UPSET & IS CRYING FOR HELP*

Area below narrative for above request. Use space below and attach paper if necessary:

I HAVE BEEN INFORMED THAT THERE IS A PREGNANT FEMALE DETAINEE IN THE MEDICAL UNIT THAT WAS TASED BY AN OFFICER. I HOPE TO GOD THAT NEVER HAPPENED AND I WAS MISINFORMED. I THINK HER NAME IS ASHLEY TARDIS FROM HOUSTON, TEXAS WHO IS IN CUSTODY HERE. JUSTIN NOWARD TOLD ME A PARTICULAR

**Detainees Signature:** _____ **Date:** 4/24/08

***Staff Response***_____

_____

_____

_____

_____

**Pod Officer/Staff Signature:** Kolesar     **Star #** 6349 **Date:** 4 24 08
**Sergeant/Area Supervisor Signature:** _____ **Star #** _____ **Date:** __/__/__

   White- Send to Classification   Yellow- Return to Detainee   Pink- Detainee retain after filling out

FEMALE DETAINEE, TOLD HIM SHE WAS PREGNANT AND GOT TASED. HE SAID SHE'S BEEN ASKING TO GO TO THE HOSPITAL TO GET MEDICAL HELP. TCJC WON'T TAKE HER.

"OFFICIAL SEAL"
Shelly Hagan
NOTARY PUBLIC, STATE OF ILLINOIS
Tazewell County
MY COMMISSION EXPIRES 06-11-2008

Shelly Hagen
4/21/08

James R. Thompson
Center
Complaint Intake Unit
100 West Randolph Street
Suite 9-300
Chicago, Illinois 60601
312/814-6910



# Illinois Department of Professional Regulation

## COMPLAINT/CLAIM INTAKE REPORT

1. Please type or print clearly in dark ink.
2. Please attach copies of important papers concerning your complaint/claim.

**COMPLAINANT**

| Your Name | Day Telephone No. |
|---|---|
| JOSHUA MICHAEL THOMAS | 309-241-6135 |

| Mailing Address | Night Telephone No. |
|---|---|
| 101 S. CAPITOL | 309-241-6343 |

| City/Town | State | ZIP Code |
|---|---|---|
| PEKIN | ILLINOIS | 61554 |

**YOUR COMPLAINT/CLAIM IS AGAINST (RESPONDENT)**

| Name of Provider of Services | Profession | Telephone No. |
|---|---|---|
| TAZEWELL COUNTY JUSTICE CENTER (STAFF) | DOCTOR/NURSE JAIL STAFF CORRECTIONAL OFFICERS | 309- |

| Street Address | Date Event Occurred |
|---|---|
| 101 S. CAPITOL | (5/25/06) (3/24/08)-4/21/08 |

| City/Town | State | ZIP Code | County of Occurrence |
|---|---|---|---|
| PEKIN | ILLINOIS | 61554 | TAZEWELL COUNTY |

Briefly describe your complaint/claim:

(MEDICAL NEGLECT AND VIOLATION OF CIVIL RIGHTS) THIS ALL SPANNED FROM MAY OF 2006 WHEN I WAS IN THIS JAIL'S CUSTODY. I HAD MY THROAT CUT ALONG WITH MULTIPLE LACERATIONS FROM MY LEFT (UPPER) ARM TO MY LOWER WRIST. THEY DID NOT TAKE ME TO THE HOSPITAL. THEY DID NOT TREAT ME AT JAIL FOR OVER 12 HOURS. I HAVE MEDICAL PROGRESS NOTES AND WITNESSES TO PROVE THIS. I LOST MASSIVE AMOUNTS OF BLOOD (POOLS OF BLOOD) I WAS STILL BLEEDING 12 HOURS LATER. OFFICERS ___ ___ BUT I ___ AND ___ DATES. (3/24/08-NEW INCIDENT: IT IS NOW 4/21/08 AND I STILL ___ NOT RECEIVED ANY MEDICAL TREATMENT FOR MY ___, I HAVE ___ A ___ ___ ___ HAVE NOT GOT ___ ___ ___ ___ VIOLATING ___ OF MY CIVIL RIGHTS. THEY ___ ___ NO REGARD. THEY ARE COVERING UP ___)

