E-FILED
Wednesday, 30 April, 2008 01:17:10 PM
Clerk, U.S. District Court, ILCD

① COVER PAGE   JOSHUA THOMAS, PRO SE PLAINTIFF

TAZEWELL COUNTY JUSTICE CENTER
101. S. CAPITOL
PEKIN, IL 61554

TENTH JUDICIAL **MEMORANDUM**

CIRCUIT

FILED

APR 30 2008

TAZEWELL COUNTY

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

08-110 /

**TO:** PAM GARDNER
**FROM:** APPLICANT, JOSHUA THOMAS, PETITIONER, PRO SE
**DATE:** APRIL 28, 2008
**IN RE:** APPLICATION TO SUE OR DEFEND AS A POOR PERSON / ACTION PRO SE (I AM ACTING AS MY OWN ATTORNEY.) REQUESTING.

---

APPLICANT, JOSHUA THOMAS, RESPECTFULLY REQUESTS THE COURT, PURSUANT TO 735 ILCS 5/5-105, AND RULE 298 OF THE SUPREME COURT, TO GRANT MYSELF LEAVE TO (SUE / DEFEND) AS A POOR PERSON; IN SUPPORT APPLICANT STATES THAT THE FOLLOWING FACTS ARE TRUE IN SUBSTANCE AND IN FACT:

1. I AM THE PETITIONER IN THE ABOVE CAPTIONED LEGAL PROCEEDINGS.

2. I AM A POOR PERSON AND UNABLE TO (PROSECUTE / DEFEND) THIS ACTION AND AM UNABLE TO PAY THE COSTS, FEES, AND EXPENSES OF THIS ACTION.

3. I JOSHUA THOMAS REQUEST FILE STAMPED COPIES. PETIONER IN ACTION PRO SE.

COVER PAGE                                    PLAINTIFF

101 S. CAPITOL
PEKIN, IL 61554

# MEMORANDUM

TENTH JUDICIAL                    TAZEWELL
CIRCUIT                            COUNTY

TO: PAM GARDNER
FROM: PETITIONER JOSHUA THOMAS, PRO SE
DATE: APRIL 28, 2008
IN RE: FILING CASES (MR) MISCELLANEOUS REMEDY / MANDAMUS

---

\* PETITIONER / PLAINTIFF REQUEST ORDER TO GIVE NOTICE TO THE COURT I JOSHUA THOMAS PRO SE, REQUEST TO FILE CASE CATEGORY MR, MISCELLANEOUS REMEDY: UNDER SUBCATEGORY, MANDAMUS. I REQUEST FOR THE LEAVE TO FILE PETITION OF MANDAMUS PURSUANT TO CODE OF CIVIL PROCEDURE 735 ILCS 5/14-101 et. seq., DIRECTED TO THE DEFENDENT EARL HELM. IN SUPPORT THEREOF, I PLAINTIFF, JOSHUA THOMAS PRO SE STATES AS FOLLOWS:

1. LEAVE TO FILE A PETITION OF MANDAMUS IS AN ORIGINAL ACTION BEFORE THE COURT.

2. PLAINTIFF PRESENTS FOR REVIEW ISSUES OF LAW PERTAINING TO MYSELF WHILE INCARCERATED AT TAZEWELL COUNTY JUSTICE CENTER, PEKIN, ILLINOIS, TAZEWELL COUNTY.

3. I JOSHUA THOMAS REQUEST FILE STAMPED COPIES. PLAINTIFF JOSHUA THOMAS IN ACTION PRO SE.