**E-FILED**
Wednesday, 30 April, 2008  01:37:19 PM
Clerk, U.S. District Court, ILCD



# United States District Court
## Central District of Illinois

Pamela E. Robinson
clerk of court

TEL: 309.671.7117
FAX: 309.671.7120

### Office of the Clerk
309 U.S. Courthouse
100 N.E. Monroe Street
Peoria, Illinois 61602

April 30, 2008

INMATE NAME AND #Joshua M. Thomas
#R29082

CASE NUMBER: 08-1101

Trust Fund Department
Tazewell County Justice Center
101 S. Capitol
Pekin, IL 61554

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from the above named inmate.   In order for the Court to determine whether s/he is entitled to proceed in forma pauperis, the Court must review his/her trust fund ledgers for the six months immediately proceeding receipt of his/her complaint.   Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of the above named inmate's trust fund ledgers for the period **October 30, 2007 thru April 30, 2008**, within fourteen days of the date of this letter.   Please mail the trust fund ledgers to:

> United States District Court
> Central District Of Illinois
> 309 Federal Building
> 100 N.E. Monroe
> Peoria, IL 61602

Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

Sincerely,

Pamela E. Robinson

Clerk, U.S. District Court

cc: Inmate