E-FILED
Wednesday, 30 April, 2008 04:13:22 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Joshua M. Thomas** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO: 08-1101** |
| **Dr. Cullianan, et al.** | ) | |
| Defendant | ) | |

**TO:  THE WARDEN of** Tazewell County Justice Center, Pekin, IL

   **WE COMMAND** that you produce the body of **Joshua M. Thomas,  Register No. R29083,**  who is in  your custody at Tazewell County Justice Center, before  the  United  States  District Court on Tuesday, June 10, 2008 at 9:45 AM (CST)by  making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendant.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return her to her current regular assignment.

   **WITNESS** the Honorable Pamela E. Robinson, CLERK of the United States District Court for the Central District of Illinois.

   DATED: April 30, 2008

       s/Pamela E. Robinson
       PAMELA E. ROBINSON, CLERK
       UNITED STATES DISTRICT COURT

       BY: s/R. Knox
         Deputy Clerk

telewrit.wpd