E-FILED
Wednesday, 14 May, 2008   04:22:50 PM
Clerk, U.S. District Court, ILCD

U.S. DISTRICT
COURT
CENTRAL DIVISION

STATE OF ILLINOIS
"FREEDOM OF INFORMATION"
"ACT"

TENTH JUDICIAL
CIRCUIT

INFORMATION

TAZEWELL
COUNTY

JOSHUA THOMAS
        PLAINTIFF

CASE # 08-1101

VS.

DR. CULLINAN        ET AL
EARL HELM

        DEFENDANT,        (RIGHTS)
                (VIOLATION OF DETAINEE)

(VIOLATION OF CIVIL RIGHTS) FELONY / CIVIL DIVISION        RESPECTFULLY
(PERSONAL INJURY - MEDICAL NEGLECT)        SUBMITTED
(ALL DOCUMENTS "ORDER" I REQUEST FILED STAMPED COPY)

        YOUR HONOR, I REQUEST "BY HABEAS
CORPUS LAW" THAT YOU GRANT ALL MOTIONS,
REQUESTS, AND SUBPOENAS CONCERNING THIS
CIVIL CLAIM AGAINST EARL HELM AND THE
TAZEWELL COUNTY JUSTICE CENTER. I FEEL IT
IS BOTH ESSENTIAL AND CRUCIAL FOR ADDED
SUFFICIENT EVIDENCE TO PROVE THIS CASE IN
A SWIFT MANNER OF COMMENCING ACTION
"BY HIPPA LAW" "BY 42 U.S.C. §1983 BY EMS LAW"
ALSO "BY CRIME VICTIMS COMPENSATION ACT"
ALSO BY PROCEDURE AND STATUTES OF ILLINOIS CODE
AND REGULATIONS. ALSO "BY CIVIL..."

8

MOTIONS "EXTENSION OF ...

I REQUEST A PUBLIC RECORD OF ALL OFFICERS LAW ENFORCEMENT AND THE JAIL DOCTORS AND NURSES & SCHEDULE, ALL RECORDS OF COMPLAINTS, CALL FOR LEGAL ACTION TO BE TAKEN AND STATEMENTS FROM ALL CORRECTION OFFICERS, DOCTORS, AND NURSES. I REQUEST A HEARING TO BE SET FOR A CONTINUANCE TO FURTHER PREPARE AND PROVE MY CASE AGAINST TAZEWELL COUNTY. I ALSO REQUEST ALL MY FULL DETAINEE FILES FROM TAZEWELL JAIL INCLUDING ALL MEDICAL PROGRESS NOTES AND X-RAYS FROM MOBILE DIAGNOSTIC CENTER. ALL MEDICAL RECORDS FROM PEKIN HOSPITAL, (EMERGENCY ROOM) AND ALL FILES OF MYSELF FROM THE PEKIN (TAZWOOD) MENTAL HEALTH CENTER (ERS) UNDER THE "HIPPA" "LAW" AND MY FREEDOM OF INFORMATION RIGHTS ("FREEDOM OF INFORMATION ACT") I REQUEST FULL COMPENSATION AND RESTITUTION TO BE GRANTED FOR PHYSICAL AND MENTAL ANGUISH PAIN AND SUFFERING UNDER THE "CRIME VICTIMS COMPENSATION ACT." (RELIEF REQUESTED) I CALL FOR A CLASS ACTION CIVIL LAWSUIT THAT WILL CHANGE LAWS FOR MYSELF (INMATES) ALL ACROSS AMERICA AND FOR ALL JAIL STAFF TO BE DISCIPLINED

I REQUEST FILED SUBMIT (3 COPIES) SUBMIT

SUBPOENA TCJC JAIL GI REQUEST ALL GREIVANCE FILES AND MEDICAID REQUEST AND CALL FOR WITNESSES TO COME FOR HAND WRIT SETTING UNDER PAIN TO TESTIFY THE TRUTH FOR TRUE JUSTICE (ABOUT TCJC JAILS JAIL STAFFS TREATMENT (ENTITLEMENT AND UNFAIR TREATMENT) AND MEDICAL REQUEST AND VIOLATIONS OF CIVIL RIGHTS GUARANTEED "BY LAW" DETAINEE RIGHT #1 AND #14 LISTED CLEARLY ON THE 1ST PAGE OF THE "TCJC" DETAINEE RULES & REGULATIONS "HANDBOOK" CRUEL AND UNUSUAL PUNISHMENT EXCESSIVE USE OF FORCE, PERSONAL INTEREST, AND ABUSE AND EXTREME PREJUDICE AGAINST INMATES. I REQUEST AND CALL FOR ALL RECORDED VISUAL VIDEO TAPES ON THE TCJC JAILS HARD-DRIVE TO BE SUBMITTED TO TRIAL PROVE CLEAR AND EVIDENT JAIL STAFF VIOLATIONS OF CIVIL RIGHTS" INCLUDING FREEDOM OF SPEECH. PLEASE GRANT THESE MOTIONS FOR SUBPOENAS UNDER AND "BY HABEAS CORPUS LAW" AND C.F.R. THANK YOU SO MUCH YOUR HONOR, I REQUEST FILED STAMP COPIES (ALL DOCUMENTS) JOSHUA MITCHEL RESPECTFULLY THOMAS SUBMITTED



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**ROD R. BLAGOJEVICH**
Governor

**DEAN MARTINEZ**
Secretary

**DANIEL E. BLUTHARDT**
Director
Division of Professional Regulation

May 2, 2008

Illinois Dept of Corrections
Inmate Grievance Division
1301 Concordia Court-box 19277
Springfield, Illinois 62794



Re:  Joshua Michael Thomas's complaint

Dear Sir or Madam:

The enclosed complaint was filed in our office.  Although we would like to assist this consumer, the nature of the complaint appears to be in your jurisdiction and not ours.

We are forwarding the complaint to your office for investigation and request that you respond directly to the consumer with your findings.

We appreciate your assistance in this matter and if we may be of any help to you in your investigation, please contact us.

Sincerely,

Illinois Department of Financial & Professional Regulation
Complaint Intake Unit

Cc:  Joshua Michael Thomas

"CRIME VICTIM COMPENSATION ACT"

CLASS ACTION "LAWSUIT"

42 U.S.C. § 1983 "BIVENS"

# AFFIDAVIT

TENTH JUDICIAL CIRCUIT

TAZEWELL COUNTY

I, JOSHUA THOMAS DEPOSES AND SAYS THAT AS TO THE PETITION HEREIN, I THE PLAINTIFF IN THE BELOW ENTITLED CAUSE; THE HE/SHE HAS READ THE FOREGOING DOCUMENT, BY HIS/HER SIGNED, AND THAT THE STATEMENTS CONTAINED THEREIN ARE TRUE IN SUBSTANCE AND IN FACT. SIGNED COMPLAINT.

