1:08-cv-01101-HAB-JAG   #1   Page 1 of 41   E-FILED
Tuesday, 20 May, 2008 01:58:20 PM
FOUND U S District COURT ALT
James R. Thompson Center
Con... ...take Unit
... ...ve. ...andolph Stre
Suite 9-300
Chicago Illinois 60601
MAY 31 8...
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

A RELIABLE SOURCE TOLD ME SOMEBODY DIED HERE ABOUT 7 MONTHS AGO, HE WAS TUCKED IN A CUBBY HOLE UNDERNEATH HIS BED. HE WAS FOUND DEAD. HE GOT THE ABCESSED TOOTH FROM A FIGHT WITH ANOTHER INMATE.

# Illinois Department of
# Professional Regulation

08-110)

HE ASKED FOR A DENTIST & HELP FROM THE NURSES & DOCTORS. THEY NEGLECTED TO TREAT HIM AND HE DIED FROM A SEVERE TOOTH INFECTION.

## COMPLAINT/CLAIM INTAKE REPORT

1. Please type or print clearly in dark ink.
2. Please attach copies of important papers concerning your complaint/claim

### COMPLAINANT

Your Name: JOSHUA MICHAEL THOMAS

Day Telephone No. 309-241-6135

Mailing Address: 101 S. CAPITOL

Night Telephone No. 309-346-0213

City/Town: PEKIN     State: ILLINOIS     ZIP Code: 61554

### YOUR COMPLAINT/CLAIM IS AGAINST (RESPONDENT)

Name of Provider of Services: TAZEWELL CJ INTL JUSTICE CENTER     Profession: DOCTOR, NURSE SUPER-INTENDENT JAIL STAFF C/O     Telephone No. 309-

Street Address: 101 S. CAPITOL

Date Event Occurred: 3/24/08 - 5/15/08

City/Town: PEKIN     State: ILLINOIS     ZIP Code: 61554     County of Occurrence: TAZEWELL

Briefly describe your complaint/claim:

NURSE RENAE, NURSE TAYLOR, DR. HONAN, DR. CULLINAN, SUPER-INTENDENT EARL HELM. (NOT HELPING ME & OTHER INMATES AT ALL) VIOLATIONS OF BOTH FEDERAL CONSTITUTIONAL & STATE LAW IN A NUMBER OF AREAS OF INSTITUTIONAL LIFE INCLUDING SYSTEMATIC DENIAL OF ADEQUATE HEALTH CARE SERVICES. MEDICAL NEGLECT, MAL-PRACTICE, INADEQUATE MEDICAL HEALTH CARE, VIOLATIONS OF DETAINEE RIGHTS, VIOLATIONS OF COUNTY/JAIL STANDARDS, INHUMANE & UNFAIR TREATMENT. CRUEL & UNUSUAL PUNISHMENT, PERSONAL INTEREST, EXCESSIVE USE OF FORCE. (ABUSE) - SOMEBODY ALSO DIED HERE RECENTLY BECAUSE OF AN ABSESED TOOTH. HE ASKED FOR MEDICAL HELP & RECIEVED NONE.

### DEPARTMENT USE ONLY

Complaint/Claim Received By: _____     Date: _____

Received:  ☐ Phone     ☐ Letter     ☐ Walk-in

1717 12/02 (ENF)     / You will receive an acknowledgment letter in the mail. /

#100010049

**Tazewell County Justice Center**
**Detainee Request Form**

(UNIT)

**Name:** NUMIS, JOHN, M    **Date:** 5/12/8 **Pod:** MED **Cell:** 2
       (Last)  (First)  (M.I.)

***Instructions***
1. Print all information.
2. Provide as much information as possible, fill out the narrative section.
3. Check the ( ) item you are requesting for information.
4. Fill out **Only One (1) Request** per form.
5. Submit the white and yellow copy of the request form, keep the pink copy.

***Classification Section***
( ) Request For Tender Status
( ) Request For Reclassification
( ) Problems With Other Detainees
( ) Appeal Of Disciplinary
(✓) Appeal of Classification

***Medical***
( ) Request To See Nurse

***Administrative Section***
( ) Request for information
    ( ) Court Date    ( ) Writs    ( ) Holds    ( ) Mail    ( ) Detainee Account Balance
( ) Request for Special Visit
( ) Property
( ) Food Service Section
( ) Commissary Section
(✗) Complaint About Treatment/Grievances
    ( ) Appeal of Grievance
( ) Request To Go To Law Library
( ) Other

⊕EARL HELM = I NEED ANSWERS
(YOU HAVE DONE NOTHING)

Area below narrative for above request-Use space below and attach paper if necessary:
ITS HAS BEEN OVER 15 DAYS WITH NO RESPONSE OR ANSWERS
FROM THE MEDICAL UNIT (ACTUALLY OVER 40 DAYS) NOW I'M IN
THE MEDICAL UNIT AND I STILL CAN'T GET TREATED RIGHT, I ALSO
HAVE ABOUT 20 UNANSWERED GRIEVANCES ABOUT OFFICERS MISCONDUCT
AND INHUMANE TREATMENT & VIOLATIONS OF DETAINEES RIGHTS
ALTOGETHER, IT HAS BEEN OVER 15 DAYS & NO INISTANCE MEMBER EVER

**Detainees Signature:** _____    **Date:** 5/12/08

***Staff Response*** WHY DID YOU TELL YOUR SERGEANTS & OFFICERS TO TASE ME EARL
YOUR OFFICER CATTON SAID HE HAD THOSE ORDERS THAT
CAME STRAIGHT FROM YOU, EARL (ANSWER ME THAT)

**Pod Officer/Staff Signature:** C/O Sprachle    **Star #** 6545 **Date:** 5/21/8
**Sergeant/Area Supervisor Signature:** _____    **Star #** ___ **Date:** / /

White- Send to Classification    Yellow- Return to Detainee    Pink- Detainee retain after filling out

TOLD ME YOU NEED MORE TIME TO ANSWER MY REQUEST
FORMS AND GRIEVANCES, YOU AND YOUR STAFF ARE NEGLECTING
YOUR JOB DUTIES AND ABUSING AUTHORITY, YOUR OWN OFFICERS SAY YOU ARE CORRUPT



# Illinois Department of Financial and Professional Regulation

### Division of Professional Regulation

**ROD R. BLAGOJEVICH**
Governor

**DEAN MARTINEZ**
Secretary

**DANIEL E. BLUTHARDT**
Director
Division of Professional Regulation

May 2, 2008

Illinois Dept of Corrections
Inmate Grievance Division
1301 Concordia Court-box 19277
Springfield, Illinois 62794



Re:  Joshua Michael Thomas's complaint

Dear Sir or Madam:

The enclosed complaint was filed in our office.  Although we would like to assist this consumer, the nature of the complaint appears to be in your jurisdiction and not ours.

We are forwarding the complaint to your office for investigation and request that you respond directly to the consumer with your findings.

We appreciate your assistance in this matter and if we may be of any help to you in your investigation, please contact us.

Sincerely,

Illinois Department of Financial & Professional Regulation
Complaint Intake Unit

Cc:  Joshua Michael Thomas

THANKYOU
GVERNOR

www.idfpr.com

# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**ROD R. BLAGOJEVICH**
Governor

**DEAN MARTINEZ**
Secretary

**DANIEL E. BLUTHARDT**
Director
Division of Professional Regulation

*[handwritten: 100 WEST RANDOLPH STREET SUITE 9-300 ATTN: CHICAGO, IL 60601 CASE # 2008-03348]*

April 28, 2008

John T Williams
101 S Capitol St
Pekin, IL 61554-4108

*[handwritten: DR. CULLINAN DR. HONN]*

RE:   Unknown Doctor at Tazewell County Jail
      Case 2008-03348

Dear Mr. Williams:

The Department of Financial and Professional Regulation would like you to be familiar with our Patient Advocate Liaison Program which is available to provide you with service in the area of advocacy, guidance and support.

As your Patient Advocate Liaison, I can provide you with information regarding the status of your case and answer questions you may have. I am here to guide you through the administrative process by providing you with orientation and support.

Please feel free to contact me for assistance. The file reference number that has been assigned to your complaint can be found listed above. Kindly refer to this number in any future communication with us.

