E-FILED
Friday, 23 May, 2008  11:33:16 AM
Clerk, U.S. District Court, ILCD

# U.S. DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

FILED

MAY 2 3 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PEORIA COUNTY

CASE # 1:08-1101

THOMAS,
PLAINTIFF

V.

GULLIANAN et al
DEFENDANT

RESPECTFULLY SUBMITTED

CIVIL DIVISION

HONORABLE JUDGE HAROLD A. BAKER,

ORDER

# MOTION

YOUR HONOR I RESPECTFULLY REQUEST FOR YOU TO CERTIFY THIS CLASS IN A CLASS ACTION LAWSUIT AGAINST THE DEFENDANTS IN CASE # 1:08-1101. (AGAINST TAZEWELL COUNTY) TCJC JAIL. YOUR HONOR "BY HABEAS CORPUS LAW" I REQUEST TO COMMENCE ACTION ON BEHALF OF JOSHUA M. THOMAS, JOHN T. WILLIAMS, ASHLEY TARDIFF, WILLY FREAND, EDMOND NISCHWITZ, AARON KLECKNER, JUSTIN NOWARD, ERVIL WATSON, MARK McCLARY, MICHAEL TRUMPY, NICK MARTIN, KRISTINA BURGARD, JAKE SUTTON, JOSHUA CRANDELL, JOSHUA KURKOV.) PLEASE CERTIFY THIS CLASS YOUR HONOR. WE NEED YOUR HELP STOP

① PAGE

# RELIEF REQUESTED

I REQUEST FOR SYSTEMATIC REFORM DONE TO CORRECTIONAL OFFICERS, DOCTORS, AND NURSES AT THE TAZEWELL COUNTY JUSTICE CENTER. I CALL FOR SWIFT ACTION TO BE TAKEN AS WELL AS STATE & FEDERAL AUTHORITIES TO BE CONTACTED TO CONDUCT AND COOPERATE WITH A FULL INVESTIGATION OF TCJC JAIL. I REQUEST FOR PUBLIC RECORD OF ALL CORRECTIONAL OFFICER, DOCTOR, AND NURSE COMPLAINTS AND MISCONDUCT AT TCJC JAIL

I REQUEST THIS CASE # 1:08-1101 TO ULTIMATELY BE PRESENTED AND ENTERED INTO THE UNITED STATES SUPREME COURT FOR FURTHER JUDGEMENT AND JUSTICE FOR INMATES ALL ACROSS AMERICA, CONCERNING OUR CONSTITUTIONAL AND HUMAN RIGHTS GUARANTEED BY LAW. I CALL FOR THE MOTION FOR THE CERTIFICATION OF THE CLASS ACTION LAWSUIT TO BE GRANTED, SO THIS IN GOOD FAITH NEVER HAPPENS TO ANY INMATE WITH CIVIL RIGHTS AGAIN I REQUEST FOR ALL OR MOST ALL MOTIONS I SET FORTH AND RESPECTFULLY REQUEST TO BE GRANTED YOUR HONOR I REQUEST FOR FULL COMPENSATION AND RESTITUTION TO BE AWARDED TO MYSELF AND ALL INMATES IN THIS CLASS FOR PHYSICAL AND EMOTIONAL, PERSONAL INJUR AND MENTAL ANGUISH, LIFETIME OF PAIN AN SUFFER DAMAGES CAUSED BY TCJC JAIL STAFF I REQUEST TO SETTLE

② PAGE

# RELIEF REQUESTED

WITH THE OPPOSING COUNSEL IN A TIMELY MANNER. I REQUEST TO MEET WITH THE OPPOSING COUNSEL OF THE DEFENDANT(S) FOR A FULL UNDERSTANDING AND NEGOTIATION OF A SETTLEMENT OFFER IN COURT OR OUT OF COURT. I REQUEST ALSO FOR FULL MONEY DAMAGES TO BE AWARDED AND COMPENSATED AND GIVEN TO ALL INMATES IN THIS CLASS ACTION LAWSUIT AGAINST TAZEWELL COUNTY, FOR PHYSICAL PAIN AND SUFFERING AND MENTAL ANGUISH LIFETIME DAMAGES. I REQUEST FOR A FORMAL APPOLOGY TO BE ADMISTERED BY THE STATE OF ILLINOIS AND LOCAL GOVERNMENT. OFFICIALS. I REQUEST MEDICAL EXPERTS TO INVESTIGATE ALL MEDICAL RECORDS AND DR. CULLIANAN AND NURSE RENAE AT THE TAZEWELL COUNTY JUSTICE CENTER. I REQUEST THIS CASE TO BE TREATED IN A SERIOUS MANNER AND ALL APPROPRIATE COURSE OF ACTIONS TO BE COMMENCE. I REQUEST FOR THE CURRENT CASE TO PREVAILED AND NOT BE NEGLECTED TO BE DEALT WITH BY AUTHORITIES. I REQUEST FILED STAMPED COPIES. I REQUEST ALL MOTIONS AND SUBPOENA'S TO BE GRANTED, 1. BY HABEAS CORPUS LAW, 42 U.S.C. 1983 BIVENS, FREEDOM OF INFORMATION ACT, CRIME VICTIMS COMPENSATION ACT, COUNTY JAIL ACT, CIVIL LIABILITES ACT, AND BY ALL STATE AND FEDERAL LAW.

③ PAGE

# RELIEF REQUESTED

I CALL FOR ADEQUATE MEDICAL HEALTH CARE TO BE GIVEN BY JAIL STAFF AND NOT IGNORED OR NEGLECTED TO BE GIVEN BY JAIL STAFF. (PROPER AND EFFECTIVE MEDICAL CARE.) I REQUEST BETTER STAFF TO CARE FOR INMATES FOR OVERALL

BETTER QUALITY OF INSTITUTIONAL LIFE AND HEALTH CARE NEEDS. HONESTLY YOUR HONOR I'M FIGHTING FOR EVERY MAN AND WOMAN AT TCJC, BECAUSE OF OUR DETAINEE & CONSTITUTIONAL RIGHTS BEING TAKEN AWAY BY JAIL STAFF MEMBERS WITH FULL PREJUDICE, AND THIS KIND OF INHUMANE AND UNFAIR TREATMENT, CRUEL AND UNUSUAL PUNISHMENT ABUSE, NEGLECT, EXCESSIVE USE OF FORCE, PERSONAL INTEREST, HARASSMENT, AND CORRUPTION OF JAIL STAFF MISCONDUCT NEED TO COME TO AN END BEFORE AN INMATE OR A PREGNANT WOMANS BABY EITHER IS KILLED OR JUST DIES FROM MEDICAL NEGLECT. I BROUGHT THIS LAWSUIT ON TAZEWELL COUNTY BECAUSE SOMETHING NEEDS TO BE DONE ABOUT THIS. THIS MAY BE A STATE OF THE ART JAIL, BUT THIS IS STATE OF THE ART CORRUPTION BEING PERFORMED AT THIS JAIL. TRUE JUSTICE NEEDS TO BE DONE FOR THE SAFETY AND WELL BEING OF EVERY INMATE AT TCJC. I CALL FOR EVERY POSSIBLE ACTION TO BE TAKEN