**DEPARTMENT USE ONLY**

Complaint/Claim Received By: _____ Date: _____

How Received:  ☐ Phone  ☐ Letter  ☐ Walk-in

L-486-1717 12/02 (ENF)  / You will receive an acknowledgment letter in the mail.

*(signature)*
APRIL 24, 2008

**"OFFICIAL SEAL"**
**Shelly Hagan**
NOTARY PUBLIC, STATE OF ILLINOIS
Tazewell County
MY COMMISSION EXPIRES 06-11-2008

*Shelly Hagen 4/24/08*

Deputy Clerk
Court of Claims of Illinois
630 South College Street
Springfield, IL 62756

APRIL 24, 2008
(Date)

Illinois Attorney General
Court of Claims Division
100 West Randolph street, Suite 10-400
Chicago, IL 60601

RE: Notice of Intention to Commence Action in Court of Claims

Dear Sirs,

  Please take notice that the claimant herein intends to commence an action in the Court of Claims against the State of Illinois for damages on account of personal injury.

  Pursuant to 705 ILCS 505/22-1, the following information is hereby furnished:

  1. The name of the person to whom the cause of action has accrued and the person claiming the loss is JOSHUA M. THOMAS, IDOC # K29722 - ACTION) presently incarcerated at the TCJC Correctional Center, PEKIN, IL. COUNTY-JAIL # 100011649

(I HAVE WITNESSES) (TAZEWELL COUNTY JUSTICE CENTER)

  2. The incident occurred on or about 3/24/08, 2008, at or about 6:00AM 12:00PM AM/PM (4/24/08) THROUGH THESE DATES (I'M NOT THE ONLY ONE AT THIS JAIL WHO IS BEING NEGLECTED.)

TCJC JAIL IS COVERING UP THEIR MISCONDUCT. PLEASE HELP.

  3. Briefly, the injury/loss occurred under the following circumstances:
I HAVE BROKEN BONES, A ... AND I STILL HAVE NOT GOT MY PRESCRIBED MEDICATION. I WAS ARRESTED ON MARCH 24, 2008. I WAS TAKEN TO PEKIN HOSPITAL ON THAT DATE FOR MULTIPLE INJURIES AND BROKEN BONES FROM THE POLICE. THE NURSE AND DOCTOR DENIED ME X-RAYS AND PROPER MEDICAL ATTENTION. MY ARREST WAS ALL OVER THE NEWS ON TV AND NEWSPAPERS. IT IS NOW 4/24/08 AND I STILL HAVE NOT SEEN OR HEARD FROM THE DOCTOR. I HAVE WRITTEN THE NURSE, DOCTOR, AND SUPER-INTENDENT THROUGH THE REQUEST FORMS/... AND MENTALLY BECAUSE OF NO HELP. I HAVE WROTE COUNTLESS ... TO EARL HELM AND THE MEDICAL UNIT FOR NOT GIVING TREATING MEDICALLY FOR A MONTH NOW. I STILL HAVEN'T GOT MY PRESCRIBED MEDICATION FOR MY INJURIES ON 3/24/08. I HAVEN'T GOT ANY ANSWERS OR REASONS WHY THEY ARE MAKING ME SUFFER. EARL HELM AND THE NURSE HAVE NOT WROTE ME BACK ... FOR A MONTH NOW. THE JAIL STAFF SAY I HAVE NO REC ...

Respectfully submitted,
*(signature)*
IDOC # K29082
TAZEWELL COUNTY JUSTICE Correctional Center
P.O. BOX
PEKIN, IL 61554

Form revised 05-29-04