"CIVIL LIABILITIES ACT"    "COUNTY JAILS ACT" s/s

PLAINTIFF, PRO SE

SIGNED BEFORE ME THIS ____ DAY OF ____

ARTICLE X. 735 ILCS 5/10-1 "BY HABEAS CORPUS LAW"

**NOTARY** PUBLIC

4/29/08 STATEMENT: CORRECTIONAL OFFICER BIEBER- INCIDENT - 10:00 P.M. THROUGH 6:00 A.M. 4/30/08 -

THE INCIDENT OCCURED RIGHT BEFORE ERS SHOWED UP AND WHILE THE ERS WORKER (PAT) - WAS HERE. INCIDENTS ALSO OCCURED THROUGH OUT THE NIGHT PERIODICALLY. (JOSHUA KURKOV) JUSTIN HOWARD

RESPECTFULLY SUBMITTED, PLAINTIFF, PRO SE

WITNESS:

GLASS ACTION:

KRISTINA BURGARD (NTK MARTIN)

MERVELL WATSON
ASHLEY TRAPP
JOSHUA CRANDELL
JAKE SUTTON
(MARK McCLARY)

JOHN T. WARD

EDWARD NESCHWITH
AARON GLECKNER
MICHAEL TRUMP
(CHRIS REGAN)

14 PEOPLE (15) ↑ (LAWSUIT)
PREACHER JERRY RUPP

OFFICIAL SEAL
Shelly Hagan
NOTARY PUBLIC, STATE OF ILLINOIS
Tazewell County
MY COMMISSION EXPIRES 06-11-2008

5/7/08

*Shelly Hagan* 5/8/08

PERSONAL INSURY
CLAIN
("PETITION")

DETAINE "JOHN T WILLIAMS
TAZEWELL COUTY JUSTCE CENTER
101. S. CAPITAL
PEKIN, IL 61554

COURT OF CLAIMS
630 SOUTH COLLEGE STREET
SRINGFIELD, IL 62756

# GRIEVANCE'S BETTER KNOWN
## AS
## REQUEST FORE'S...

STATEMENT: I JOHN T WILLIAMS, HAVE BEEN SENTING REQUEST BACK IN FORTH AS YOU CAN SEE. THEREFOR THEY HAVE'NT BEEN CORREPONT TO SOME OF MY REQUEST FORM'S. IN I AM STATING THAT THE FACTS IN THE FORSOING INFORMATION ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. HOWEVEY I'M PRETTIE SURE IF YOU CAN SEE THEY HAVE'NT WROTE A INCIDENT REPORT AGINS ON WHAT HAPPEN ON 4/18/08. BETWEEN 12:00 A.M & 13:00 A.M. IT IS HEARD FOR ME IN HERE I CAN NOT GET ANY PICTURE TAKING OF MY LEFT SHOULDER FOR EVADENCT. TO MY CASE. BUT I CAN CLEARAFINED THIS, IT IS CAMERA INSIDE MY ROOM WHERE I SLEEP AT IN IT WILL PROVE EVERTHING ON WHAT HAPPEND TO ME 4/18/08. HOWEVER I LSO I HAVE WITNESSES TO MY PETITION IN MY CLAIM. THEREFOR I APPRECATE IN HOPE YOU INVESTIGATE MY CLAIM.

THANK YOU.

*John S. williams*
B2006 73350/11835-026

(PHYSICAL INJURY) VIOLATION OF CIVIL RIGHTS & C. JAIL STANDARDS (PHYSICAL INJURY, MEDICAL NEGLECT, VIOLATION OF DETAINEE RIGHTS,

PLEASE HELP, THIS IS WHAT OFFICER CATTON TOLD ME
AT ABOUT 7:00 P.M / 5/8/08 - THURSDAY,
JUDGE KOURT, (NO JOKE) - JUDGE HAROLD A. BAKER,
CORRECTIONAL OFFICER CATTON, SAID WHAT
THEY ARE DOING TO ME IS THIER OWN LITTLE
WAY OF GETTING BACK AT ME. ULLRICH, VAN HUSSEN
& CATTON ARE CONSPIRING AGAINST COUNTY JAIL
STANDARDS TO PUNISH ME, BECAUSE I HAVE A
LAWSUIT AGAINST THEM. CATTON SAID THEY CAN
DO THIS EVEN, IF IT DOESN'T PERTAIN TO COUNTY
JAIL STANDARDS PUNISHMENT. CATTON SAID THEY
ARE DOING THIS, BECAUSE I WANT TO PLAY GAMES,
I ASKED CATTON, IF THIS PUNISHMENT THEY ARE
GIVING me FOR, PUTTING MY BLANKET AROUND ME,
BECAUSE I WAS COLD, AND WAS IN INTENSE PAIN
FROM MY FRACTURED BONE IN MY "KNEE" WAS BY
LAW OR COUNTY JAIL STANDARDS? HE SAID NO,
THIS IS OUR OWN LITTLE THING WE CAME UP
WITH TO DO TO YOU JOSH. (INHUMANE & UNFAIR
TREATMENT) (DETAINEE RIGHT # 1, IN DETAINEE
HANDBOOK - VIOLATION - RIGHT DENIED) (-CRUEL &
UNUSUAL PUNISHMENT-) (PERSONAL INTEREST IN PUNISHING
ME AGAINST LAW.) CATTON DENIED ME A GRIEVANCE
FORM AGAIN, AND DID NOT LET ME SIGN FOR MY
INDIGENT COMMISSARY, YESTERDAY. THESE OFFICERS &
NURSES, AND DOCTORS ARE CAUSING ME MENTAL ANGUISH
AND PHYSICAL AND EMOTIONAL PAIN AND SUFFERING.
THIS HAS GONE TOO FAR YOUR HONOR AND I NEED YOUR
HELP QUICK. THESE PARTICULAR OFFICERS ARE GOING
OUT OF THEIR WAY TO MAKE ME SUFFER. I'M THE ONLY ONE THEY...

15/08 (COULDN'T GET DONE TALKING TO ME) ON HIS CELLPHONE RIGHT AFTER HE GOT DONE TALKING TO ME TO GET AWAY

ASHLEY TARNIFF IS NOW IN IN THE MEDICAL UNIT WITH ME, I'M IN MED 2-UNIT WITH A BROKEN LEG. THE DOCTOR WON'T GIVE ME A STRAIGHT ANSWER ON WHAT IS EXACTLY WRONG WITH MY BONES. HE SAID ITS NO BIG DEAL, EVEN AFTER I SAID I HAVE A PENDING LAWSUIT ON HIM AND 9 OTHER JAIL STAFF MEMBERS. I'M FIGHTING FOR JOHN T. WILLIAMS AND BABY GIRL ASHLEY, & WILL AND EVERYBODY BODY ELSE IN HERE, I'M NOT LEAVING ANYBODY BEHIND AND WE ARE MAKING A STAND TOGETHER IS PEOPLE ARE INCLUDED AND INVOLVED IN THIS CLASS ACTION LAWSUIT. JUDGE COURT / AND JUDGE HAROLD A. BAKER IN FED COURT ARE HANDLING BOTH CASES, JUNE 10, 2008 IN FED COURT (HEARING) AND I'M GETTING A HEARING SOON IN TAZEWELL AGAINST EARL HELM, CORRECTIONAL OFFICERS WON'T GIVE ME A LAWBOOK, ENVELOPES, OR A GRIEVANCE FORM, THEY SAID THEY DON'T HAVE TO HELP ME IF THEY DON'T WANT TO. PLEASE