Sincerely,

Cynthia Guerrero
Acting Patient Advocate Liaison
312/793-8723

www.idfpr.com

# Illinois Department of Financial and Professional Regulati○

## Division of Professional Regulation

ROD R. BLAGOJEVICH
Governor

DEAN MARTINEZ
Secretary

DANIEL E. BLUTHARDT
Director
Division of Professional Regula

April 28, 2008

100 WEST RANDOLF STREET
E 9-300
SE E C HICAGO, IL 6060
ATTN: CHICAGO, IL 6060
CASE # 2008-03348

John T Williams
101 S Capitol St
Pekin, IL 61554-4108

DR. CULLEANAN

DR. HANAN

RE:    Unknown Doctor at Tazewell County Jail
       Case 2008-03348

Dear Mr. Williams:

This letter acknowledges the receipt of your recent complaint. The Department of Financial and Professio
Regulation has referred your complaint information to the appropriate division for initial screening to
determine if any applicable state regulations may have been violated.

A review of your complaint may or may not result in the opening of an investigation. The information yo
have provided is being evaluated by our staff to determine the most appropriate course of action. If the
Department is unable to proceed with your complaint, you will receive a letter advising of such.

Should your complaint result in the opening of an investigation, you may be contacted by a Department
investigator seeking additional information. At that time, your cooperation will be required. The
Department will then conduct an investigation to determine whether the allegations violated the respective
state statute.

The file reference number that has been assigned to your complaint can be found listed above; please refer
this number in any future communication with the Department.

Thank you for bringing this matter to our attention.

Sincerely,

Michael Johnson
Supervisor, Complaint Intake Unit

# FREEDOM OF INFORMATION

## "ACT"

| TENTH JUDICIAL | INFORMATION | TAZEWELL |
| CIRCUIT | | COUNTY |

JOSHUA THOMAS
    PLAINTIFF,     CASE #

VS.

EARL HELM
    DEFENDANT,

FELONY / CIVIL DIVISION    RESPECTFULLY

SUBMITTED

(ALL DOCUMENTS — ORDER —_____)

YOUR HONOR I REQUEST "BY HABEAS
CORPUS LAW" THAT YOU GRANT ALL MOTIONS,
REQUESTS, AND SUBPOENAS CONCERNING T__
CIVIL CLAIM AGAINST EARL HELM AND THE
TAZEWELL __ JUSTICE CENTER. I FEEL IT
IS BOTH ESSENTIAL AND CRUCIAL FOR ADDED
SUPPORT EVIDENCE __ ___ __ CASE IN
A SWIFT MANNER. __ _____ _____
"BY HIPPA LAW" "B" 42 U.S.C. 1973 EVIDENCE LAW,
ALSO "B" CRIME VICTIMS ___ _____ ___
ALSO BY PROCEDURE AND STATES __ ILLINOIS COLE
AND REGULATIONS, AND __ __ ___ ___ ___

RESPONSE TO ATTORNEY <span>RESPECTFULLY SUBMITTED</span>
GENERAL'S MOTION TO DISMISS

ARTICLE X: "BY HABEAS CORPUS LAW" I, [illegible]
I REQUEST FOR AN EXTENSION OF TIME IN SUPPORT OF AFFIDAVIT
PRO SE, I _____, OBJECT TO THE
MOTION TO DISMISS. I REQUEST TO APPEAR IN
THE COURT OF CLAIMS WITH MY VALID PERSONAL
INJURY CLAIM AGAINST THE ILLINOIS DEPARTMENT
OF CORRECTIONS/TAZEWELL COUNTY, DUE TO THE
ACTIONS OF STATE PRISON OFFICERS/CORRECTIONAL
OFFICERS, I HAVE SUCH PROOF OF SUFFICIENT
EVIDENCE AND GOOD STANDING GROUNDS. I REQUEST
FOR A HEARING IN THE COURT OF CLAIMS. I REQUEST
TO SETTLE THIS CASE WITH THE COURT EARLIEST
CONVENIENCE. I REQUEST FOR **PUBLIC** RECORDS OF
ALL CORRECTIONAL OFFICER MISCONDUCT UNDER THE
"FREEDOM OF INFORMATION ACT" I REQUEST TO
COMMENCE ACTION IN THE COURT OF CLAIMS
WITH NO DELAY. I SEEK FULL COMPENSATION
FOR PHYSICAL AND MENTAL ANGUISH, PAIN, AND
SUFFERINGS, (PUNITIVE [illegible] DAMAGES,)
UNDER "CRIME VICTIM COMPENSATION ACT"
CIVIL LIABILITIES ACT" DUE TO VIOLATIONS OF CERTAIN
STATE & FEDERAL LAWS" "COUNTY JAIL ACT" & VIOLATION
OF DEPARTMENT OF CORRECTIONS [illegible] SERVICES, AND
ALL RELATED [illegible] COUNTY JAIL STANDARDS

APRIL 22, 2008

MOTION TO SUBPOENA EVIDENCE

AND WITNESS'S

ATTACHMENT I NEED, CALL AS WITNESS

IM TOSIC (GROWN WED) I AM ACTING PRO-SE

(PINK & YELLOW) I JOSHUA M. THOMAS NEED TO SUBPOENA

MEDICAL PROGRESS NOTES CONCERNING MYSELF ALL

(RED) VISUAL VIDEO TAPES OF MY INCLUSION'S DATING

BACK TO MAY OF 2006 TO 3/24/08 TO 4/22/08, I

NEED MY FULL MEDICAL FILE FROM THE TAZEWELL

COUNTY/JAIL UNDER THE FREEDOM OF INFORMATION

ACT TO FURTHER PROVE MY CASE. I ALSO NEED

ALL MEDICAL RECORDS FROM THE PEKIN HOSPITAL

EMERGENCY ROOM OF MYSELF, AND MY ILLNESSES

ON 3/24/08, I ALSO NEED ALL GRIEVANCE

FORMS I'VE MADE AT THE TAZEWELL COUNTY

JUSTICE CENTER FROM MAY OF 2006 UNTIL

TODAYS DATE 4/22/08 (ALL REQUEST FORMS) I ALS

NEED A REPORT THAT LIZ MADE FROM PEKIN PHYSICIANS

(ERS) - REPORT THAT WAS MADE ON 2/29/07.

I ALSO NEED TO SUBPOENA NELLIE TAYLOR

[...] IF I.D TO ME IN MAY OF 2006

ORAL TAPES MARCH 21 WAS TAKEN APRIL 2007 &

WITNESS (MAY 25) [...] DECEMBER 30 2000

A. [illegible]

HOUSE, [illegible] AT [illegible] 1989.
PREVAILED IN), [illegible] THE PLAINTIFFS WERE
GRANTED MOST, IF NOT ALL, THE RELIEF THEY
REQUESTED), GRANT AWARDS REQUESTED.

( IMPORTANT )

YOUR HONOR "BY HABEAS CORPUS LAW"
AMENDMENT, TO INCLUDE ALL DETAINEES IN
SEGREGATION AND ALL DETAINEES IN TCJC.
AMEND COMPLAINT.

REQUEST THAT THE COURT CERTIFY THIS
CLASS ( IN A CLASS ACTION LAWSUIT )

(8) [illegible]   CASE# 1:J8CV1101
      42 U.S.C §1983 ACTION ON BEHALF OF
JOSHUA MICHAEL THOMAS, JOHN T. WILLIAMS,
ASHLEY TARLIFF, EDMOND NISCHWITD, [illegible]
FREIND, ERVIL WATSON, MARK McCLARY, AARON
KLECKNER, ALLEGED VIOLATIONS OF BOTH FEDERAL
CONSTITUTIONAL AND STATE LAW OF A NUMBER OF
AREAS OF TRUST PRISON LIFE, INCLUDING A
CLAIM THAT THEIR DAYS AT TCJC A SYSTEMATIC
DENIAL OF ADEQUATE HEALTH CARE SERVICES,
CERTIFICATION OF CLASS,
ACCEPTED "LAW" BY HABEAS CORPUS LAW"

ON BEHALF ) / L (OF ADNESS)
INCAPSEPATED IN (CUSOODY) IS CITE '
' ' ' ' , ' RELIEF
SOUGHT' AND FOR DECLARATORY/ AND
INJUNCTIVE RELIEF /S/ ) ISSUES
INVOLVING LENGTH OF MEDICAL CARE,
U.S.C.A. CONST. AMEND. 8,
REQUEST AN ORDER ) GRANT ALL RELIEF
IN THIS CLASS ACTION WHICH = /YOUR
HONOR. //BY HABITS CORPUS LAW//

# CLASS ACTION LAWSUIT
42 U.S.C. § 1983

# AFFIDAVIT

TENTH JUDICIAL CIRCUIT

TAZEWELL COUNTY

I, JOSHUA THOMAS, DEPOSES AND SAYS THAT AS TO THE PETITION HEREIN, I THE PLAINTIFF IN THE BELOW ENTITLED CAUSE; THE HE/SHE HAS READ THE FOREGOING DOCUMENT, BY HIS/HER SIGNED, AND THAT THE STATEMENTS CONTAINED THEREIN ARE TRUE IN SUBSTANCE AND IN FACT. SIGNED COMPLAINT.