*[left margin, vertical:]* (DOCTOR CULLINAN) WON'T GIVE ME MRI'S OR STRONGER MEDICATION. I HAVE TORN LIGAMENTS AND TENDONS)

*[right margin, vertical:]* DR. CULLINAN'S ACTIONS REALLY FISHY, I LIKE HE'S COVERING SOMETHING UP

8

5) OFFICER CATTON LIED AND SAID I REFUSED MY PAIN MEDICATION. I DON'T THINK SO I'M IN INTENSE PAIN, HE'S THE SAME OFFICER TODAY 2 YEARS AGO THAT PULLED THAT SAME MOVE ON ME WHEN I WAS LEFT BLEEDING IN MY CELL. HE TRIED SAYING I DENIED HELP, NO I FUCKING DIDN'T, JUST LIKE TODAY. I TOOK MY PAIN MEDICATION ALL DAY TODAY AND THE NURSE SAID I KNOW YOU DIDN'T REFUSE IT JOSH, SO SHE GAVE IT TO ME. SOMETHING IS SERIOUSLY WRONG WITH THESE DOCTORS AND OFFICERS AND THEY KEEP LYING AND COVERING EACH OTHERS ASS AND TRYING TO SILENCE US. OFFICER CATTON SAYS HE DON'T CARE ABOUT US OR THE LAWSUIT AND HE'S BEEN THROUGH THIS BEFORE AND HE DOESN'T HAVE TO HELP US. HE WON'T LET ME GET A LAWBOOK, GRIEVANCE FORM OR AN ENVELOPE TO MAIL YOU SOMETHING. ⊕ HE JUST BROUGHT BY A LETTER FROM YOU OR THE GOVERNOR, AND WE STARTED ARGUEING AND HE SHUT MY DOOR AND SAID HE DIDN'T HAVE TO GIVE IT TO ME. I'M IN HERE SO PISSED AND STEPPED ON IT AINT EVEN FUNNY. CATTON, STRUNK, SGT. VANHUSSEN, AND SEDOWSKI TOOK MY LAW SUIT FROM ME AND RAIDED EVERYBODY

8

CR. ANDERSON SAID HE HAD A SURPRISE FOR US IN THE S.H.U. IN THE SPECIAL HOUSING UNIT. THEY TOOK ME OUT OF THERE BECAUSE I WAS TEACHING AND HELPING PEOPLE AND STICKING UP FOR THEM. THOSE 4 OFFICERS AND I GOT INTO IT BAD. ALL 4 TRIED TAKING ME DOWN FOR ABOUT ~~AND~~ A DISTANCE OF 20 FT. I WAS CUFFED BEHIND THE BACK AND THEY STILL COULDN'T TAKE ME DOWN. THIS IS ALL ON TAPE. I ENDED UP BUSTING OUT 2 PLATE GLASS WINDOWS AFTER THEY ~~THROUGH~~ THREW ME IN MED CELL 2, I TRIED KICKING THE 3RD WINDOW OUT AND THATS WHEN MY LEG BUCKLED AND SNAPPED AND ~~K~~ NOW THE DOCTOR WON'T HELP ME, LET ALONE LOOK AT ME. I HAD MY LEFT, ANKLE, MY MIDDLE LEFT FINGER AND MY KNEE X-RAYS. HE SAID MY KNEE IS BROKE, BUT HE WOULDN'T GIVE ME A STRAIGHT ANSWER AND HE SAID THERES NOTHING HE CAN DO. I TOLD HIM TO GET ME MRI'S AND HE SAID NO. MY FUCKING LEG LOOKS LIKE A DOOR ~~DERANGED~~ HINGE AND IS HOOKED AT AN ANGLE AND BENT AND IT KEEP POPING REALLY LOUD AND BAD CERTAIN TIMES WHEN I PUT WEIGHT ON IT, BUT THE DOCTOR SAID HE WON'T HELP ME ANYMORE AND WALKED AWAY. ITS AS CROOKED AS MY LEGTS. I'M

(HE WON'T TELL ME WHATS WRONG WITH MY FINGER AND FUCKED UP KNEE AND HE WON'T GIVE ME A TEST TO SEE IF I HAVE A CONCUSSION)

8

5/08 (HE'S NOT SUPPOSE TO BE TALKING ON THE CELL
PHONE INSIDE THE JAIL. NURSE RENAE IS IN ON IT.)
DR. CULLINAN WOULDN'T CHECK ME
OUT I TOLD HIM I CAN'T EVEN MOVE
MY LEG RIGHT AND I SHOWED
HIM. ITS BEEN A WEEK SINCE MY
INJURY. HE SAID OK, THATS ENOUGH
AND WALKED AWAY AND WOULDN'T EVEN
TALK TO ME. I KNOW HE'S COVERING
SOMETHING UP, I CAN FEEL IT IN
MY BONES. JOHN T. WILLIAMS HAS
A LAWSUIT ON HIM TOO. AFTER, CULLINAN
SAID I COULDN'T GET A SECOND OPINION
FROM ANOTHER DOCTOR HE WALKED AWAY
INTO THE MED ROOM AND HAD HIS BACK TURNED
ABOUT 20 FT AWAY FROM MY CELL AND HE
WAS TALKING ON HIS CELL PHONE INSIDE
THE JAIL HE KEPT ON LOOKING BACK AT ME,
DOES THAT SOUND RIGHT TO YOU, BECAUSE IT
DON'T TO ME, I JUST GOT DONE TALKING
WITH HIM WHEN HE DID THAT. I TOLD
HIM MY LEG IS SERIOUSLY MESSED UP HE
DIDN'T CARE OR LOOK AT IT. HE WALKED
AWAY AND TALKED ON HIS PHONE. THESE
PEOPLE DON'T EVEN CARE IF WE DIE LET
ALONE SIT HERE AND SUFFER. IN PAIN
AND ALWAYS CONSTANTLY BE STRESSED
OUT BECAUSE OF PAIN. DR. HONAN IS DIRTY

8

1 JOSHUA M. THOMAS (SHU-2) NOW IN MED 2
2 JOHN T. WILLIAMS (SHU-5)
3 ASHLEY TARD (MED UNIT)
4 WILLY FRIEND (SHU-8)
5 AARON KLECKNER (SHU-6) NOW POPULATION
6 MARK McCLARY (SHU-4)
7 ERIC WATSON (SHU-3)
8 EDMUND NISCHWITZ (SHU-8) HE LEFT A
       WEEK AGO,
   ① OFFICER N
   ① CATTON STILL WILL NOT
   GIVE ME AN ENVELOPE TO
   WRITE YOU, THIS IS MESSED
   UP.