CIVIL LIBERTIES ACTION — COUNTY JAIL S/S — _____

PLAINTIFF, PRO SE

SIGNED BEFORE ME THIS ____ DAY OF _____

ARTICLE X, 735 ILCS 5/1012

BY HABEAS CORPUS LAW

NOTARY PUBLIC

4/29/08 STATEMENT: CORRECTIONAL OFFICER BIEBER— INCIDENT — 10:00 P.M. THROUGH 8:00 A.M. 4/30/08 —, THE INCIDENT OCCURED RIGHT BEFORE ERS SHOWED UP AND WHILE THE ERS WORKER (PAT) — WAS HERE, INCIDENTS ALSO OCCURED THROUGH OUT THE NIGHT PERIODICALLY (JOSHUA KURKOV) JUSTIN _____

RESPECTFULLY SUBMITTED, PLAINTIFF, PRO SE CLASS ACTION PEOPLE (LAWSUIT) _____

WITNESS: _____
KRISTOPHER ELLY MASON
BUTLER, ASHLEY TARIFF _____
NIK _____ JOSHUA OAKTREE
JAKE SUTTON
(MARK MCCLAIN)

... OF ... / RULES OF IMPARTIAL
MEDICAL PROCESS PURSUANT TO FED. R. EVID. 706
+ MOTION OF ENTIRE CLASS TO ADD DETAINEES
INCARCERATED IN CUSTODY AT TJJC FOR PURPOSE
OF DECLARATION / AND INJUNCTIVE RELIEF AS
TO THE ISSUES ... DENIALS OF MEDICAL
CARE.

LIGHTFOOT V. WALKER, 486 F. SUPP. 504
(S.D. ILL. 1980)

VOLUMINOUS, EXHIBITS, BRIEFS, & MEMORANDUMS
AND EVIDENCE.

COURT FINDS GROSS DEFICIENCIES IN THE
HEALTHCARE SYSTEMS THE ENVIRONMENTAL
CONDITIONS WHICH AMOUNTED TO A 8TH
AMENDMENT RIGHTS VIOLATION, OF THE
PLAINTIFFS ... RIGHTS.
Id. AT 525

COURT ORDER= EXTENSIVE ... DETAILED RELIEF
INCLUDING THE CREATION OF A STATEWIDE
OFFICE OF MEDICAL SERVICES WITHIN
COUNTY JAILS (DEPARTMENT OF CORRECTIONS)
FEDERAL AND CIVIL RIGHTS ACTION
+ OUR ... / ... DOWN THE ROAD.
"LODESTAR" SUPP"



... ...

OFFER OF SETTLEMENT

SETTLEMENT PROPOSALS, WHERE(G) LITIGATION

FINAL ORDER OF JUDGMENT (UNDERLYING)

INADEQUATES OF THE DEFENDANTS OFFER-DUT

TO WHAT NEED OF THE TO SUFFER DEFENSE,

REQUIRE THE DEFENDANTS TO SUPPLY A DETAILED

COMPLIANCE PLAN DEMONSTRATING THE MANNER

IN WHICH THEY WOULD PROVIDE AN ADEQUATE

HEALTH CARE DELIVERY SYSTEM, THE DEFENDANTS

NEVER SUGGESTED SUCH A PLAN.

COURT ORDER FOR IMPROVEMENT OF MEDICAL

SERVICES, THE DEFENDANTS NEVER OFFERED WAS

COURT ORDER FOR AN ADEQUATE BUDGET OF THE

DELIVERY OF THE HEALTH CARE SYSTEMS. DEFEND

AND OFFERS NEVER EVEN CAME CLOSE TO BEING

ADEQUATE.

COURT ORDER ... MENT OF ... ...

AS ... OF ... AN OFFICER, THE DEFE ...

(LEGAL STANDARD, ... ... V. WALKER

... F. SUPP. 1-21 (D.C.ILL. 1985)

_____ POSITION, ___ RECEIVED THE
POST____ILL ____ _____ __ __ _____ _____,
____T ____R- __S __ __ OVERSEE COMPLIANCE.
THE DEFENDANTS _____ ____DFIED THIS,
RE____ T___ ___ ___T ITEMS ALL OF THE
____/_ _____S___S AF__h_TLY ESSENTIAL FOR
___ ___ TR/__ __/ MEANINGFUL HEALTH CARE
SYSTEM, AND NONE OF THEM WERE OFFERED BY
THE DEFENDANTS.

WITH _____ __ TO THE SPECIFICS,
C____ ___ __- THAT A REQUIREMENT THAT A MEDICAL
EXAM AND HISTORY BE TAKEN OF EACH INMATE
WE ___ 7 DAYS OF ___ THEIR ARRIVAL AT TCJC.
___ DEF____S NEVER OFFERED THIS,
C___T ___D____- A COMPREHENSIVE SYSTEM OF RECORD-
KEEPING AND SUPERVISION), THE DEFENDANTS OFFER
TO PROVIDE A NURSE ___ ASSUME THESE RESPONSIBILITY
WAS SEVERELY LACKING. COURT COULD GO ON AND
ON ABOUT THE INADEQUACIES OF THE DEFENDANTS
OFFERS- COURT ORDER- SYSTEMATIC DELIVERY OF
HEALTH CARE. DEFEN____ ONLY OFFERED A FEW
"NUTS & BOLTS" RE____ 2ND MEDICAL PANEL
REPORT, ___P____/ ___ ___ ___ ___S IN THE
DELIVERY OF ___ ___ ___ AREA,

IN THE CIRCUIT COURT OF **TAZEWELL** COUNTY, ILLINOIS

**APRIL 25, 2008**   THE COURT FOR THE _____**10TH**_____ JUDICIAL CIRCUIT

LAW DIVISION

| | |
|---|---|
| **JOSHUA M. THOMAS** ) | |
| Plaintiff, ) | |
| ) | No. |
| vs ) | |
| ) | "OFFICIAL SEAL" |
| **EARL HELM** ) | Shelly Hagan |
| Defendant. ) | NOTARY PUBLIC, STATE OF ILLINOIS |
| | Tazewell County |
| | MY COMMISSION EXPIRES 06-11-2008 |

*Shelly Hagen*
*4/25/08*

## PETITION OF MANDAMUS

NOW COMES Plaintiff, **JOSHUA M. THOMAS**, pro se, in order to give notice to the Court for leave to file a PETITION OF MANDAMUS pursuant to Code of Civil Procedure 735 ILCS 5/14-101 et. seq. directed to the above named Defendant.

IN SUPPORT THEREOF, Plaintiff states as follows: **(TCJC JAIL)**

**TAZEWELL COUNTY JUSTICE CENTER**

1. Plaintiff is currently incarcerated at _____ Correctional Center, **PEKIN**_____, Illinois, **TAZEWELL** County. Plaintiff is serving a sentence of _____ years for the charge of :_____

~~2.~~ 2. Defendant, **EARL HELM**, is the **SUPER-INTENDENT** and as such is responsible for **OBEYING ALL STATE AND FEDERAL LAWS, PROPER AND EFFECTIVE MEDICAL CARE TO ALL DETAINEES, UPHOLDING CONSTITUTIONAL RIGHTS, PROVIDING PROPER SAFETY AND SECURITY TO ALL DETAINEES, MAKING SURE ALL JAIL STAFF DO THEIR JOB DUTIES UNDER STATE AND FEDERAL LAW.** 3. Plaintiff brings this PETITION OF MANDAMUS before the Court pursuant to Code of Civil Procedure 735 ILCS 5/14-101 et. seq. **(730 ILCS 130/1 ACT 130. COUNTY JAIL (730 ILCS 125/0.01 ACT 125. COUNTY JAIL ACT) GOOD BEHAVIOR ALLOWANCE ACT.**

4. The plaintiff has requested that the defendants perform specific ministerial duties. The **#2 FOR THE** defendants have refused to perform such duties regardless of plaintiff's clear entitlement to **#2 FOR THE ABOVE** performance of the specific duties which are set forth as follows: **ABOVE**