DIRECTLEY EFFECTED

IDOFPREGULATION

JOHN T. WILLIAMS - (BLACK MALE TASED)
CASE # 2008-03348 5 TIMES IN WATER
I HELPED HIM AND ASHLEY GET
MEDICAL TREATMENT + FINALLY.
ASHLEY TARDIFF - PREGNANT GIRL WHO
WAS TASED AND WAS MEDICALLY NEGLECTED

8

9

① GET THE INSTRUCTION SHEET
FOR COURT OF CLAIMS FROM JOHN,
IT WAS IN THE LAWBOOK VANHUSS
TOOK FROM ME WHEN HE TRANSFERED
ME FROM SHU-2, TO MEDICAL UNIT CELL

5/7/08  ② (CAN'T HAVE IN MY CELL) ONLY
③ EARL HELM-LEGAL PAPERS (2 HOURS AT DAY
BLANKETS WITH MAGNETS COVERING MY WINDOW, I
CAN ONLY GET MY BEDSPREAD, SHEETS, AND
BLANKET AT 10:00 PM AT NIGHT WHEN 3RD
SHIFT STARTS EVERYDAY, CAN'T HAVE ANY
LEGAL PAPER, PENCILS, ENVELOPES, OR PAPER
TO WRITE LETTERS WITH OR MY CRIMINAL
CASE LEGAL WORK. CRUEL AND UNSUAL PUNISHM
NOBODY ELSE IN THIS JAIL IS BEING TREA
THIS WAY AND ITS MAKING ME SICK AND STR
OUT AND UPSET. THIS IS NOT RIGHT OR FAIR
HUMANE TREATMENT. THEY ARE TAKING PERSONA
INTEREST IN ME AND TAKING ALL OF MY
RIGHTS AWAY 1 BY 1 BECAUSE I HAVE
LAWSUITS ON THEM AND I AM THE ONE LEA
THE WAY FOR JOHN T. WILLIAMS, ASHLEY
TARDIFF, AND WILLY FRIEND. THEY ARE TRYING
TO CUT ME OFF FROM EVERYTHING. DISCOMMENT
ME, AND SILENCE ME FOR HELPING OTHER. SENIO
SERGEANT ULLRICH, SGT VANHUSS, LT.LEIGHT, STRUNK A

I JUST HAD A TALK WITH MRS.
MORRETTO AND MRS. HOSTETLER AND THEY
SAID THEY ARE GOING TO MOVE ME
TO POPULATION WITHIN 2 WEEKS, BECAUSE
THEY KNOW WHAT THE OFFICERS ARE DOING
TO ME IN ISOLATION. THEY EVEN INTERVIEW
ME ABOUT WHAT WENT DOWN ON 5/1/08 IN
THE SPECIAL HOUSING UNIT. VANHUSSEN AND
ULLRICH AND CATTON ARE ON ONE BIG POWER
TRIP, BECAUSE WE ARE FILING LAWSUITS, ABOUT
ALL OF THE ISSUES WE'VE BEEN HAVING WITH
JAIL STAFF. I HAVE MANY WITNESS AND THIS
IS ON RECORDED VISUAL VIDEO TAPE THEY CALL
US CHILDISH STUPID CRIMINALS. I DON'T
THINK SO I'M JUST A LITTLE BIT SMARTER THAN
THEY THINK I AM, THEY THINK THEY CAN GET
AWAY WITH THIS AND NEGLECT THEIR SWORN
JOB DUTIES BY LAW AND ABUSE THEIR POWER
BECAUSE THEY DON'T LIKE YOU. NO JOKE, VANHUSS
CATTON, STRUNK, AND SEDOWSKI, ROBERTSON, CAME IN
SHU-7-MY CELL ON 5/1/08 AND TOOK ME OUT BECA
OF THE LAWSUIT AND GRIEVANCES TOWARD THEM,
THEY PUT ME IN TOTAL ISOLATION WITH A BIG
BLANKET OVER MY WINDOWS SO I CAN SEE OUT
OR COMMUNICATE WITH ANYBODY. I WONDER WHY
THAT IS. LET ME THINK. O.K. THEN VANHUSS

AND OTHER OFFICERS (PIRO) — WENT BACK
INTO THE SPECIAL HOUSING UNIT AND RAIDE
ALL 8 CELLS, CONFISCATING LAWSUIT LEGAL
MATERIAL AND EVIDENCE THAT WE HAVE
AGAINST THESE CORRUPT OFFICERS. I STILL
HAVEN'T RECIEVED AN INCIDENT REPORT OR
TICKET FROM ANY OFFICER FOR ANY WRONG
DOING. THEY WON'T STOP PUNISHING ME. THIS
HAS GONE WAY TO FAR THEY ARE RETALIATI
ON ME AND OTHERS FOR WRITING GRIEVANCE
ON THEM. THIS HAS GONE WAY TOO FAR AND
SOMEBODY NEEDS TO DO SOMETHING ABOUT
THIS QUICK, SO IT NEVER HAPPENS TO PEOPLE
LIKE ME, PREGNANT GIRL WHO WAS TASED ASHL
TARDIFF, JOHN) T. WILLIAMS WHO IS AN OLDER
BLACK MALE WHO WAS TASED IN HIS LEFT SHOUL
OF OF THE TOP OF A CONCRETE SLAB AND FELL
OF THE FLOOR HARD AND LANDED DIRECTLY IN TH
MOP WATER THAT AN OFFICER THREW IN HIS
CELL BEFORE THEY THREW JOHN IN THERE.
THEY TASED JOHN OFF OF THE TOP OF A CONCRE
SLAB AND TASED HIM 4 TO 5 TIMES IN MOP
WATER, THEY ELECTROCUTED AND HE CONVULSE
OFFICER BIEBER, STOKES, AND SGT. JOHNSON ARE
THE OFFICERS THAT DID THIS TO JOHN. THEY
WERE CRACKING UP LAUGHING WHILE THEY DID

THEY CRUEL AND BAZAARE ACTS OF
PUNISHMENT AND INHUMANE TREATMENT
TO HIM (4/18/08), THEN THEY MADE HIM SLE
ON A CONCRETE SLAB FOR 3 DAYS STRAIGHT
WITH NO BLANKET. HE DIDN'T GET ANY
MEDICAL TREATMENT EVEN THOUGH HE ASKE
AND WROTE GRIEVANCES ABOUT IT. SOUNDS
FAMILIAR DON'T IT. HE HAD X-RAYS
DONE HERE FINALLY BECAUSE A LAWSUIT
WAS MENTIONED. JOHN HAS A SEVERE
SEPARATED LEFT SHOULDER, TORN LIGAMENTS
AND TENDONS, AND WILL BE PERMANENTLY
DAMAGED FOR LIFE. THESE OFFICERS ARE AS
CORRUPT AS THEY COME. THEY TELL ME TO STOP
HELPING OTHERS AND THEY SAY I'M WRONG
FOR DOING IT. NO I'M NOT. I'M THE KIND OF
PERSON WHO HELPS PEOPLE NO MATTER WHA
AND I WILL STAND UP LIKE A MAN FOR MYSE
AND EVERYBODY IN HERE. I MEAN WHAT MA
IN THEIR RIGHT MIND WOULD NOT DO
SOMETHING ABOUT THIS FOR ASHLEY, A SCARE
20 YEAR PREGNANT GIRL WHO WAS TASED, AND
JOHN - THIS IS NOTHING SHORT OF WHAT THE
DID TO RODNEY KING. ASHLEY'S BABY COULD
HAVE DIED, IF I DIDN'T FIGHT FOR HER AND G
HER HELP. I'M STRONG ENOUGH TO DO IT AND THESE