**PROPER AND EFFECTIVE MEDICAL CARE TO ALL DETAINEES, ESPECIALLY ON AN EMERGENCY BASIS. TO HONOR AND NOT DENY MY CIVIL RIGHT GUARANTEED UNDER THE UNITED STATES CONSTITUTION, THAT CANNOT BE TAKEN AWAY FROM ME OR ANY OTHER DETAINEE. TO OBEY STATE AND FEDERAL LAW, AND THE COUNTY JAIL AND DETENTION STANDARDS RULE. (730 ILCS 125/0.01 ACT 125. COUNTY JAIL ACT)**

5. As a result of Defendant's actions, Plaintiff will suffer irreparable damages and be **30 ILCS** subjected to **A LIFETIME OF PAIN AND SUFFERING, AND EMOTIONAL 0/1 ACT DISTRESS. IMPROPER HEALING OF BROKEN BONES AND 0. COUNTY #4 INJURIES. POSSIBLE DEATH AND IRREVERSIBLE NERVE IL GOOD ← DAMAGE. NOT GETTING MY GUARANTEED RIGHTS UNDER BEHAVIOR COUNTY, STATE, AND FEDERAL LAWS, IF SWIFT ACTION OWANCE** Revised Jan 2002 **IS NOT TAKEN CONCERNING ALL THESE SERIOUS T.) PROBLEMS, AND VIOLATIONS OF THE TCJC JAIL. I'M #4 ALSO SUBJECT TO PREJUDICE AND MISTREATMENT, AS WELL AS MY LIFE, AND EVERY DETAINEES, DUE TO JAIL STAFF NEGLECT**

APRIL 25, 2008   IN THE CIRCUIT COURT OF **TAZEWELL** COUNTY, ILLINOIS
THE COURT FOR THE _____**10TH**_____ JUDICIAL CIRCUIT

LAW DIVISION

**JOSHUA M. THOMAS**
Plaintiff, )

**EARL** vs **HELM** )
Defendant.

"OFFICIAL SEAL"
Shelly Hagan
NOTARY PUBLIC, STATE OF ILLINOIS
Tazewell County
MY COMMISSION EXPIRES 06-11-2008

*Shelly Hagan*
4/25/08

## LEAVE TO FILE PETITION OF MANDAMUS

NOW COMES Plaintiff, **JOSHUA M. THOMAS** pro se, in order to give notice to the Court for leave to file a PETITION OF MANDAMUS pursuant to Code of Civil Procedure 735 ILCS 5/14-101 et. seq., directed to the above named Defendants. In support thereof, Plaintiff states as follows:

1. Leave to file PETITION OF MANDAMUS is an original action before the Court.

2. Plaintiff presents for review issues of law pertaining to him while incarcerated at **TCJC JAIL** Correctional Center, **PEKIN**, Illinois, **TAZEWELL** County.

3. Plaintiff contends that the issues to be presented are concerning his right to **(730 ILCS 125/0.01 ACT 125, COUNTY JAIL ACT) (730 ILCS 130/1 ACT 130, COUNTY JAIL GOOD BEHAVIOR ALLOWANCE ACT)**

4. Plaintiff alleges in the petition that **NOT ONLY MY CIVIL RIGHTS GUARANTEED UNDER THE THE UNITED STATES CONSTITUTION HAVE BEEN VIOLATED, FEDERAL LAW HAS BEEN BROKEN AS WELL AS COUNTY JAIL AND DETENSION STANDARDS RULES.** Plaintiff's petition seeks to compel the Defendant to **TO UPHOLD THE UNITED STATES CONSTITUTION, TO OBEY STATE AND FEDERAL LAW, AND TO TELL THE COURT THE TRUTH ABOUT HOW THE CORRECTIONAL OFFICERS, NURSES, AND DOCTORS NEGLECT AND MISCONDUCT. ALSO TO SUBMIT VIDEO TAPE EVIDENCE TO STATE**

6. Plaintiff hereby incorporates by reference all grounds and allegations stated in the **#5** PETITION OF MANDAMUS, a copy of which is attached hereto. **ALL OF THE BELOW IS #5 AND FEDERAL COURT (TCJC JAIL RECORDED TAPES) ALL TAPES GIVEN TO STATE AND FEDERAL**

7. WHEREFORE, plaintiff prays this Court to grant him leave to file a PETITION OF MANDAMUS. **I REQUEST ALL PUBLIC RECORDS AND FULL COOPERATION OF ALL INVESTIGATIONS UNDER FREEDOM OF INFORMATION ACT.** **JOSHUA M. THOMAS**
**AUTHORITIES.)**

Respectfully submitted,

**PRISON # R29082**

Plaintiff, pro se, ID# Number **100010649 (JAIL)**

P.O. Box **TAZEWELL COUNTY** JUS-Corr'Ctr, **PEKIN** IL **61554**

**(REIMBURSEMENT OF STATE AND FEDERAL FUNDS)**
**TO PAY FULL RESTITUTION FOR PAIN AND SUFFERING PHYSICALLY**
Revised Jan 2002
**AND EMOTIONALLY TO ALL DETAINEES EFFECTED, INCLUDING MYSELF, AND ASHLEY TARDIS WHO IS A PREGNANT WOMAN THAT WAS USED BY CORRECTIONAL OFFICERS AT THE county JAIL. I REQUEST FOR AN INVESTIGA**

#6. WHEREFORE, Plaintiff prays the Court will grant any such relief as the Court deems just and necessary by ruling Defendant's actions of *MEDICAL NEGLECT, TRANSPORTATION VIOLATION OF CIVIL AND CONSTITUTIONAL RIGHTS, AND CONSPIRING TO VIOLATE STATE AND FEDERAL LAW, VIOLATING (730 ILCS 125/0.01 ACT 125, COUNTY JAIL ACT*

#7. WHEREFORE, plaintiff further prays the Court will issue an ORDER OF MANDAMUS compelling Defendant to: *(STOP JAIL STAFF FROM TAMPERING WITH MY (U.S. FEDERAL POSTAL MAIL)*

(a) *#7 - HAVE HIS JAIL STAFF FULLY INVESTIGATED AND DEALT WITH FOR MISCONDUCT AND ABUSE, AS WELL AS MEDICAL NEGLECT, NOTIFY THE SHERIFF, TAZEWELL COUNTY*

*730 ILCS 30/1 ACT 130.* (b) *#7 - BOARD, AND THE PUBLIC HEALTH DEPARTMENT OF OUR COUNTY JAIL* *LEGAL RIGHTS BEING VIOLATED, AND OUR HEALTH, SAFETY, BEHAVIOR WELL BEING, SECURITY, AND LIVES ARE BEING THREATENED*

(c) To grant plaintiff leave to file brief in support of PETITION OF MANDAMUS.

*ALLOWANCE ACT* *HIGHLY AS WELL, ALL DUE TO JAIL STAFF VIOLATING COUNTY, STATE, & FEDERAL LAWS AND C.S. STANDARDS. (730 ILCS 125/0.01 ACT 125.)*

(d) To grant such other relief as the Court deems just necessary. *COUNTY JAIL ACT*

*ALL THE ABOVE* *#6* *(730 ILCS 130/1 ACT 130.) (COUNTY JAIL GOOD BEHAVIOR ALLOWANCE ACT.) #7*

Respectfully submitted,

Plaintiff, pro se

Signed before me this 25ᵗʰ day of April, 08.

_Shelly Hagen_
Notary Public

STATE OF ILLINOIS
COUNTY OF TAZEWELL

"OFFICIAL SEAL"
Shelly Hagan
NOTARY PUBLIC, STATE OF ILLINOIS
Tazewell County
MY COMMISSION EXPIRES 06-11-2008

_Shelly Hagan_
4/25/08

## AFFIDAVIT

I, JOSHUA M. THOMAS, deposes and says that as to the petition herein, he/she is the plaintiff in the above entitled cause; that he/she has read the foregoing document, by his/her signed, and that the statements contained therein are true in substance and in fact.

s/s
Plaintiff, pro se

Signed before me this 25ᵗʰ day of April, 08.