OFFICERS HATE ME AND PUNISH ME BECAUSE OF IT. (STANDING UP AGAINST THE OFFICERS TAKE OUR RIGHTS AWAY INCLUDING MYSELF.) THEY SAY I'M WRON FOR HELPING ASHLEY, JOHN, WILLY, AND MYSELF. WHATS WRONG WITH THAT PICTUR YOUR HONOR. ADD THAT UP. I SPEAK THE TRUTH. I HAVE WITNESS AND THE RECO VISUAL VIDEO TAPES WILL PROVE THESE OCCURENCES AND INCEDENTS AS WELL. N JOKE YOUR HONOR. THIS IS REAL. 4/18/08 SENIOR SERGEANT ULLRICH AND OFFICER PIRO, BOTH PICKED WILLY FRIEND UP AN DRAGGED HIM UP AND DOWN THE ENTIRE FLOOR IN MOP WATER SEVERAL TIMES, TH PICKED HIM UP AND THREW HIM IN HIS CE IN THE SPECIAL HOUSING UNIT. THEN ULL STOMPED ON WILLYS BACK HARD ON HIS WAY OUT OF THE CELL. WILLY WAS LAYING ON THE GROUND. HE'S A YOUNG BLACK MALE OFFICER ULLRICH HAD 7 OFFICER COME UP TO D-14 TO TAKE ME TO THE (SHU) I WAS STANDING STILL IN THE MIDDLE OF MY CELL WITH MY BACK TURNED TO THEM WIT BOTH OF MY HANDS UP IN THE AIR. ULLRICH PIRO TO TASE ME IN THE BACK AND HE DID.

7

ALLS THEY HAD TO DO WAS COME IN
WITH ALL 7 OFFICERS AND PUT MY HAND
BEHIND MY BACK AND CUFF ME UP. I
I FELL STRAIGHT BACK AND HIT THE
DOOR AND SLAMMED THE BACK OF MY HEAD
OUTSIDE OF MY DOOR ON THE FLOOR WITH
THE FORCE OF ALL OF MY WEIGHT. ULLRICH
SAID AFTER THAT HAPPENED TO THE OTHER 6
OFFICER'S "OK, WE ARE NOT GOING TO PUT TH
IN THE REPORT." THEN HE SAID IF HE EVE
MOVES AGAIN TASE HIM. THESE OFFICERS
ARE DIRTIER THAN OUR MOP WATER. I TOLD
THEM I PROBABLY HAD A CONCUSSION AND
DOCTORS AND NURSES STILL GAVE ME NO
MEDICAL HELP. ENOUGH IS ENOUGH. PLEAS
HELP US YOUR HONOR. GOD BLESS.

JOSHUA/M. THON

PRO SE

CATTON SAID "I REALLY DON'T CARE D'THOMAS"
"HE ALSO SAID HE DOESN'T CARE WHAT I HAVE
TO SAY OR ANY OTHER INMATE"
"OFFICER CATTON JUST DENIED ME, AND JOHN A
REQUEST FORM TO WRITE A GRIEVANCE ON OFFICER
ULLRICH AND RITTER" THEY HAVE BEEN TRYING TO
SILENCE US. WE WILL NOT STAND FOR THAT. WE
ARE FIGHTING FOR OUR RIGHTS AND WILL STAND
TOGETHER FOR LIFE. ITS PRETTY BAD WHEN INMATE
HAVE TO ENFORCE LAWS THAT THEY ARE
SWORN TO RULE"

PLEASE HELP US.

(4) HEAD NURSE RENAE ON 5/2/08 - 5/3/08
SLIPED AN ANTI PSYCOTIC DRUG IN WITH
MY PAIN MEDICATION SHE IS TRYING
TO DOPE ME UP. NO JOKE I'M NOT LYING
THIS IS MESSED UP. ITS ON TAPE. SHE
DID NOT EVEN TELL ME IT WAS IN
WITH THE PAIN MEDICATION. I TOLD
ALL DOCTORS HERE I DON'T WANT ANY
FUCKING DRUGS AT ALL. YET SOMEHOW
SHE STILL SLIPS THEM IN WITH PAIN
MEDICATION. THIS NURSE IS FUCKING
EVIL. SHE ALSO USED TO OVERDOSE ME
ON PILLS ALMOST 2 YEARS AGO THIS IS SAME
FUCKED UP SHIT. AND I'M FUCKING PISSED AND
I HATE DRUGS WITH A PASSION. IM THE ONE WHO GOT JOHN

STATEMENTS I HAVE MEDICAL RECORDS & WITNESSES AS WELL AS GRIEVANCES & WITNESSES I HAVE WILL PROVE WHAT I'M SAYING. A YEAR AND 0 1/2 MONTHS AGO I WAS LEFT IN THE HOLDING CELL WITH A POOL OF BLOOD THE CELL MY THROAT WAS BLOOD ALL OVER MY WHOLE ENTIRE ARM (LEFT) CUT ALONG WITH MY WRIST I WAS LAUGHED AT & DOWN TO MY WRIST CORRECTIONAL OFFICERS AND "THEY TRIED TO NEGLECTED FOR OVER 2 HRS" THE NURSE WROTE ON ME 12 HOURS LATER. THE NURSE WHITE ON THAT I HAD MULTIPLE DEEP GASH'S (NOTES) LACERATIONS THAT WERE STILL BLEEDING (12 HRS LATER) AT THE TIME WITNESS AM AFFADAVIT. PLEASE GIVE ME THE RECORDS AT THE COUNTY STATE MEDICAL UNDER THE FREEDOM OF INFORMATION ACT. FILL OUT A RELEASE AS SOON AS POSSIBLE. I NEED YOUR HELP ANYWAYS. THANK YOU.

OFFICER SATOR

MIKE

JESSICA

NEMID WE MEDICINE HELP PRISONERS

BLOOD WAS ALL OVER THE COP CAR AND OFFICER SLAMMED ME THESE A PIG OR TOLD

NEGLECT



"OFFICIAL SEAL"
Shelly Hagan
NOTARY PUBLIC, STATE OF ILLINOIS
Tazewell County
MY COMMISSION EXPIRES 06-11-2008

*Shelly Hagen*
4/21/08

James R. Thompson
Center
Complaint Intake Unit
100 West Randolph Stre
Suite 9-300
Chicago, Illinois 60601
312/814-6910



# Illinois Department of
# Professional Regulation

## COMPLAINT/CLAIM INTAKE REPORT

1. Please type or print clearly in dark ink.
2. Please attach copies of important papers concerning your complaint/claim.