_Shelly Hagan_
Notary Public

"OFFICIAL SEAL"
Shelly Hagan
NOTARY PUBLIC, STATE OF ILLINOIS
Tazewell County
MY COMMISSION EXPIRES 06-11-2008

Revised Jan 2002

PLEASE HELP, THIS IS W-AT [illegible] (ATT [illegible]OLLAW
AT ABOUT 7:00 P.M. 5/6/18--[illegible]
JUDGE [illegible] (NO JOKE)
[illegible] CATT [illegible] WHAT
[illegible] TO [illegible] IS [illegible] OWN [illegible]
[illegible] OF BE [illegible] AT ME, DURESS, HULLUSSEN
& K[illegible]N ARE W[illegible]G IS A[illegible] CO[illegible]NTY TO
STANDARDS TO P[illegible]ISH [illegible], BECAUSE I HAVE A
[illegible] THEIR. CATTON SAID THEY CAN
DO THIS EVEN, IF IT DOESN'T [illegible] STA EN D COUNTY
JAIL STANDARDS [illegible]
A[illegible]
I ASKED CATTON, IF THIS P[illegible]T THEY [illegible]
GIVING ME FOR, PUTTING MY [illegible]
BECAUSE I WAS TOLD, AND WA[illegible] EN [illegible]
FROM [illegible] WEEK M[illegible] WEC, WAS L[illegible]
LAW 08/COUNTY [illegible]? HE SAID NO!
THIS IS OUR OWN LITTLE THINGS WE CAME UP
WITH TO DO TO YOU JOSH, (INHUMANE & UNFAIR
TREATMENT)(DETAINEE RIGHT #1, IN DETAINEE
HANDBOOK - VIOLATION - RIGHT DENIED)(CRUEL &
UNUSUAL PUNISHMENT)(PERSONAL DISTRESS IN P[illegible]
ME [illegible] CATTON LEFT ME A SEPARATE
FORM [illegible], AND [illegible] LET [illegible]
IND[illegible]CONT[illegible] DAY. THESE [illegible]
[illegible] MENTAL [illegible]
AND PHYSICAL AND E[illegible]L [illegible]
TH[illegible] HONOR [illegible]
[illegible]
[illegible]



9

ASHLEY HARDIFF IS NOW IN
IN THE MEDICAL UNIT WITH
ME. I'M IN MED 2 UNIT WITH
A BROKEN LEG. THE DOCTOR WON'T
GIVE ME A STRAIGHT ANSWER ON
WHAT IS EXACTLY WRONG WITH
MY BONES. HE SAYS NO BIG DEAL
EVEN AFTER I SAID I HAVE A
PENDING LAWSUIT ON HIM AND 9
OTHER JAIL STAFF MEMBERS. I'M
FIGHTING FOR JOHN T. WILLIAMS
AND BABY GIRL ASHLEY, & WILLY AND
EVERYBODY BODY ELSE IN HERE.
I'M NO LEAVING ANYBODY BEHIND
AND WE ARE MAKING A STAND TOGETHER
15 PEOPLE ARE INCLUDED AND INVOLVED
IN THIS CLASS ACTION LAWSUIT.
JUDGE KOURT/ AND JUDGE HARALD A.
BAKER IN FED COURT ARE HANDLING
BOTH CASES. JUNE 10, 2008 IN FED
COURT (HEARING) AND I'M SITTING
A HEARING SOON IN TAZEWELL AGAINST
EARL INCLM, CORRECTIONAL OFFICERS
WON'T GIVE ME A LAWBOOK, ENVELOPES, OR
A GRIEVANCE FORM. THEY SAID THEY DON'T HAVE
TO HELP ME IF THEY WANT TO. PLEASE
HELP IS SOON OR SEND SOMEONE TO TALK TO ME.

...CATTON, SGT, VANHUSSEN?
... CATTON LIED AND
SAID I REFUSED MEDICATION,
I DON'T THINK SO I'M IN INTENSE
PAIN, IT'S THE SAME OFFICER TODAY 2
YEARS AGO THAT PULLED THAT SAME MOVE
ON ME WHEN I WAS LEFT BLEEDING IN
MY CELL. HE TRIED SAYING I DENIED HELP.
NO I FUCKING DIDN'T JUST LIKE TODAY.
I TOOK MY PAIN MEDICATION ALL DAY
TODAY AND THE NURSE SAID I KNOW YOU
DIDN'T REFUSE IT JUST, SO SHE GAVE IT
TO ME. SOMETHING IS SERIOUSLY WRONG
WITH THESE DOCTORS AND OFFICERS AND
THEY KEEP LYING AND COVERING EACH
OTHERS ASS AND TRYING TO SILENCE US.
OFFICER CATTON SAYS HE DON'T CARE ABOUT
US OR THE LAWSUIT AND HE'S BEEN THROUGH
THIS BEFORE AND HE DOESN'T HAVE TO HELP
US. HE WON'T LET ME GET A LAWBOOK, GREIVANCE
FORM OR AN ENVELOPE TO MAIL YOU SOMETHING.
HE JUST BROUGHT BY A LETTER FROM
YOU OR THE GOVERNOR, AND WE STARTED
ARGUEING AND HE SEEN MY DOOR AND SAID
HE DIDN'T HAVE TO GIVE IT TO ME. I'M
IN HERE, SO PISSED AND STRAPPED. I WANT
SOME HELP. CATTON, SGT JINKS, SGT VANHUSSEN, AND
GUNS I TOOK MY LAW SUIT FROM ME AND RIPPED IT UP...

FOR US IN THE ... SAID HE HAD ASURANCE
IN THE SPECIAL HOUSING UNIT.
HE/TOOK ME THERE BECAUSE
I WAS TEACHING AND HELPING PEOPLE
AND STICKING UP FOR THEM, THOSE
4 OFFICERS AND I GOT INTO IT BAD,
ALL 4 TRIED TAKING ME DOWN FUR ABOUT
AROUND A DISTANCE OF 30 FT, I WAS CUFFED
BEHIND THE BACK AND THEY STILL COULDN'T
TAKE ME DOWN. THIS IS ALL ON TAPE
I ENDED UP BUSTING OUT 2 PLATE GLASS
WINDOWS AFTER THE/ THREW
ME IN MED CELL 2, I TRIED KICKING
THE 3RD WINDOW OUT AND THATS WHEN
MY LEG BUCKLED AND SNAPPED AND NOW
THE DOCTOR WON'T HELP ME, LET ALONE
LOOK AT ME. I HAD MY LEFT ANKLE, MY
MIDDLE LEFT FINGER AND MY KNEE X-RAYS.
HE SAID MY KNEE IS BROKE, BUT HE WOULDN'T
GIVE ME A STRAIGHT ANSWER AND HE SAID
THERES NOTHING HE CAN DO. I TOLD HIM TO
GET ME MRI'S AND HE SAID NO. MY FUCKING
LEG LOOKS LIKE A DOOR HINGE
AND IS HOOKED AT AN ANGLE AND BENT
AND IT KEEPS POPPING REALLY LOUD AND BAD
CERTAIN TIMES WHEN I PUT WEIGHT ON IT,
BUT THE DOCTOR SAID HE WON'T HELP ME ANYMORE
ND WALKED AWAY. HE'S AS CROOKED AS MY LEG IS. NO JOKE.

HE WON'T LET ME READ MY MEDICAL FILES OR TELLING (HE SAID HE'S DONE, (DOCTOR)

(18 KNEE AND FELINNT) ... GIVE ME A TEST ... SEE IT IN HIS A CONCLUSSION)

DR. CULLINAN I WOULD CHECK ME
OUT I TOLD HIM I CAN'T EVEN MOVE
MY LEG RIGHT AND I SHOWED
HIM. ITS BEEN A WEEK SINCE MY
INJURY. HE SAID OK THATS ENOUGH
AND WALKED AWAY AND WOULDN'T EVEN
TALK TO ME, I KNOW HES COVERING
SOMETHING UP, I CAN TELL IT IN
MY BONES, JOHN T. WILLIAMS HAS
A LAWSUIT ON HIM TOO. AFTER CULLINAN
SAID I COULDN'T GET A SECOND OPINION
FROM ANOTHER DOCTOR HE WALKED AWAY
INTO THE MED ROOM AND HAD HIS BACK TURNED
ABOUT 20 FT AWAY FROM MY CELL AND HE
WAS TALKING ON HIS CELL PHONE INSIDE
THE JAIL HE KEPT ON LOOKING BACK AT ME,
DOES THAT SOUND FAIR TO YOU, BECAUSE IT
DON'T TO ME, I JUST GOT DONE TALKING
WITH HIM WHEN HE DID THAT. I TOLD
HIM MY LEG IS SERIOUSLY MESSED UP HE
DIDN'T CARE OR WORRY ABOUT IT, HE WALKED
AWAY AND TALKED ON HIS PHONE. THESE
PEOPLE DON'T EVEN CARE IF WE DIE LET
ALONE SIT HERE AND SUFFER IN PAIN
AND ALWAYS CONSTANTLY STRESSED
OUT BECAUSE OF PAIN. DR. HONANIE DIRTY

8

1 JOSHUA M. THOMAS (SHU-) NINTH MED 2
2 JOHN T. WILLIAMS (SHU-5)
3 ASHLEY TARD (MED UNIT)
4 WILLY FRIEND (SHU-8)
5 AARON BUCKNER (SHU-)  NO PIPULATION
6 MARK MCGARY (SHU-)
7 IRVIL MASON (SHU-)
8 EDMUND NISCHWITZ (SHU-8) HE LEFT A
        WEEK AGO.
    ⊕ OFFICER
    ⊕ CATTON STILL WILL NOT
    GIVE ME AN ENVELOPE TO
    WRITE YOU. THIS IS MESSED
    UP.