### COMPLAINANT

| | |
|---|---|
| Your Name JOSHUA MICHAEL THOMAS | Day Telephone No. 309-241-6135 |
| Mailing Address 101 S. CAPITOL | Night Telephone No. 309-241-6343 |
| City/Town PEKIN    State ILLINOIS | ZIP Code 61554 |

### YOUR COMPLAINT/CLAIM IS AGAINST (RESPONDENT)

| | | |
|---|---|---|
| Name of Provider of Services (JAIL) TAZEWELL COUNTY JUSTICE CENTER | Profession DOCTOR/NURSE JAIL STAFF CORRECTIONAL OFFICERS | Telephone No. 309- |
| Street Address 101 S. CAPITOL | | Date Event Occurred 5/26/06 (3/24/08)-4/21/ |
| City/Town PEKIN    State ILLINOIS | ZIP Code 61554 | County of Occurrence TAZEWELL COUNTY |

Briefly describe your complaint/claim:

(MEDICAL NEGLECT AND VIOLATION OF CIVIL RIGHTS) THIS ALL SPAWNED FROM MAY OF 2006 WHEN I WAS IN THIS JAILS CUSTODY, I HAD MY THROAT CUT ALONG WITH MULTIPLE LACERATIONS FROM MY LEFT (UPPER) ARM TO MY LOWER WREST. THEY DID NOT TAKE ME TO THE HOSPITAL, THEY DID NOT TREAT ME AT JAIL FOR OVER 12 HOURS. I HAVE MEDICAL PROGRESS NOTES AND WITNESSES TO PROVE THIS. I LOST MASSIVE AMOUNT OF BLOOD (POOLS OF BLOOD) I WAS STILL BLEEDING 12 HOURS LATER. OFFICERS DID NOTHING BUT LAUGH AND MAKE JOKES. (2)24/08 - NEW INCIDENT: IT IS NOW 4/21/08 AND I STILL HAVE NOT RECIEVED ANY MEDICAL TREATM FOR MY INJURIES. I HAVE BROKEN BONES, A CONCUSSION, AND I STILL HAVE NOT GOT MY PRESCRIBED MEDICATION. THEY ARE VIOLATING ALL OF MY CIVIL RIGHTS, THEY SAY "I HAVE NO RIGHTS. THEY ARE COVERING UP MED

### DEPARTMENT USE ONLY

| | |
|---|---|
| Complaint/Claim Received By: _____ | Date: _____ |

How Received: ☐ Phone   ☐ Letter   ☐ Walk-in

| You will receive an acknowledgment letter in the mail. |

ILLINOIS DEPARTMENT
OF PROFESSIONAL REGULATION
COMPLAINT/GRIEVANCE
INTAKE REPORT

[COMPLAINANT]                    DAYS 309-241-6343
RUSS JOSHIA R THOMAS             NIGHT 309-241-6135
1101 S. CAPITOL                  ANYTIME 309-346-028
PEKIN, IL. (61554)   DOCTORS, NURSES    (61554)
                     SUPER INTENDANT
                     SARGENTS ETC ALL
                     OFFICERS =PLTIFF

RESPONDENT: TAZEWELL COUNTY JUSTICE CENTER
SUPER INTENDANT EARL HELMS, SHERIFF SEPECH
ULLRICH/ 101 S. CAPITOL/ MARCH
2008 / 61554, PEKIN IL

① I HAVE 2 OPEN LAWSUITS, 1 IN TAZEWELL
COUNTY/ AGAINST EARL HELMS AND 1 AGAINST
DR. CULLINAN IN FED COURT/ WE NEED YOUR
HELP. SERGEANT VANHUSSEN CAME IN MY
CELL AND TOOK ALL OF MY LEGAL WORK (LAWSUIT)
ULLRICH AND HELMS HAVE BEEN DENYING OUR
CIVIL RIGHTS GUARANTEED BY LAW. OFFICER
PIRO, PAUL MALAVOLTE, SEDOWSKI, GATON
(BIEBER HE RIPPED UP MY GRIEVANCES) AND PAUL
THREW MINE AWAY) ULLRICH IS BEHIND COUNTER
COVER-UPS. IN VIDEO FACT JUDGE KOURE HAS
ALL OF MY GRIEVANCES, AFFIDAVITS, AND
STATEMENTS, COMPLAINTS (IS RECORDED) VIDEO TAPES

8

I HAVE 15 WITNESSES ALREADY.
CLASS ACTION. JOHN T. WILLIAMS
WAS TASED IN WATER AND LAUGHED AT.
THEY TASED HIM OFF OF THE TOP OF
A STEEL TABLE. X-RAYS PROVED HE
HAD A SEVERE SEPARATED SHOULDER
FROM THE FALL. SHELEY TARDIFF
WAS TASED AT THE _____ DUTY
JAIL _____ TRANSFERED HERE. SHE'S
PRESIANT AND _____ SAVE HER
BABY. ____ ?. SHE WAS CRYING FOR
HELP AND NURSE _____ (FAO) _____
_____ AND DOCTORS DID NOTHING.
I FOUND OUT ABOUT _____ AND ____ BEEN
FIGHTING FOR ____ EVER SINCE. I FINALLY
GOT HER HELP. THANK GOD. 4/18/08
ULLRICH AND PERO DRAGGED/INMATE
WELL/ FRIEND WHO IS NOW IS (SHU-8)
HE WAS IN (SHU-2) BACK AND FRTH
THREW WATER SEVERAL TIMES F/P AND
DOWN THE GALLERY THEN ULLRICH
THREW HIM IN THE CELL WITH PERO
AND ULLRICH STEPPED ON WITH US BACK
ON THE WAY OUT OF THE DOOR. THEY WON'T
LET US HAVE GRIEVANCES OR EVEN LET US
CARRY OUR BIBLES _____ _____ _____
OFFICER ___ TASED _____ IN THE BACK WHILE

9

I HAD BOTH HANDS IN THE AIR.
THERE WERE 2 OFFICERS. HE PULL
STRAIGHT BACK AND MY HEAD SLAMMED
ON THE FLOOR HARD WITH A LOT WEIGHT.
ULLRICH AUTHORIZED THE TAZING.
AFTER I FELL LIKE THAT, HE SAID
"OH, WE ARE NOT GOING TO PUT THAT IN
THE REPORT" CORRECTIONAL OFFICERS KEEP
RAIDING OUR CELLS IN THE SPECIAL
HOUSING UNIT BECAUSE THEY FOUND
OUT WE WERE ALL FILING LAWSUITS.
(EARL HELMS) KEEPS MY PERSONAL PROPERTY
AND LEGAL WORK. GETTING HIM AND ULLRICH
DID THAT ALSO (N THEY) TRANSFERS ME FROM
(D-1/4) TO (S-1/2) — JOHN WILLIAMS IS IN (SHU 1-5)
ERVIL LAWSON — AND MARK MCCARY, AND
AARON KITCHNER ARE DOWN THERE TOO, SUFFERIN
LIKE ME, MY JOHN, AND WILLIS AND SEVERAL
OTHER INMATES ARE FIGHTING FOR OUR RIGHTS
THAT KEEP GETTING TAKEN AWAY. PLEASE
SEND AN INVESTIGATOR TO TALK TO ME
OR THE AUTHORITIES. THERE IS A CONSPIRACY
GOING ON HERE TO A DEPRIVE US LEFT AND
RIGHTS. NO MEDICAL HELP. PEOPLE GETTING
BEAT AND LEFT TO SUFFER. THEY COULD IF KILLED
AS FUCK/SNAP/THEY TOLD ME A PRISONER WOULD N