DIRECTLEY EFFECTED

IDFPREGULATION

JOHN T. WILLIAMS - (BLACK MALE TASED
CASE # 2008-033485 TIMES IN WATER)
I HELPED HIM AND ASHLEY G
MEDICAL TREATMENT FINALLY.
ASHLEY TARDIFF - PREGNANT GIRL WHO
WAS TASED AND WAS MEDICALLY NEGLECTED

8

9

(1) GET THE INFORMATION LEFT
FOR SUPPORT OF CLAIM. I AM JOHN,
IT WAS ON THE ___ OF VANE ___
___ THEN ___ HOW I TRANSFERED
FROM SHU-7, TO MIDICAL UNIT CELL

5/7/08:        ↓ (CANT HAVE IN MY CELL) ONLY ↗
       ⟶ EARL HELM-LEGAL ↑ PAPERS (2 HOURS AT DAY
BLANKETS WITH MAGNETS COVERING MY WINDOW, I
CAN ONLY GET MY BEDSPREAD, SHEETS, AND
BLANKET AT 10:00 PM AT NIGHT WHEN 3RD
SHIFT STARTS EVERYDAY, CAN'T HAVE ANY
LEGAL PAPER, PENCILS, ENVELOPES, OR PAPER
TO WRITE LETTERS WITH OR MY CRIMINAL
CASE LEGAL WORK. CRUEL AND UNSUAL PUNISHMENT
NOBODY ELSE IN THIS JAIL IS BEING TREATED
THIS WAY AND ITS MAKING ME SICK AND STRESSED
OUT AND UPSET. THIS IS NOT RIGHT OR FAIR
HUMANE TREATMENT. THEY ARE TAKING PERSONAL
INTEREST IN ME AND TAKING ALL OF MY
RIGHTS AWAY! BY! BECAUSE I HAVE
LAWSUITS ON THEM AND I AM THE ONE LEADING
THE WAY FOR JOHN T. WILLIAMS, ASHLEY
TARDIFF, AND WALLY FREUND. THEY ARE TRYING
TO CUT ME OFF FROM EVERYTHING, DISCOMPOSING
ME, AND SILENCE ME FOR HELPING OTHER. SENDING
SEARCH OUT ULTREA SOUND ___ RADIATION, STRINK ARM

I JUST HAD A TALK WITH MRS.
MORRETTO AND MRS. HOSTETLER AND THEY
SAID THEY ARE GOING TO MOVE ME
TO POPULATION WITHIN 2 WEEKS, BECAUSE
THEY KNOW WHAT THE OFFICERS ARE DOING
TO ME IN ISOLATION. THEY EVEN INTERVIEW
ME ABOUT WHAT WENT DOWN ON 5/1/08 IN
THE SPECIAL HOUSING UNIT. VANHOSSEN AND
ULLRICH AND CATTON ARE ON ONE BIG POWER
TRIP, BECAUSE WE ARE FILING LAWSUITS, ABOUT
ALL OF THE ISSUES WE'VE BEEN HAVING WITH
JAIL STAFF. I HAVE MANY WITNESS AND THIS
IS ON RECORDED VISUAL VIDEO TAPE. THEY CALL
US CHILDISH STUPID CRIMINALS. I DON'T
THINK SO I'M JUST A LITTLE BIT SMARTER THAN
THEY THINK I AM. THEY THINK THEY CAN GET
AWAY WITH THIS AND NEGLECT THEIR SWORN
JOB DUTIES BY LAW AND ABUSE THEIR POWER
BECAUSE THEY DON'T LIKE YOU. NO JOKE. VANHUSS
CATTON, STRUNK, AND SEDGWICK, ROBERTSON, CAME IN
SHU-7, MY CELL ON 5/1/08 AND TOOK ME OUT BECAUSE
OF THE LAWSUIT AND GRIEVANCES TOWARD THEM.
THEY PUT ME IN TOTAL ISOLATION WITH A BIG
BLANKET OVER MY WINDOWS, SO I CAN'T SEE OR
COMMUNICATE WITH MY CROWD, I WONDER WHY
THAT IS. LET ME TELL YOU K. WHEN YOUR CELL

AND OTHER OFFICERS (PIRO) — WENT BACK
INTO THE SPECIAL HOUSING UNIT AND RAIDE,
ALL 2 CELLS, CONFISCATING LAWSUIT LEGAL
MATERIAL AND EVIDENCE THAT WE HAVE
AGAINST THESE CORRUPT OFFICERS, I STILL
HAVEN'T RECIEVED AN INCIDENT REPORT OR
TICKET FROM ANY OFFICER FOR ANY WRONG
DOING. THEY WON'T STOP PUNISHING ME, THIS
HAS GONE WAY TO FAR THEY ARE RETALIATI
ON ME AND OTHERS FOR WRITING GRIEVANCE
ON THEM. THIS HAS GONE WAY TOO FAR AND
SOMEBODY NEEDS TO DO SOMETHING ABOUT
THIS QUICK, SO IT NEVER HAPPENS TO PEOPLE
LIKE ME, PREGNANT GIRL WHO WAS TASED ASHL
TARDIFF, JOHN T. WILLIAMS WHO IS AN OLDER
BLACK MALE WHO WAS TASED IN HIS LEFT SHOUL
OF OF THE TOP OF A CONCRETE SLAB AND FELL
OF THE FLOOR HARD AND LANDED DIRECTLY IN TH
MOP WATER THAT AN OFFICER THREW IN HIS
CELL BEFORE THEY THREW JOHN IN THERE.
THEY TASED JOHN OFF OF THE TOP OF A CONCRE
SLAB AN TASED HIM 4 TO 5 TIMES IN MOP
WATER, THEY ELECTROCUTED AND HE COULN'SEE
OFFICER BIEBER, STOKES, AND SGT. JOHNSON ARE
THE OFFICERS THAT DID THIS TO JOHN, THEY
WERE CRACKING UP LAUGHING WHILE THEY DID

9

THEY CRUEL AND BAZAARE ACTS OF PUNISHMENT AND INHUMANE TREATMENT TO HIM (4/18/08). THEN THEY MADE HIM SLE ON A CONCRETE SLAB FOR 2 DAYS STRAIGHT WITH NO BLANKET. HE DIDN'T GET ANY MEDICAL TREATMENT EVEN THOUGH HE ASKE AND WROTE GRIEVANCES ABOUT IT. SOUNDS FAMILIAR DON'T IT. HE HAD X-RAYS DONE HERE FINALLY BECAUSE A LAWSUIT WAS MENTIONED. JOHN HAS A SEVERE SEPARATED LEFT SHOULDER, TORN LIGAMENTS AND TENDONS, AND WILL BE PERMANENTLY DAMAGED FOR LIFE. THESE OFFICERS ARE AS CORRUPT AS THEY COME, THEY TELL ME TO STOP HELPING OTHERS AND THEY SAY I'M WRONG FOR DOING IT. NO I'M NOT, I'M THE KIND OF PERSON WHO HELPS PEOPLE NO MATTER WHAT AND I WILL STAND UP LIKE A MAN FOR MYSE AND EVERYBODY IN HERE. I MEAN WHAT MAN IN THEIR RIGHT MIND WOULD NOT DO SOMETHING ABOUT THIS FOR ASHLEY A SCARE 20 YEAR PREGNANT GIRL WHO WAS TASED, AND JOHN - THIS IS NOTHING SHORT OF WHAT THE DID TO RODNEY KING. ASHLEY'S BABY COULD HAVE DIED, IF I DIDN'T LOOK FOR HER AND G