HURT THE FETUS. SOMETHING WRONG WITH
THAT PICTURE OF LIFE STANDING TOGETHER
AND MAKING A STAND FOR TRUE JUSTICE
AT THIS DEPARTMENT OF CORRUPTIONS.
WE ARE AT WAR. I'VE UNCOVERED THE TRUTH
AND THESE OFFICERS HAVE BEEN TRYING TO
SILENCE US, GUESS WHAT, NOT ME, THEY
ENDED UP DIGGING ME OUT OF THERE TO
SEPARATE US. I'M NOW IN THE MEDICAL
UNIT AND THE NURSE WON'T TALK TO ME
STILL. SHE TRIED HANDING ME RISPERDAL
PLUS THIS MORNING BEFORE COURT WORK
I GOT X-RAYS DONE. I DID NOT ASK FOR
THE PILL AND SHE TOLD ME TO TAKE IT.
SHE SAID IT WAS PAIN MEDICATION.
A YEAR AND A HALF AGO WHEN THEY
LEFT ME FOR DEAD BLEEDING IN MY
CELL. THEY REFUSED ME MEDICAL TREATMENT.
HEAD NURSE RENAE USED TO OVERDOSE ME
ON MEDICATION ALL THE TIME. SHE
TELLS US TO SAY THAT FUCK'D AMY
DOESN'T HELP US. NURSE JESSICA SAID
SHE HATES CRIMINALS AND WE MAKE HER
SICK. DR BRIAN IS DOING THIS. THERE
IS SOMETHING REALLY BAD HAPPENING AT
THE JUDGE IS NOW... ALONG WITH CERTAIN OFFICE...

6

9

(LAWBOOKS - ... INS.)
PLEASE SEND ... HELP. WE JUST

... A RESPONSE BACK FROM THE
GOVERNOR AND ... IN THE PROCESS
OF FILING MORE LAWSUITS AGAINST
THIS COUNTY ALONG WITH 3 MORE
INMATES. WE ARE STANDING TOGETHER
AND FIGHTING FOR OUR RIGHTS GUARANTEED
BY LAW. WE ARE FIGHTING FOR EVERY
INMATE HERE. THE ATTORNEY GENERAL
KNOWS, AND I CONTACTED CYNTHIA D.
TRACY DIRECTOR OF HUMAN RIGHTS
AUTHORITIES IN PA GOV. PLEASE CONTACT
THE AMERICAN CIVIL LIBERTIES UNION.
WE ARE UNITED AND STANDING TOGETHER
TO FIGHT CORRUPTION. I HAVE A MOUNTAIN
OF GROUNDS AND SUFFICIENT EVIDENCE
FOR YOU AND YOUR INVESTIGATOR. PLEASE
COME TALK TO ME. PLEASE CLEAN UP
THIS MESS, BEFORE SOMEBODY DIES. OR
IS BEAT OR SILENCED. GOD BLESS.

OFFICER REFREE CAMEB / MY CELL
IN THE MED UNIT. AND STARTED
CALLING ME OUT. (WAVING HIS FEES)
HE THREATENED TO TASE ME FOR TELLING
HIM STAY AWAY FROM ME. OFFICER HE
KEEPS HUNTING ME AND JOHN WILLIAMS. 12:00 AM

IN THE CIRCUIT COURT OF TAZEWELL COUNTY, ILLINOIS
THE COURT FOR THE 10th JUDICIAL CIRCUIT
LAW DIVISION

APRIL 25, 2008

JOSHUA M. THOMAS )
Plaintiff, )
)
vs )                    No.
)
EARL HELM )
Defendant. )

"OFFICIAL SEAL"
Shelly Hagan
NOTARY PUBLIC, STATE OF ILLINOIS
Tazewell County
MY COMMISSION EXPIRES 06-11-2008

Shelly Hagan
4/25/08

## PETITION OF MANDAMUS

NOW COMES Plaintiff, JOSHUA M. THOMAS, pro se, in order to give notice to the Court for leave to file a PETITION OF MANDAMUS pursuant to Code of Civil Procedure 735 ILCS 5/14-101 et. seq. directed to the above named Defendant.

IN SUPPORT THEREOF, Plaintiff states as follows:

(TCJC JAIL)

1. Plaintiff is currently incarcerated at TAZEWELL COUNTY JUSTICE CENTER Correctional Center, PEKIN, Illinois, TAZEWELL County. Plaintiff is serving a sentence of _____ years for the charge of _____.

2. Defendant, EARL HELM, is the SUPER-INTENDENT and as such is responsible for PROVING ALL STATE AND FEDERAL LAWS, PROPER AND EFFECTIVE MEDICAL CARE TO ALL DETAINEES, UPHOLDING CONSTITUTIONAL RIGHTS, PROVIDING PROPER SAFETY AND SECURITY TO ALL DETAINEES, MAKING SURE ALL JAIL STAFF DO THEIR JOB DUTIES UNDER STATE AND FEDERAL LAW.

3. Plaintiff brings this PETITION OF MANDAMUS before the Court pursuant to Code of Civil Procedure 735 ILCS 5/14-101 et. seq.

(730 ILCS 130/1 ACT 130, COUNTY JAIL GOOD BEHAVIOR ALLOWANCE ACT.

(730 ILCS 125/0.01 ACT 125, COUNTY JAIL ACT)

4. The plaintiff has requested that the defendants perform specific ministerial duties. The #2 FOR THE defendants have refused to perform such duties regardless of plaintiff's clear entitlement to ABOVE performance of the specific duties which are set forth as follows:

#2 FOR THE ABOVE  PROPER AND EFFECTIVE MEDICAL CARE TO ALL DETAINEES, ESPECIALLY ON AN EMERGENCY BASIS, TO HONOR AND NOT DENY MY CIVIL RIGHTS GUARANTEED UNDER THE UNITED STATES CONSTITUTION, THAT CANNOT BE TAKEN AWAY FROM ME OR ANY OTHER DETAINEE, TO OBEY STATE AND FEDERAL LAW, AND THE COUNTY JAIL AND DETENTION STANDARDS RULE, (730 ILCS 125/0.01 ACT 125, COUNTY JAIL ACT.)