OFFICERS HATE ME AND PUNISH ME BECAUSE OF IT. (STANDING UP AGAINST THE OFFICERS TAKE OUR RIGHTS AWAY INCLUDING MYSELF) THEY SAY I'M WRONG FOR HELPING ASHLEY, JOHN, WILLY, AND MYSELF. WHATS WRONG WITH THAT PICTURE YOUR HONOR. ADD THAT UP. I SPEAK THE TRUTH. I HAVE WITNESS AND THE RECORD VISUAL VIDEOTAPES WILL PROVE THESE OCCURENCES AND INCIDENTS AS WELL, N JOKE YOUR HONOR. THIS IS REAL. 4/18/08 SENIOR SERGEANT ULLRICH AND OFFICER PIRO, BOTH PICKED WILLY FRIEND UP AN DRAGGED HIM UP AND DOWN THE ENTIRE FLOOR IN MOP WATER SEVERAL TIMES, TH PICKED HIM UP AND THREW HIM IN HIS CE IN THE SPECIAL HOUSING UNIT. THEN ULL STOMPED ON WILLYS BACK HARD ON HIS WAY OUT OF THE CELL. WILLY WAS LAYING ON THE GROUND, HE'S A YUNG BLACK MALE OFFICER ULLRICH HAD 7 OFFICER COME UP TO D-14 TO TAKE ME TO THE (SHU) I WAS STANDING STILL IN THE MIDDLE OF MY CELL WITH MY BACK TURNED TO THE CELL DOOR BOTH OF MY HANDS UP IN THE AIR, ULLRICH H XORD TO TASE ME IN THE BA K I DID THE DEED.

ALLS THEY HAD TO DO WAS COME IN
WITH ALL 7 OFFICERS AND PUT MY HAND
BEHIND MY BACK AND CUFF ME UP. I
I FELL STRAIGHT BACK AND HIT THE
DOOR AND SLAMMED THE BACK OF MY HEA
OUTSIDE OF MY DOOR ON THE FLOOR WITH
THE FORCE OF ALL OF MY WEIGHT. ULLRICH
SAID AFTER THAT HAPPENED TO THE OTHER 6
OFFICER "OH, WE ARE NOT GOING TO PUT TH
IN THE REPORT." THEN HE SAID IF HE EVE
MOVES AGAIN TASE HIM. THESE OFFICERS
ARE DIRTIER THAN OUR MOP WATER. I TOLD
THEM I PROBABLY HAD A CONCUSSION AND
DOCTORS AND NURSES STILL GAVE ME NO
MEDICAL HELP. ENOUGH IS ENOUGH. PLEA
HELP US YOUR HONOR, GOD BLESS.

JOSHUA M. PHO

PRO SE

9



## STATEMENT OF CLAIM

Place of the occurrence _____

Date of the occurrence _____

Witnesses to the occurrence _____

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.*
*Unrelated claims should be raised in a separate civil action.*

*THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

WITNESSES - JOHN T. WILLIAMS / EDMOND NESCHWITD / MARK A. MCLAN

(1) MAY 7E 2006, I WAS IN THE SELLPORT AND HOLDING CELL
IN TDJC CUSTODY. THERE WAS A POL OF BLOOD IN THE COP CAR. SELL PORT
HOLDING CELL. AND I WAS COVERED IN BLOOD FROM HEAD TO TOE. I
MY THROAT CUT ALONG WITH MULTIPLE DEEP GASH LACERATIONS FROM MY
UPPER LEFT ARM TO MY LOWER WRIST. THEY DID NOT TAKE ME TO THE
HOSPITAL. THEY DID NOT TREAT ME AT THE JAIL UNTIL 12 HOURS LATER.
I KEPT ASKING FOR HELP AND CORRECTIONAL OFFICER HOSTTLER AND
CAPTIN DID I STARTED TO TALK I WAS LOSE TIMES AT ME. I LOST MASSIVE
AMOUNTS OF BLOOD. I WAS PASSING IN AND OUT OF CONCIOUSNESS AND
I COULDNT STOP THE BLOOD FROM PASSING OUT. I WAS STILL BLEEDIN
12 HOURS LATER. THE NURSE SAID THAT STITCHES BECAUSE TO MUCH TIME HA
PASSED WITHOUT TREATMENT, SO SHE GAVE ME SOME KIND OF STICE-STRIP
DOWN MY ENTIRE LEFT ARM. I HAVE MEDICAL PROGRESS NOTES TO PROVE
THIS. I NEED FOR HELP. I HAVE A WITNESS.

(2) 3/24/08 - NEW INCIDENT - IT IS NOW 4/22/?? AND I STILL
_____ TREATMENT FROM DR. VOIGN
DR. CULLTAIVAN, HEAD NURSE RENEE _____ NURSE DAVIW
_____
_____
_____
SYSTEM _____
_____

I ___ ___ ___ ___ ___ ___ ___ ___ ___ ___
S___ ___ ___ ___ ___ SON 6/1/0/ ___ ___ ___
OPEN WOUNDS. I WAS SEEN BY MRS. ___ THE NURSE AND
DR. OREN AT THE PEKIN HOSPITAL IN 3/24/08 IN THE
EMERGENCY ROOM THE DAY I WAS ARRESTED. THE DOCTOR
AND NURSE WOULD NOT GIVE ME X-RAYS ON MY LEFT HAND
MIDDLE FINGER THAT IS BRAKE OR MY LEFT ANKLE THAT
WAS POSSIBLY BROKEN. BOTH WERE EXTREMLY SWOLLEN, AND
IN PAIN AND STILL ARE. THEY DENIED ME X-RAYS &
PHOTOGRAPHS OF INJURIES. THEY PRESCRIBED ME SEVERAL
MEDICATIONS AT THE HOSPITAL, AND TO MY KNOWLEDGE
WERE TAKEN BY PEKIN POLICE TO THE TAZEWELL COUNTY
JAIL WITH ME ON 3/22/08 AND I STILL HAVE NOT
GOTTEN THESE MEDICATIONS. I HAVE WROTE ALL RECORDS
AND GRIEVANCE TO PROVE THIS. THE HEAD NURSE RENA
___ SAID MY REQUEST FORMS TO SEE THE DOCTOR
AND NURSE SAW NOTHING, EVEN THOUGH I WROTE 20 OF THEM.
AS WELL AS WROTE GRIEVANCES ABOUT NO MEDICAL ATTENTION
I HAVE NO FEELING IN MY LEFT HAND AND MY MIDDLE FINGER
WILL NOT WORK RIGHT. IVE ALSO BEEN LIGHT HEADED AND
HAVE BLOOD SHOT EYES FROM MY CONCUSSION. I'VE ALSO BEEN
THROWING UP.
0/4/11/08 - NURSE ___ PAUL MALAVOLTI - I WATCHED HIM
HIM THROWN AWAY A GRIEVANCE ___ ___ ___
___ ___ ___ HIS ___ ___ ___ AND
___ ___ ___ OFFICER ___ ___ ___ ___
___ ___ IN CAMERA AND ___ ___
___ ___ ___ ___ ___ ___ ___

CATTON SAID I REALLY DON'T CARE TTIMAS"

"HE ALSO SAID HE DOESN'T CARE WHAT I HAVE
TO SAY OR ANY OTHER INMATE"

"OFFICER CATTON JUST DENIED ME AND JOHN A
REQUEST FORM TO WRITE A GRIEVANCE ON OFFICER
ULLRICH AND RITTER" THEY HAVE BEEN TRYING TO
SILENCE US. WE WILL NOT STAND FOR THAT. WE
ARE FIGHTING FOR OUR RIGHTS AND WILL STAND
TOGETHER FOR LIFE. ITS PRETTY BAD WHEN INMATE
HAVE TO ENFORCE LAWS THAT THEY ARE
SWORN TO DIE."

PLEASE HELP US.