5. As a result of Defendant's actions, Plaintiff will suffer irreparable damages and be subjected to A LIFETIME OF PAIN AND SUFFERING, AND EMOTIONAL

730 ILCS 130/1 ACT 130, COUNTY JAIL GOOD BEHAVIOR ALLOWANCE ACT.)

#4  DISTRESS, INPROPER HEALING OF BROKEN BONES AND INJURIES, POSSIBLE DEATH AND IRREVERSIBLE NERVE DAMAGE, NOT GETTING MY GUARANTEED RIGHTS UNDER COUNTY, STATE, AND FEDERAL LAWS, IF SWIFT ACTION IS NOT TAKEN CONCERNING ALL THESE SERIOUS PROBLEMS, AND VIOLATIONS OF THE TCJC JAIL. I'M ALSO SUBJECT TO PREJUDICE AND MISTREATMENT, AS WELL

Revised Jan 2002

#4

APRIL 25, 2008    IN THE CIRCUIT COURT OF **TAZEWELL** COUNTY, ILLINOIS
THE COURT FOR THE _____ 10<u>TH</u> _____ JUDICIAL CIRCUIT

LAW DIVISION

JOSHUA M. THOMAS
Plaintiff, )

EARL    vs    HELM )
)
Defendant. )

> No.
> "OFFICIAL SEAL"
> Shelly Hagan
> NOTARY PUBLIC, STATE OF ILLINOIS
> Tazewell County
> MY COMMISSION EXPIRES 06-11-2008

Shelly Hagan
4/25/08

## LEAVE TO FILE PETITION OF MANDAMUS

NOW COMES Plaintiff, **JOSHUA M. THOMAS** pro se, in order to give notice to the Court for leave to file a PETITION OF MANDAMUS pursuant to Code of Civil Procedure 735 ILCS 5/14-101 et. seq., directed to the above named Defendants. In support thereof, Plaintiff states as follows:

1. Leave to file PETITION OF MANDAMUS is an original action before the Court.

2. Plaintiff presents for review issues of law pertaining to him while incarcerated at **TJC JAIL** Correctional Center, **PEKIN**, Illinois, **TAZEWELL** County.

3. Plaintiff contends that the issues to be presented are concerning his right to (730 ILCS 125/0.01 ACT 125, COUNTY JAIL ACT)(730 ILCS 130/1 ACT 130, COUNTY JAIL GOOD BEHAVIOR ALLOWANCE ACT)

4. Plaintiff alleges in the petition that NOT ONLY MY CIVIL RIGHTS GUARANTEED UNDER THE THE UNITED STATES CONSTITUTION HAVE BEEN VIOLATED, BUT FEDERAL LAW HAS BEEN BROKEN AS WELL AS COUNTY JAIL AND DETENTION STANDARDS RULES.

5. Plaintiff's petition seeks to compel the Defendant to TO UPHOLD THE UNITED STATES CONSTITUTION, TO OBEY STATE AND FEDERAL LAW, AND TO TELL THE COURT THE TRUTH ABOUT HOW THE CORRECTIONAL OFFICERS, NURSES, AND DOCTORS NEGLECT AND MISCONDUCT. ALSO TO SUBMIT VIDEO TAPE EVIDENCE TO STATE #5

6. Plaintiff hereby incorporates by reference all grounds and allegations stated in the PETITION OF MANDAMUS, a copy of which is attached hereto. ALL OF THE BELOW IS #5 AND FEDERAL COURT (TJC JAIL RECORDED TAPES) ALL TAPES GIVEN TO STATE AND FEDERAL

7. WHEREFORE, plaintiff prays this Court to grant him leave to file a PETITION OF MANDAMUS. I REQUEST ALL PUBLIC RECORDS AND FULL COOPERATION OF ALL INVESTIGATIONS UNDER FREEDOM OF INFORMATION ACT **JOSHUA M. THOMAS**

AUTHORITIES. PRISON R29082

Respectfully submitted,

Plaintiff, pro se, ID# Number 100010649 (JAIL)

**TAZEWELL COUNTY** JUST. Corr Ctr, **PEKIN** IL 61554

P.O. Box _____

(REIMBURSEMENT OF STATE AND FEDERAL FUNDS)
TO PAY FULL RESTITUTION FOR PAIN AND SUFFERING PHYSICALLY

Revised Jan 2002

AND EMOTIONALLY TO ALL DETAINEES EFFECTED, INCLUDING MYSELF, AND ASHLEY TARDIS WHO IS A PREGNANT WOMAN THAT WAS TASED BY CORRECTIONAL OFFICERS AT THE COUNTY JAIL. I REQUEST FOR AN INVESTIGATION

APRIL 25, 2008

#6. WHEREFORE, Plaintiff prays the Court will grant any such relief as the Court deems just and necessary by ruling Defendant's actions of _MEDICAL NEGLECT, TRESPASSING, VIOLATION OF CIVIL AND CONSTITUTIONAL RIGHTS, AND CONSPIRING TO VIOLATE STATE AND FEDERAL LAW, VIOLATION (730 ILCS 125/0.01 ACT 125, COUNTY JAIL ACT)_

#7. WHEREFORE, plaintiff further prays the Court will issue an ORDER OF MANDAMUS compelling Defendant to: (STOP JAIL STAFF FROM TAMPERING WITH MY U.S. FEDERAL POSTAL MAIL)

(a) #7- HAVE HIS JAIL STAFF FULLY INVESTIGATE AND DEAL WITH FOR MISCONDUCT AND ABUSE, AS WELL AS MEDICAL NEGLECT. NOTIFY THE SHERIFFS, TAZEWELL COUNTY

(b) #7- BOARD, AND THE PUBLIC HEALTH DEPARTMENT OF OUR LEGAL RIGHTS BEING VIOLATED, AND OUR HEALTH, SAFETY, WELL BEING, SECURITY, AND LIVES ARE BEING THREATENED

(c) To grant plaintiff leave to file brief in support of PETITION OF MANDAMUS. HIGHLY AS WELL, ALL DUE TO JAIL STAFF VIOLATING COUNTY, STATE & FEDERAL LAWS AND C.S. STANDARDS. (730 ILCS 125/0.01 ACT 125,

(d) To grant such other relief as the Court deems just necessary. COUNTY JAIL ACT

730 ILCS 130/1 ACT 130. (COUNTY JAIL GOOD BEHAVIOR ALLOWANCE ACT)

Respectfully submitted,

Plaintiff, pro se

Signed before me this 25th day of April, 08.

Shelly Hagan
Notary Public

"OFFICIAL SEAL"
Shelly Hagan
NOTARY PUBLIC, STATE OF ILLINOIS
Tazewell County
MY COMMISSION EXPIRES 06-11-2008

Shelly Hagan 4/25/08

STATE OF ILLINOIS
COUNTY OF TAZEWELL

AFFIDAVIT

I, JOSHUA M. THOMAS, deposes and says that as to the petition herein, he/she is the plaintiff in the above entitled cause; that he/she has read the foregoing document, by his/her signed, and that the statements contained therein are true in substance and in fact.

s/s
Plaintiff, pro se

Signed before me this 25th day of April, 08.

Shelly D Hagan
Notary Public

"OFFICIAL SEAL"
Shelly Hagan
NOTARY PUBLIC, STATE OF ILLINOIS
Tazewell County
MY COMMISSION EXPIRES 06-11-2008

Revised Jan 2002

Receivable Charge
Receipt # C22102

TAZEWELL COUNTY JAIL
05/07/2008 12:35:44
ST 003 / OPR DEP


THOMAS,
  JOSHUA M

 SSN or JACKET# : 333760722
 Date of Birth  : 06/03/1984
 Location   : SHU   7

---

OLD COMMISSARY -      Old Bal  :      $38.13
            Charged  :    + $2.80
            Collected :   - $0.00
            New Bal  :     $40.93
    Comment : MADE 28 COPIES HE REQUESTED

---

Total Collected :        $0.00


Debt Balance :        $87.13
Commissary Balance :      $0.00