① HEAD NURSE RENAE ON /5/2/08 - 5/3/08
SLIPD AN ANTI PAYSCOTIC DRUG IN WITH
MY PAIN MEDICATION SHE IS TRYING
TO DOPE ME UP. NO JOKE I'M NOT LYING
ITS IS MESSED UP. ITS ON TAPE. SHE
DID NOT EVEN TELL ME IT WAS IN
WITH THE PAIN MEDICATION. I TOLD
ALL DICTORS HERE I DON'T WANT ANY
FUCKING DRUGS AT ALL. YET SOMEHOW
SHE STILL SLIPS THEM IN WITH PAIN
MEDICATION. THIS NURSE IS FUCKING
EVIL. SHE ALSO USED TO OVRDOSE ME
ON PILLS ALMOST 2 YEARS AGO THIS IS ME
FUCKED UP SHIT AND I'M FEELING IT. AND
I HATE DRUGS WITH A PASSIN. I'M THE ONE WHO GOT AH



OFFICER
CATTON

NURSE
LAYLA

ADMIT
THE BLEEDING
HELP

STATEMENT: I HAVE MEDICAL RECORDS, NOTES, AS WELL AS CIRCUMSTANCES & WITNESSES THAT WILL PROVE WHAT I'M SAYING. 1 YEAR AND 10 1/2 MONTHS AGO I WAS LEFT IN THE HOLDING CELL WITH A POOL OF BLOOD, BLOOD ALL OVER THE CELL, MY THROAT WAS CUT ALONG WITH MY WHOLE ENTIRE ARM (LEFT) DOWN TO MY WRIST. I WAS LAUGHED AT BY CORRECTIONAL OFFICERS AND WAS NEGLECTED FOR OVER 12 HOURS. THEY TREATED ME 12 HOURS LATER. THE NURSE WROTE ON THE COUNTY STAFF MEDICAL RECORDS/NOTES THAT I HAD MULTIPLE DEEP GASH SCARS LACERATIONS THAT MY WERE STILL (12 HOURS LATER) BLEEDING. I HAVE WITNESS, AN AFFADAVIT. PLEASE LEME GIT THE RECORDS. AT THE STILL UNDER... OF INFORMATION TO YOU. I NEED AS SOON AS POSSIBLE. THANK YOU. ATTAWAY...

NEGLECT — COP CAR AND OFFICER SLAYTEN TOLD ME THERE WAS A POOL OF...

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

PROPER AND EFFECTIVE MEDICAL
TREATMENT. REFERRAL TO SPECIALIST FOR
X-RAY, MRI, OR OTHER TESTS, PRELIMINARY RE
TREATMENT, PROPER POSITION CARE. I
NEED FULL RESTITUTION AND FULL COMPENSATION
FOR PAIN AND SUFFERING, BOTH PHYSICALLY
AND EMOTIONALLY. I NEED FULL RESTORATION
OF CIVIL AND CONSTITUTIONAL RIGHTS
FOR MYSELF AND EVERY INMATE.

**JURY DEMAND**          Yes ☒     No ☐

Signed this ___23___ day of ___APRIL___,
19 ___2,008___.

_____
*(Signature of Plaintiff)*

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| JOSHUA M. THOMAS | #100010641 (JAIL)<br>#R29082 (PRISON) |
| Address: PEKIN, IL 61554 | Telephone Number: |
| ILL. ST. PEN. (UNITED) | 30/0 |

"OFFICIAL SEAL"
Shelly Hagan
NOTARY PUBLIC, STATE OF ILLINOIS
Tazewell County
MY COMMISSION EXPIRES 05-11-2008

Shelly Hagen  4/23/08



"OFFICIAL SEAL"
Shelly Hagan
NOTARY PUBLIC, STATE OF ILLINOIS
Tazewell County
MY COMMISSION EXPIRES 06-11-2008

*Shelly Hagan*
4/21/08

James R. Thompson
Center
Complaint Intake Unit
100 West Randolph Street
Suite 9-300
Chicago, Illinois 60601
312/814-6910



# Illinois Department of Professional Regulation

## COMPLAINT/CLAIM INTAKE REPORT

1. Please type or print clearly in dark ink.
2. Please attach copies of important papers concerning your complaint/claim.

### COMPLAINANT

Your Name: JOSHUA MICHAEL THOMAS

Day Telephone No.: 309-241-6135

Mailing Address: 101 S. CAPITOL

Night Telephone No.: 309-241-6343

City/Town: PEKIN    State: ILLINOIS    ZIP Code: 61554

### YOUR COMPLAINT/CLAIM IS AGAINST (RESPONDENT)

Name of Provider of Services (JAIL): TAZEWELL COUNTY JUSTICE CENTER

Profession: DOCTOR/NURSE JAIL STAFF CORRECTIONAL OFFICERS

Telephone No.: 3?-

Street Address: 101 S. CAPITOL

Date Event Occurred: 5/23/06 (2/24/08)-4/21/0

City/Town: PEKIN    State: ILLINOIS    ZIP Code: 61554    County of Occurrence: TAZEWELL COUNTY

Briefly describe your complaint/claim:

(MEDICAL NEGLECT AND VIOLATION OF CIVIL RIGHTS) THIS ALL
SPAWNED FROM MAY OF 2006 WHEN I WAS IN THIS JAILS CUSTODY. I
HAD MY THROAT CUT ALONG WITH MULTIPLE LACERATIONS FROM MY LEFT
(UPPER) ARM TO MY LOWER WRIST. THEY DID NOT TAKE ME TO THE HOSPITAL.
THEY DID NOT TREAT ME AT JAIL FOR OVER 12 HOURS. I HAVE MEDICAL
PROGRESS NOTES AND WITNESSES TO PROVE THIS. I LOST A MASSIVE AMOUNT
OF BLOOD (POOLS OF BLOOD) I WAS STILL BLEEDING 12 HOURS LATER. OFFICER
??? RUNNING B/T JAIL AND WORK RELEASE (2/24/08 - NEW INCIDENT) IT
IS NOW 4/21/08 AND I STILL HAVE NOT RECEIVED ANY MEDICAL TREATMENT
FOR MY INJURIES. I HAVE ??? A CONCUSSION, AND I ???
??? ??? ??? ???. ??? ??? ??? ???
MY CIVIL RIGHTS. ??? ??? NO ???. THEY ARE CORRUPT. ???

### DEPARTMENT USE ONLY

Complaint/Claim Received By: _____    Date: _____

How Received:  ☐ Phone   ☐ Letter   ☐ Walk-in

717 12/02 (ENF)    / You will receive an acknowledgment letter in the mail.



"OFFICIAL SEAL"
Shelly Hagan
NOTARY PUBLIC, STATE OF ILLINOIS
Tazewell County
MY COMMISSION EXPIRES 06-11-2008

4/21/08



James R. Thompson
Center
Complaint Intake Unit
100 West Randolph Street
Suite 9-300
Chicago, Illinois 60601
312/814-6910



# Illinois Department of
# Professional Regulation

## COMPLAINT/CLAIM INTAKE REPORT

1. Please type or print clearly in dark ink.
2. Please attach copies of important papers concerning your complaint/claim.

### COMPLAINANT

Your Name
JOSHUA MICHAEL THOMAS

Day Telephone No.
309-241-6135

Mailing Address
101 S. CAPITOL

Night Telephone No.
309-241-6342

City/Town
PEKIN

State
ILLINOIS

ZIP Code
61554

### YOUR COMPLAINT/CLAIM IS AGAINST (RESPONDENT)

Name of Provider of Services (JAIL)
TAZEWELL COUNTY JUSTICE CENTER

Profession DOCTOR/NURSE
JAIL STAFF

Telephone No.
39-

Street Address
101 S. CAPITOL

CORRECTIONAL
OFFICERS

Date Event Occurred
5/25/06 (3/24/08)-4/21/08

City/Town
PEKIN

State
ILLINOIS

ZIP Code
61554

County of Occurrence
TAZEWELL COUNTY

Briefly describe your complaint/claim:

(MEDICAL NEGLECT AND VIOLATION OF CIVIL RIGHTS) THIS ALL
SPAWNED FROM MAY OF 2006 WHEN I WAS IN THIS JAILS CUSTODY. I
HAD MY THROAT / MY ARM WITH MULTIPLE LACERATIONS FROM MY LEFT
(UPPER) ARM TO MY LOWER WRIST. THEY DID NOT TAKE ME TO THE HOSPITAL.
THEY DID NOT TREAT ME AT JAIL FOR OVER 12 HOURS. I HAVE MEDICAL
PROGRESS NOTES AND WITNESSES TO PROVE THIS. I LOST MASSIVE AMOUNTS
OF BLOOD (POOLS OF BLOOD) I WAS STILL BLEEDING 12 HOURS LATER. OFFICERS
AND NURSING BUT I SAW AND SAW THEM. (2/24/08 - NEW INCIDENT) IT
IS NOW 4/21/08 AND I STILL ... NOT RECEIVED ANY MEDICAL TREATMENT
FOR MY INJURIES. I HAVE ... ... A CUT/SISSURE, AND I ...
BUT I DID NOT ... ... ... ... THEY VIOLATED ... ...
MY CIVIL RIGHTS. ... ... NO ... THEY ARE COVERING UP ...

### DEPARTMENT USE ONLY

Complaint/Claim Received By: _____ Date: _____

How Received: ☐ Phone  ☐ Letter  ☐ Walk-in

36 1717 12/02 (ENF)   / You will receive an acknowledgment letter in the mail.