E-FILED
Friday, 30 May, 2008 03:42:07 PM
Clerk, U.S. District Court, ILCD

VOLUME 2

28 PAGES
TOTAL

CASE # 1:08-1101

FILED
MAY 2 8 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# AMENDED COMPLAINT

I REQUEST ALL COMPLAINTS TO BE REVIEWED BY THE COURT. (ALL DOCUMENTS IN CASE # 1:08-1101)

RESPECTFULLY
SUBMITTED,

JOSHUA M. THOMAS,
PRO SE

VOLUME 2

① PAGE
1 OF 1

# CASE # 1:08-1101

# AMENDED

# COMPLAINT

(CONTAINS: AFFADAVIT, SUPPORTING STATEMENTS/WITNESS
& RELIEF.) I REQUEST TO PRESS CHARGES AGAINST
TAZEWELL COUNTY AND SERGEANT VANHUSSEN,
CORRECTIONAL OFFICER CATTON, AND CORRECTION-
AL OFFICER HOSTETTLER. LISTED IN THIS COMPLAINT
ARE AN AFFIDAVIT, COMPLAINTS OF MY DETAINEE,
CONSTITUTIONAL & CIVIL RIGHTS VIOLATIONS DONE
TO MYSELF BY JAIL STAFF @ TCJC JAIL, MY RIGHTS
ARE GUARANTEED BY LAW AND HAVE BEEN TAKEN
AWAY AND NEGLECTED. VANHUSSEN, CATTON, HOSTETTLER
HAVE PUNISHED MYSELF INHUMANELY & UNFAIRLY AND
HAVE PERFORMED COUNTLESS ACTS OF CRUEL & UNUSUAL
PUNISHMENT TO MYSELF WITHOUT CAUSE FOR PUNISHING
ME. THEY ARE WILLFULLY DEPRIVING ME OF MY
ENTITLED RIGHTS AND HAVE NEGLECTED AND VIOLAT-
ED THEIR CODE OF COUNTY JAIL STANDARDS, WHICH
IN TURN HAS MORE THAN VIOLATED MY RIGHTS →

TURN



CASE # 1:08-1101

AMENDED COMPLAINT

TIME AND PROVEN TIME AGAIN. THEY HAVE TAKEN PERSONAL INTEREST IN PUNISHING ME WITH-OUT CAUSE AND AGAINST COUNTY JAIL STANDARDS, VANHUSSEN USED EXCESSIVE USE OF FORCE AND ABUSED AND INJURED ME. HE IS HURTING ME PHYSIC-ALLY AND EMOTIONALL AND MAKING ME SUFFER CONSEQUENCES FOR NO WRONG DOING. HE WILL NOT STOP HARASSING ME. THEY HAVE DENIED MY RIGHT TO ADEQUATE MEDICAL HEALTH CARE TREATMENT AND LAUGH AND MAKE JOKES AT ME BECAUSE I HAVE A MENTAL ILLNESS, AND THEY KNOWINGLY GO OUT OF THEIR WAY TO HARASS, ABUSE, AND VIOLATE MY RIGHTS, AND NEGLECT ME. DR CULLINAN, NURSE RENAE, AND NURSE TAYLOR HAVE ALSO NEGLECTED AND DENIED ME ADEQUATE MEDICAL & MENTAL HEALTH CARE TIME AND TIME AGAIN. I WANT THIS COUNTY TO BE

→ TURN

③

HELD RESPONSIBLE FOR JAIL STAFF WORDS AND ACTIONS OF MISCONDUCT DONE TO ME. I ALSO REQUEST TO "AMEND MY ORIGINAL CLAIM CASE # 1:08-1101. I WOULD LIKE TO ADD ANY AND ALSO PRIOR FILED COMPLAINTS AND ALL DOCUMENTS TO THIS CASE. I WOULD ALSO LIKE TO ADD TO THE LIST OF DEFENDANTS IN THIS CASE. THE DEFENDANTS ARE AS FOLLOWS, SERGEANT VANHUSSEN, C. OFFICER BIEBER, OFFICER SEDOWSKI, OFFICER MORETTO, OFFICER HOLTKEY, AND DOCTOR HONAN, AND (TAZEWELL COUNTY. I WOULD LIKE TO ADD THEM TO CIVIL CLAIM CASE # 1:08-1101, WITH ALSO MY "AMENDED COMPLAINT." I WOULD LIKE ALL DOCUMENTS AND SUPPORTING SUFFICIENT EVIDENCE, AND MERITORIOUS GROUNDS ( ALL EVIDENCE AND COMPLAINTS TO BE REVIEWED CAREFULLY AND THOROUGHLY BY THE COURT, SO THESE RELEVANT LITIGATIONS OF FACTUAL FINDINGS CAN BE PROPERLY NOTED, ADDRESSED, AND DEALT WITH "BY HABEAS CORPUS "LAW" I RESPECTFULLY REQUEST YOUR HONOR FOR THIS CASE AND INMATE JOHN T. WILLIAMS CASE # 1:08-1101, TO BE TAKEN SERIOUSLY AND NOT LOOKED OVER. THESE FACTS AND FINDINGS ARE REAL AND GENUINELY TRUTHFUL. THANKYOU FOR GIVING US A CHANCE.

CASE #
1:08-1101 AMENDED COMPLAINT

**Tazewell County Justice Center**
**Detainee Request Form**

Name: _____ Date: _/_/_ Pod: _____ Cell: _____
　　　　(Last　　　First　　　M.I.)

***Instructions***
1. Print all information.
2. Provide as much information as possible, fill out the narrative section.
3. Check the ( ) item you are requesting for information.
4. Fill out **Only One (1) Request** per form.
5. Submit the white and yellow copy of the request form, keep the pink copy.

***Classification Section***
( ) Request For Tender Status
( ) Request For Reclassification
( ) Problems With Other Detainees
( ) Appeal Of Disciplinary
( ) Appeal of Classification

***Medical***
( ) Request To See Nurse

***Administrative Section***
( ) Request for information
　( ) Court Date　　( ) Writs　　( ) Holds　　( ) Mail　　( ) Detainee Account Balance
( ) Request for Special Visit
( ) Property
( ) Food Service Section
( ) Commissary Section
( ) Complaint About Treatment/Grievances
　( ) Appeal of Grievance
( ) Request To Go To Law Library
( ) Other

**Area below narrative for above request-Use space below and attach paper if necessary:**

(HEARD HEAM - I KEPT TELLIN
I TOLD, BECAUSE I AM UPSET AND ON MEDS FOR WEEK END HE
VANHUSSEN SAID FIGHT ME SECHT I WONT
TO TASE YOU. HE TOOK MY BED, BLANKETS, BIBLE, MAIL
(SLAMMED) AND ALL HYGIENE PRODUCTS, ASO ON,

OFFICER VANHUSSEN MY HEAD AND FACE AGAINST THE
CORNER OF MY CONRETE WALL 4-TO 5 TIMES HARD, AFTER
I TOLD HIM TO STOP. HE HAD ME HANDCUFFED BEHIND MY
BACK AND PRESSED UP AGAINST THE CORNER OF MY WALL. I TOLD
HIM THAT I WAS ALREADY SUEING AND TO STOP TRYING TO HURT
ME. THEN HE SLAMMED MY HEAD. I HAVE AN ABRASION & CUT

Detainees Signature: _____ Date: _/_/_

***Staff Response*** (VANHUSSEN, SAID I'M JUST LOOKING FOR A REASON TO TASE YOU
THINGS S) GIVE ME ONE. I TOLD HIM NOT TO TAKE MY STUFF)

_____ Forward to _____

(I'VE WROTE 5 GRIEVANCES ON VANHUSSEN. HE'S BEEN PUNISHING & HURTING ME)
Pod Officer/Staff Signature: _____ Star # ____ Date: _/_/_ SINCE,
Sergeant/Area Supervisor Signature: _____ Star # ____ Date: _/_/_

**White- Send to Classification**　　**Yellow- Return to Detainee**　　**Pink- Detainee retain after filling out**

ABOVE MY LEFT EYE. HE DREW BLOOD & I HAVE A BRUISE AND A
HEADACHE. OFFICER STRUNK WITNESSED THIS. VANHUSSEN THEN DROPPED
HIS KNEE INTO MY BACK WITH FULL FORCE. I WAS LAYING FLAT ON MY
STOMACH ON CEMENT CUFFED BEHIND MY BACK. MY FRACTURED KNEE WAS HURT,

**Tazewell County Justice Center**
**Detainee Request Form**

Name: THOMAS, JOSHUA M.   Date: 5/22/08   Pod: MED   Cell: 2
(Last)    (First)    (M.I.)

### ***Instructions***
1. Print all information.
2. Provide as much information as possible, fill out the narrative section.
3. Check the ( ) item you are requesting for information.
4. Fill out **Only One (1) Request** per form.
5. Submit the white and yellow copy of the request form, keep the pink copy.

### ***Classification Section***
( ) Request For Tender Status
( ) Request For Reclassification
( ) Problems With Other Detainees
( ) Appeal Of Disciplinary
( ) Appeal of Classification

### ***Medical***
( ) Request To See Nurse

### ***Administrative Section***
( ) Request for information
   ( ) Court Date   ( ) Writs   ( ) Holds   ( ) Mail   ( ) Detainee Account Balance
( ) Request for Special Visit
( ) Property
( ) Food Service Section
( ) Commissary Section
(X) Complaint About Treatment/Grievances
   ( ) Appeal of Grievance
( ) Request To Go To Law Library
( ) Other

SHERIFF HOUSTON 8

(I HAVE AROUND 30 UNANSWERED GRIEVANCES / GIVE OR TAKE
(PLEASE FORGIVE ME FOR SHATTERING YOUR WINDOWS)

Area below narrative for above request Use space below and attach paper if necessary:
TO SHERIFF HOUSTON: I HAVE NEVER NOT 1 TIME EVER RECIEVED A DISCIPLINARY
HEARING THAT I AM LEGALLY ENTITLED TO. EARL HELM, SENIOR SERGEANT
ULLRICH, SERGEANT VANHUSSEN, AND OFFICER CATTON HAVE BEEN PUNISHING
ME ILLEGALLY AGAINST COUNTY JAIL STANDARDS FOR QUITE SOME TIME
NOW AND NO HIGHER RANKING OFFICER IS STOPPING THIS CONSPIRED
PLAN AMONG CURRUPT OFFICERS TO ILLEGALLY PUNISH ME DAY AFTER DAY.

Detainees Signature: _____   Date: 5/22/08

### ***Staff Response*** _____
_____
_____
_____
_____
_____

Pod Officer/Staff Signature: Vansagli   Star # _____   Date: 5/22/08
Sergeant/Area Supervisor Signature: _____   Star # _____   Date: / /

White- Send to Classification    Yellow- Return to Detainee    Pink- Detainee retain after filling out

I THINK YOUR OFFICERS FAIL TO REALIZE THAT THOSE ARE MY RIGHTS
ENTITLED TO ME AT A STATE AND FEDERAL LEVEL, DETAINEE WISE. I HAVE
NO BONES TO PICK WITH YOU AND ME AND GOOD OFFICERS GET ALONG. GOD BLESS †

OFFICERS ARE: SEG MAY NOT EXCEED 72 HRS FOR MINORS.

VANHUSEN / VIOLATING MY RIGHTS AND VIOLATING

OFFICER ↑ JAIL STANDARDS. NO CAUSE FOR PUNI-
SHMENT EXISTS, IF A HEARING DATE
IS NOT SCHEDULED. I AM ENTITLED TO
A HEARING BY RIGHT WITH 8 DAYS OF
INCIDENT AND ALLEGED INFRATION. 24
HOUR NOTICE IS TO BE GIVEN BEFORE
THE HEARING BY STATEMENT. NO PENALTY
SHALL BE IMPOSED UNTIL AFTER THE
HEARING, EXCEPT SEGREGATION OF A
TRANSFER TO ANOTHER CELL BLOCK.
RECORD OF INCIDENT SHALL BE MADE.
SEGREGATION IS MY STATUS FOR CLASSIFICAT-
ION. SAFTEY AND SECURITY RISK, ESCAPE RISK,
MENTALLY DISTURBED OR IMPAIRED, OR PERSON
WHO PRESENTS SPECIAL SECURITY CONCERNS
SHALL BE GIVEN SPECIAL CARE AND SUPER-
VISION, AND CHECKED MORE FREQUENTLY THAN
THE 30 MINUTE STANDARD CHECK. SUPERVISORY
STAFF ARE TO CONDUCT A REVIEW WITHIN 24 HRS AFT
OCCURENCE ↑ OF A MINOR RULE INFRACTION (ALLEGED.) SUPERVISOR
STAFF IS SUPPOSED TO INFORM ME OF MY ALLEGED IN-
FRACTION FACTORS AND RESULTS OF THEIR REVIEW.

IF A CHARGE IS SUSTAINED, I AM ENTITLED TO A WRITTEN STATEMENT, WITHIN 14 DAYS AFTER THE HEARING, OF THE DECISION AND BASIS FOR DISCIPLINARY ACTION BY WARDE OR DISCIPLINARY HEARING BOARD, IF ANY ACTION AT ALL. NO ENTITLEMENT RIGHT WAS GIVEN TO DEFEND MYSELF AT ALL. ANY PERSON WHO INITIATES A DISCIPLINARY CHARGE CATTON & (VANHUSSEN NOTES) AGAINST ME SHALL NOT SERVE ON DISCIPLINARY BOARD THAT WILL DETERMINE THE DISPOSITION OF A CHARGE. NO DAILY DISTURBANCES. NO CONTINUED CAUSE FOR PUNISHMENT BY LAW, COUNTY JAIL STANDARDS. SUICIDAL PEOPLE ARE THE ONLY ONES IN THE JAIL THAT CANNO HAVE ANY PROPERTY IN THEIR CELL EXEPT A BIBLE. SUICIDE INMATES HAVE SPECIAL DOCTOR ORDERS RESTRICTING THEM FROM ALL PROPERT I DON'T WEAR A GREEN SUICIDE SMOCK AND I DON'T HAVE SPECIAL DOCTORS ORDERS SPECIFIC ALLY STATING I HAVE TO BE RESTRICTED OF MY PROPERTY INCLUDING LEGAL PAPER WORK. THEY WON'T LET ME HAVE MY CELL POSSESSION OF PROPERTY THAT I AM LEGALLY SUPPOSED TO HAVE. MY RIGHTS ARE GUARANTEED BY LAW AND CANNOT BE TAKEN AWAY. (THEY HAVE TAKEN MY RIGH

INHUMANE AND UNFAIR TREATMENT
CRUEL AND UNUSUAL PUNISHMENT.
I AM MENTALLY ILL AND HAVE A FRACTURE
KNEE AND AM SUPPOSED TO BE GIVEN
SPECIAL CARE AND SUPERVISION BY LAW.
I AM LIVING IN A MEDICAL CELL INS-
IDE TCJC'S MEDICAL UNIT AND I AM
BEING MEDICALLY NEGLECTED BY
DR. CULLIANAN, NURSE RENAE, AND NURSE
TAYLOR. THEY WON'T TREAT ME. THEY
WON'T CALL AND DON'T CALL THE DOCTOR
FOR PAIN MEDIATION OR ANY OTHER DOCTOR
ORDER FOR MY INJURIES AFTER I ASK THEM
TO. DR. HONAN, DR. CULLIANAN, NURSE RENAE &
NURSE TAYLOR HAVE VERBALLY REFUSED AND
DENIED ME ADEQUATE MEDICAL HEALTH
COUNTLESS TIMES. NURSE RENAE IS FALSI-
FYING MY MEDICAL RECORD FILES & TRIED
TO GET ME TO TAKE AN ANTI-PHSYCOTIC
DRUG WITHOUT TELLING ME IT WAS IN WITH
MY PAIN MEDICATION FOR MY FRACTURED KNEE
I NEVER GAVE ANY DOCTOR, NURSE, OR ANYBODY
WRITTEN ORAL CONSENT SAYING I WANTED THAT DR

DR. CULLIANAN WON'T WRITE ANY ORDERS
FOR ME, HE SAID HE WILL NOT HELP ME, HE
WOULD NOT TALK TO OR CHECK MY FRACTURED
KNEE OUT (NO DOCTOR EXAM) RENAE WON'T
AND HASN'T PUT ME ON THE DOCTORS LIST
AFTER I TOLD HER TO. NURSE RENAE AND
NURSE TAYLOR USED TO OVERDOSE ME 2 TIMES
THE DOSAGE PRESCRIBED OF THORIZINE
2 TO 3 TIMES A WEEK. THE JANITOR HAS
WALKED BY NURSE RENAE AND SAID HE SMELL
ALCOHOL ON HER BREATH. DR. CULLIANAN
SAID, IF I WANT TO KNOW EXACTLY WHAT
IS WRONG WITH MY FRACTURED KNEE AND
OTHER 2 INJURIES THAT WERE X-RAYED,
GET THE RECORDS SUPOENAED AT COURT
ABOUT THE LAWSUIT I HAVE AGAINST
HIM. I EVEN TOLD HIM ABOUT A POSSIBLE
CONCUSSION AND HE SAID AND DID NOTHING.
DR. CULLIANAN HAS BEEN FALSIFYING MY
MEDICAL RECORDS JUST LIKE NURSE RENAE
CULLIANAN & RENAE BOTH SAID I SUFFERED
SEVERE TRAUMA TO MY KNEE AND IT WAS
FRACTURED THEY WOULDN'T READ ME MY NOTES
FROM MY FILES OR LET ME LOOK AT THEM WHEN I ASKED

THEM TOO. THEY WOULDN'T EVEN TELL ME
WHAT BONE IS FRACTURED. CULLIAMAN SAID
HE DONE AND NURSE RENAE LIES TO ME AND
THEY CONTINUE TO NEGLECT ME. I'M LIVING
IN A MEDICAL CELL IN A MEDICAL UNIT
WHERE NURSES ARE PRESENT FOR 12 HOURS
A DAY AND I STILL CAN'T BE TREATED. I AM
BEING DEPRIVED OF MY CONSTITUTIONAL
AND DETAINEE RIGHTS AND AM BEING
REFUSED ADEQUATE MEDICAL HEALTH CARE
TREATMENT. AFTER VANHUSSEN SLAMMED MY
FACE INTO THE CONCRETE WALL 4 TO 5
TIMES AFTER I DID WHAT HE ASKED ME
TO DO, EVEN AFTER I TOLD HIM TO STOP,
AFTER HE TOLD ME, FIGHT ME BITCH HIT ME,
I'M LOOKING FOR ANOTHER REASON TO HURT YOU,
I WANT TO TASE YOU PUNK, AFTER VANHUSSE
DROPPED HIS KNEE FULL FORCE INTO MY BACK
WHEN I WAS LAYING ON MY STOMACH HAND-
CUFFED BEHIND MY BACK DURING THE WHOLE
INCIDENT, HE TOOK MY BED, BLANKETS, BIBLE,
AND ALL PROPERTY IN MY CELL AGAIN. AFTER MY
LEFT EYE (ABOVE MY EYEBROW) WAS BRUISED, CUT,
AND BLEEDING. NURSE TAYLOR SAID SHE DOESN'T TREAT

HEARD (OVERHEARD) ABOUT 15 FEET AWAY
FROM MY CELL WHAT SERGEANT VANHUSSEN
DID TO ME, SHE REFUSED ME FIRST-AID
TREATMENT TO MY FACE, JUST LIKE SHE
DID THE DAY I WAS ARRESTED 3/24/08.
NURSE TAYLOR AND DOCTOR VORIN BOTH
DENIED ME TO MY FACE X-RAYS AFTER I
SHOWED THEM ALL OF MY INJURIES. I ASKED
NURSE TAYLOR, IF SHE WAS GOING TO DENIE
ME MEDICAL, SHE SAID YES. THE PEKIN
HOSPITAL (ER) DOCTOR PRESCRIBED ME
MEDICATION FOR MY INJURIES AND I CAME
TO TCJC AND THEY NEVER GAVE ME MY
MEDICATION. I'VE NOW BEEN IN ISOLATION
FOR 60 DAYS. I'VE BEEN WRITING MEDICAL
REQUEST AND GRIEVANCE ABOUT MY RIGHTS
BEING VIOLATED AND TAKEN AWAY BY
OFFICERS, DOCTORS, AND NURSES. I STILL
HAVE VERY LITTLE IF ANY ANSWERS AT ALL
AND OVER 60 GRIEVANCE/COMPLAINT AND
MEDICAL HAVE NOT BEEN RESOLVED. I HAVE
NOT HEARD A WORD OR EVEN GOTTEN A WRITTEN
RESPONSE. I'VE WROTE THE WARDEN, CHIEF

GANSHAW AND SHERIFF HOUSTON DIRECTLY, THEY WON'T ANSWER ME OR DO ANYTHING ABOUT CORRUPT SERGEANTS, OFFICERS, NURSES AND JAILSTAFF, ABOUT ABUSE TO INMATES, DETAINEE, CIVIL & CONSTITUTIONAL, & COUNTY JAIL STANDARDS VIOLATIONS. THEY RIPP UP MY GRIEVANCES ABOUT THE AND THROW THEM IN THE GARBAGE IN FRONT OF MY FACE. THIS IS A SERIOUS CONSPIRACY GOING ON @ TCJC AND I HAVE DISCOVERED IT IN, SO MANY WAYS WITH THE HELP OF OTHER FELLOW INMATES AND THE OFFICERS KNOW, IT, AND THE DIRTY ONES ARE RUNNING AROUND THE JAIL SCARED BECAUSE KNOW THE TRUTH ABOUT THIS JAIL 1ST HAND AND ARE HIGHLY IN TUNE AND FULLY AWARE AND ALERT OF WHAT IS REALLY GOING ON @ TCJC. THEY WONDER WHY THIS JAIL HAS, SO MANY LAWSUITS FLYING OUT OF IT. ITS BECAUSE THESE ISSUES HAVE COME TO LIFE AND ARE EXTREMLY REAL IN A BAD WAY, TRUST ME I KNOW. LETS JUST SAY I'VE DONE A FEW REPORTS ABOUT TCJC MISCONDUCT

TO SAY THE LEAST, I KNOW THE LAW INSIDE AND OUT. ONE THING ABOUT INMATES IS WE OBVIOUSLY HAVE A LOT OF TIME TO SIT BACK AND THINK ABOUT THINGS. WE WATCH, WE HEAR, AND WE LISTEN YET WE ARE SADLY MISTAKEN FOR FOOLS WHO CAN'T GET THINGS RIGHT. (WRONG), NOW WE HAVE DONE RIGHT, AND WHATS REALLY WRONG IS HOW INMATES ARE BEING TREATED. ENOUGH IS ENOUGH SOMETHING NEEDS TO BE DONE AND THE RIGHT AUTHORITIES SERIOUSLY NEED TO HANDLE AND TAKE CARE OF THIS SOON. I WILL NEVER STOP FIGHTIN FOR MY RIGHTS BY LAW. (LEAST USE OF FORCE NESSASARY SHALL BE EMPLOYED) VANHUSSEN = MISCONDUCT: PERSONAL INTEREST, EXCESSIVE USE OF FORCE, ABUSE, NEGLECT, INHUMANE & UNFAIR TREATMENT, CRUEL AND UNUSUAL PUNISHMENT, HARASSMENT, VIOLATIONS OF COUNTY JAIL STANDARDS. (STATE & FEDERAL LAW HAS BEEN BROKEN, VIOLATION OF DETAINEE CIVIL & CONSTITUTIONAL RIGHTS & DEPRIVED (COVER UP)



33 HOURS I HAVED ON COLD CONCRETE WITH NO BEDDING, BLANKET (MATTRESS) - WITH A FRACTURED KNEE. X-RAY CONFIRMED THE FRACTURED KNEE. I WAS INJURED ON 5/1/08. IT IS NOW 5/16/08. HOLTKEY SAID I COULD EAT MY FOOD IN MY CELL IF I

James R. Thomps
Center
Complaint Intake U
100 West Randolp
Suite 9-300
Chicago, Illinois 60
312/814-6910

# Illinois Department of
# Professional Regulation

## COMPLAINT/CLAIM INTAKE REPORT

SHE LIED & TO

WANTED TO WAIT. I SAID O.K. I WAS ON MY HOUR OUT. THEN SHE COMES AND TA
MY FOOD, SO I CAN'T EAT, BECAUSE SHE'S MA
1. Please type or print clearly in dark ink.
2. Please attach copies of important papers concerning your complaint/claim.
HOLTKEY AND I USED TO GO TO SCHOOL TOGETHER. WE DO NOT LIKE EACH OTHER.

**COMPLAINANT**

| | |
|---|---|
| Your Name JOSHUA MICHAEL THOMAS | Day Telephone No. 309-241-6135 |
| Mailing Address 101. S. CAPITOL | Night Telephone No. 309-346-0213 |
| City/Town PEKIN | State ILLINOIS | ZIP Code 61554 |

**YOUR COMPLAINT/CLAIM IS AGAINST (RESPONDENT)**

| | |
|---|---|
| Name of Provider of Services TAZEWELL COUNTY JUSTICE CENTER | Profession CORRECTIONAL OFFICERS | Telephone No. 309 |
| Street Address 101. S. CAPITOL | | Date Event Occurred 5/1/08 — 5/16/08 |
| City/Town PEKIN | State ILLINOIS | ZIP Code 61554 | County of Occurrence TAZEWELL |

Briefly describe your complaint/claim: SERGEANT VANHUSSEN, OFFICER HOLTKEY, OFFICER CATTON
VANHUSSEN & CATTON TOOK MY BLANKETS, BED, COVER &
SHEET AWAY FOR OVER A WEEK FOR 15 HOURS A DAY
EVERYDAY, BECAUSE I HAD MY BLANKET OVER ME,
BECAUSE I WAS COLD AND IN PAIN FROM A FRACTURED
KNEE, NO JOKE. THEN 6 OFFICERS CAME IN MY CELL & TOOK
MY BIBLE & LETTER TO THE GOVERNOR OUT OF MY HAND,
THEY HAD TO USE FORCE TO TAKE IT FROM ME, THOSE
OFFICERS THEN TOOK ALL OF MY PERSONAL PROPERTY, HYGIENE
PRODUCTS, LAWSUIT PAPERS, MAIL, RULE BOOK (EVERYTHING) FOR 2 WEEK
& COUNTING. OFFICER HOLTKEY TOOK MY MATRESS FOR 2 DAYS STRAIGH
FOR ASKING IF THEY WERE GOING TO TAKE MY SHIRT FROM ME TOO. 33 HOUR ON COLD CO

**DEPARTMENT USE ONLY**

I CAN NOW ONLY HAVE MY SOAP, CUP, & BIBLE IN MY CELL 24 HRS. A DAY

Complaint/Claim Received By: _____ Date: _____

C/w Received:  ☐ Phone  ☐ Letter  ☐ Walk-in
I CAN ONLY HAVE MY HYGIENE PRODUCTS, LEGAL WORK (ALL PROPERTY) IN

717, 12/02 (ENF) / You will receive an acknowledgment letter in the mail.
6 OFF
MY CELL 2 HRS A DAY THEY HAD 2-4 TACCOS DREEEED URREAVEN AND OR

I'M IN A MEDICAL UNIT AND STILL AM BEING
DENIED MEDICAL CARE, THE OFFICERS HAVE NEVER GIVEN ME A
DISCIPLINARY OR INCIDENT REPORT FOR 55 DAYS NOW.

# Illinois Department of
# Professional Regulation

James R. Thomps
Center
Complaint Intake U
100 West Randolp
Suite 9-300
Chicago, Illinois 60
312/814-6910

I HAVE NO TICKET AT ALL.

## COMPLAINT/CLAIM INTAKE REPORT

I'VE BEEN IN ISOLATION THE WHOLE TIME WITHOUT A HEARING AS TO W

1. Please type or print clearly in dark ink. THEY ARE PUNISHING ME. NO DEADLI
2. Please attach copies of important papers concerning your complaint/claim. HAVE BEEN M

### COMPLAINANT

Your Name
JOSHUA MICHAEL THOMAS

Day Telephone No.
309-____ 241-6135

Mailing Address
101. S. CAPITOL

Night Telephone No.
309-346-0213

City/Town
PEKIN

State
Ih

ZIP Code
61554

### YOUR COMPLAINT/CLAIM IS AGAINST (RESPONDENT)

Name of Provider of Services
TAZEWELL COUNTY JUSTICE CENTER

Profession
HEAD NURSE
HEAD DOCTOR

Telephone No.
509-

Street Address
101. S. CAPITOL

Date Event Occurred
3/24/08 - 5/16/08

City/Town
PEKIN

State
IhhINOIS

ZIP Code
61554

County of Occurrence
TAZEWELL

Briefly describe your complaint/claim
(NURSE RENNE & DR. CULLIANAN)
(VIOLATION OF RIGHTS) — NEGLECT — INADEQUATE
MEDICAL HEALTH CARE.) I'M LIVING IN MEDICAL CELL #2
IN THE MEDICAL UNIT AND THEY STILL DENY, LIE, AND
FLAT OUT REFUSE TO HELP ME.) PLEASE DO SOMETHING AR
EVERYTHING I'VE BEEN WRITING YOU. I ALREADY HAVE
10 LAWSUITS AGAINST 10 JAILSTAFF ALREADY, SO DOES JOHN
T. WILLIAMS. WE BOTH HAVE COURT DATES, NO JOKE.
CLASS ACTION LAWSUIT AGAINST TCJC. NOTHING I'VE WROT
YOU IS A LIE. I HOPE YOU REALIZE THAT. I'M SHEDDING
SOME LIGHT ON TCJC'S CORRUPTION, ECT. NEED I SAY MORE.
RENNE TOLD ME EXACTLY 7 DAYS AGO SHE WOULD GET ME MORE PAIN MEDICATION,

(left margin, vertical) HEAD NURSE & DOCTOR DID JOB DUTIES.

### DEPARTMENT USE ONLY

SHE SAID SHE WOULD CALL THE DOCTOR FOR ME. 5/16/08. I STILL HAVE NONE

Complaint/Claim Received By: _____ Date: _____

THEY DID STOP MY PAIN MEDICATION DURING THOSE 2 DAYS WITHOUT
Received: ☐ Phone ☐ Letter ☐ Walk-in

MY MATTRESS AND BLANKETS. WHEN I WAS FORCED TO LAY ON CONCRETE,

(717 12/02) (ENF) / You will receive an acknowledgment letter in the mail. /

**Tazewell County Justice Center**
**Detainee Request Form**

Name: **THOMAS, JOSHUA M** Date: **5/22/08** Pod: **MED** Cell: **2**
_(Last_ _First_ _M.I.)_

***Instructions***
1. Print all information.
2. Provide as much information as possible, fill out the narrative section.
3. Check the ( ) item you are requesting for information.
4. Fill out **Only One (1) Request** per form.
5. Submit the white and yellow copy of the request form, keep the pink copy.

***Classification Section***
( ) Request For Tender Status
( ) Request For Reclassification
( ) Problems With Other Detainees
( ) Appeal Of Disciplinary
( ) Appeal of Classification

***Medical***
( ) Request To See Nurse

***Administrative Section***
( ) Request for information
   ( ) Court Date  ( ) Writs  ( ) Holds  ( ) Mail  ( ) Detainee Account Balance
( ) Request for Special Visit
( ) Property
( ) Food Service Section
( ) Commissary Section
(X) Complaint About Treatment/Grievances
( ) Appeal of Grievance
( ) Request To Go To Law Library
( ) Other ( NEGLECT)  (CRUEL & UNUSUAL PUNISHMENT) - NO CAUSE

**SHERIFF HOUSTON**

Area below narrative for above request-Use space below and attach paper if necessary:

TO SHERIFF HOUSTON: YOUR JAIL IS OUT OF CONTROL AND I AM
SUFFERING BECAUSE OF IT. VANHUSSEN & OTHER DIRTY OFFICERS AND
DOCTORS AND NURSES ARE VIOLATING MY DETAINEE CIVIL & CONSTI-
TUTIONAL RIGHTS GUARANTEED BY LAW AND THAT HAVE BEEN TAKEN
AWAY BY THIS CORRUPT JUSTICE CENTER. VANHUSSEN, CATTON, BIERS
JOHNSTON, STOKES, AND THE HEAD OF IT ALL EARL HEHM ARE VIO-

Detainees Signature: _[signature]_ Date: **5/22/08**

***Staff Response***
_____
_____
_____
_____
_____
_____

Pod Officer/Staff Signature: _____ Star # ____ Date: __/__/__
Sergeant/Area Supervisor Signature: _____ Star # ____ Date: __/__/__

White- Send to Classification   Yellow- Return to Detainee   Pink- Detainee retain after filling out

ING THEIR OWN CODE OF COUNTY JAIL STANDARDS THEY
SWORE TO UPHOLD AND ENFORCE. YOU SERIOUSLY NEED TO TAKE A
HARD LOOK ON ALL OF YOUR JAILS STAFFS INHUMANE & UNFAIR TREAT-

**Tazewell County Justice Center**
**Detainee Request Form**

Name: THOMAS, JOSHUA, M   Date: 5/20/008 Pod: MED Cell: 2
_(Last)   (First)   (M.I.)_

***Instructions***
1. Print all information.
2. Provide as much information as possible, fill out the narrative section.
3. Check the ( ) item you are requesting for information.
4. Fill out **Only One (1) Request** per form.
5. Submit the white and yellow copy of the request form, keep the pink copy.

***Classification Section***
( ) Request For Tender Status
( ) Request For Reclassification
( ) Problems With Other Detainees
( ) Appeal Of Disciplinary
( ) Appeal of Classification

***Medical***
( ) Request To See Nurse

***Administrative Section***
( ) Request for information
   ( ) Court Date   ( ) Writs   ( ) Holds   ( ) Mail   ( ) Detainee Account Balance
( ) Request for Special Visit
( ) Property
( ) Food Service Section
( ) Commissary Section
(X) Complaint About Treatment/Grievances
   ( ) Appeal of Grievance
( ) Request To Go To Law Library
( ) Other

SHERIFF HOUSTON:

I HAVE MENTAL ILLNESSES & STAFF PICK ON ME.
I'M OUT OF 170 @ TCJC WHO IS INHUMANE/TREATED
STAFF WON'T LET ME HAVE MY BEDDING.
STAFF WON'T LET ME HAVE MY RULE BOOK (PROPERTY)
NOBODY WILL ANSWER MY GRIEVANCES.

Area below narrative for above request-Use space below and attach paper if necessary:

I'VE REPORTED CRIMES TO YOU AND NO REFORM HAS BEEN DONE.
TO SHERIFF HOUSTON: I AM BEING WRONGLY DEPRIVED OF MY
CONSTITUTIONAL RIGHTS THAT ARE GUARANTEED BY LAW. MY RIGHTS
REGIS HAVE BEEN VIOLATED BY STAFF MISCONDUCT. EXCESSIVE USE
... ... JJXES, VANDUSEN AND ... WITH SEVER...
... ... ... ... ... HAVE TAKEN PERSONAL INTEREST IN
PUNISHING ME. DR'S, NURSES OFF. CAS WILL ABOUT ME, MISCOMMUNICATION
BETWEEN OFFICERS SO THE SAME EFFECT IS DENIAL OF RIGHTS, GUARANTEED
I HAVE HAD SERIOUS, ACCIDENTAL AND SELF INFLICTED INJURIES THAT HAVE

Detainees Signature:_____   Date: __/__/__

***Staff Response***
_____
_____
_____
_____
_____

Pod Officer/Staff Signature: C/o Bielun   Star # 6370 Date: 5/20/08
Sergeant/Area Supervisor Signature:_____   Star #_____ Date: __/__/__

**White- Send to Classification**   **Yellow- Return to Detainee**   **Pink- Detainee retain after filling out**

BEEN TREATED. I HAVE NEVER RECEIVED A DISCIPLINARY WRITTEN
THEN 8 DAYS EVER AND I DON'T EVEN KNOW WHAT I'M
I BEING PUNISHED. I WANT TO KNOW WHY. YOUR STAFF YOU ... ANSWER
... ... ... ... THEM IS WORTHLESS AND SO ...

**Tazewell County Justice Center**
**Detainee Request Form**

(UNIT)

Name: THOMAS, JOSHUA, M  Date: 5/18/08  Pod: MED  Cell: 2
(Last    First    M.I.)

***Instructions***
1. Print all information.
2. Provide as much information as possible, fill out the narrative section
3. Check the ( ) item you are requesting for information.
4. Fill out **Only One (1) Request** per form.
5. Submit the white and yellow copy of the request form, keep the pink copy.

DEARL HELM - @ BLES

***Classification Section***
( ) Request For Tender Status — EVEN A DOG GETS TAKEN TO THE VET, I CAN EVEN GET A BAND-AID IN A BAR
( ) Request For Reclassification — THEY WONT CHECK MY INJURES & WALK OFF.
( ) Problems With Other Detainees — I WANT TO KNO
( ) Appeal Of Disciplinary — CULLINAN, SAID TO GET RECORDS SUBPOENED, IF I WHAT IS WR
( ) Appeal of Classification — DR. HONAN & DR. CULLINAN — DENIED ME A CAT SKA

***Medical***
(X) Request To See Nurse — FOR CONCUSSION - X-RAYS - MRI'S - STRONGER PAIN MED,
WRAP OR KNEE BRACE, ICE FOR INTENSE SWELLING, PER-
MISSION TO HAVE BLANKETS ON ME. THEY SAID THE AIR

***Administrative Section***
( ) Request for information
   ( ) Court Date       ( ) Writs    ( ) Holds    ( ) Mail,    ( ) Detainee Account Balance
( ) Request for Special Visit [illegible] — NURSE TAYWOR & NURSE RENAE WILL NOT
( ) Property — TO ME OR CALLED — THE DOCTOR, SO I CAN GET PAIN MEDS
( ) Food Service Section — NURSE TAYLOR SHE DOES NOT HELP ALCOHOLICS, TRUTH
( ) Commissary Section — NURSE TAYLOR, DETECTECTIVE TAYLOR, 2
(X) Complaint About Treatment/Grievances
   ( ) Appeal of Grievance — OFFICER TAYLOR DON'T LIKE ME & I DON'T LIKE THE
( ) Request To Go To Law Library — I'VE KNOWN THEM FOR OVER 10 YEARS, THAT'S WHY SHE WON'T HELP ME
( ) Other

**Area below narrative for above request-Use space below and attach paper if necessary:**
DR. HONAN, DR. CULLINAN, NURSE TAYWOR (DR. VORYN - (ER) DR.)
TAYLOR - (ER) & TCJC NURSE,) VIOLATION OF CONSTITUTIONAL
CIVIL & DETAINEE RIGHTS, INADEQUATE MEDICAL HEALTH CAR
MEDICAL NEGLECT PRACTICE - (MAL) - UNFAIR & INHUMANE
TREATMENT, 8TH AMENDMENT VIOLATION, ECT. THE DENIED ME FROM
& ADEQUATE MEDICAL CARE. THEY FLAT OUT REFUSED & DENIED ME
HELP TO MY FACE VERBALLY & WRITTEN. (ALL OF THEM, NO JOKE.) IT STARTED WI
WITH NURSE TAYLOR & DR. VORYN DENYING ME X-RAYS, PICTURES OF INJURIES, FIRST
AI

Detainees Signature: _____  Date: _____

***Staff Response***_____
_____
_____
_____
_____

YOUR STAFF NEED TO BE DEALT WITH AND YOU ARE DOING NOTHING, ENABLE
Pod Officer/Staff Signature:_____  Star #_____  Date:__/__/__
Sergeant/Area Supervisor Signature:_____  Star #_____  Date:__/__/__  THE M

White- Send to Classification    Yellow- Return to Detainee    Pink- Detainee retain after filling out

THATS THE WHOLE REASON WHY I WENT TO PEKIN HOSPITAL IN THE FI
PLACE. I ASKED TAYLOR & VORYN, SO ARE YOU DENYING ME MEDICAL CARE &
MY RIGHTS. SHE SAID YES GO. SHE'S THE NURSE WHO IS ALSO NOT HELPING ME HE

**Tazewell County Justice Center**
**Detainee Request Form**

Name: _____ Date: 5/16/08 Pod: MED Cell: 2
   (Last    First    M.I.)

***Instructions***
1. Print all information.
2. Provide as much information as possible, fill out the narrative section.
3. Check the ( ) item you are requesting for information.
4. Fill out **Only One (1) Request** per form.
5. Submit the white and yellow copy of the request form, keep the pink copy.

***Classification Section***
( ) Request For Tender Status
( ) Request For Reclassification
( ) Problems With Other Detainees
( ) Appeal Of Disciplinary
( ) Appeal of Classification

***Medical***
( ) Request To See Nurse

***Administrative Section***
( ) Request for information
   ( ) Court Date   ( ) Writs   ( ) Holds   ( ) Mail   ( ) Detainee Account Balance
( ) Request for Special Visit
( ) Property
( ) Food Service Section
( ) Commissary Section
(x) Complaint About Treatment/Grievances
   ( ) Appeal of Grievance
( ) Request To Go To Law Library
( ) Other

Area below narrative for above request-Use space below and attach paper if necessary:

Detainees Signature: _____ Date: _____

***Staff Response***

Pod Officer/Staff Signature: _____ Star # _____ Date: ___/___/___
Sergeant/Area Supervisor Signature: _____ Star # _____ Date: ___/___/___

   White- Send to Classification    Yellow- Return to Detainee    Pink- Detainee retain after filling out

**Tazewell County Justice Center**
**Detainee Request Form**

Name: _____ Date: 5/17/08 Pod: MED Cell: A
    (Last)    First    M.I.

***Instructions***
1. Print all information.
2. Provide as much information as possible, fill out the narrative section.
3. Check the ( ) item you are requesting for information.
4. Fill out **Only One (1) Request** per form.
5. Submit the white and yellow copy of the request form, keep the pink copy.

***Classification Section***
( ) Request For Tender Status
( ) Request For Reclassification
( ) Problems With Other Detainees
( ) Appeal Of Disciplinary
( ) Appeal of Classification

***Medical***
(x) Request To See Nurse

***Administrative Section***
( ) Request for information
  ( ) Court Date ( ) Writs ( ) Holds ( ) Mail ( ) Detainee Account Balance
( ) Request for Special Visit
( ) Property
( ) Food Service Section
( ) Commissary Section
(x) Complaint About Treatment/Grievances
  ( ) Appeal of Grievance
( ) Request To Go To Law Library
( ) Other

Area below narrative for above request-Use space below and attach paper if necessary:

_EARL HELM - my mother seen_ ...

Detainees Signature: _____ Date: 5/17/08

***Staff Response*** will forward

Pod Officer/Staff Signature: _____ Star # _____ Date: _____
Sergeant/Area Supervisor Signature: _____ Star # _____ Date: _____

**White- Send to Classification**    **Yellow- Return to Detainee**    **Pink- Detainee retain after filling out**

#T00010049

## Tazewell County Justice Center
### Detainee Request Form

**Name:** THOMAS, JOSHUA, M   **Date:** 4/24/08 **Pod:** SHU **Cell:** 7
(Last)      (First)      (M.I.)

(NO JOKE)

WRONG

***Instructions***
1. Print all information.
2. Provide as much information as possible, fill out the narrative section.
3. Check the ( ) item you are requesting for information.
4. Fill out **Only One (1) Request** per form.
5. Submit the white and yellow copy of the request form, keep the pink copy.

***Classification Section***
( ) Request For Tender Status
( ) Request For Reclassification
( ) Problems With Other Detainees
( ) Appeal Of Disciplinary
( ) Appeal of Classification

JUDGE + COURT HAS 3 OR MORE GRIEVANCES OF MINE, ITS ALL TRUE, I HAVE TAPES AND WITNESSES TO PROVE IT.

***Medical***
( ) Request To See Nurse

***Administrative Section***
( ) Request for information
   ( ) Court Date
( ) Request for Special Visit
( ) Property
( ) Food Service Section
( ) Commissary Section
X Complaint About Treatment/Grievances
   ( ) Appeal of Grievance
( ) Request To Go To Law Library
( ) Other

( ) Writs   ( ) Holds   ( ) Mail   ( ) Detainee Account Balance

SUPER INTENDENT EARL HELM

**Area below narrative for above request-Use space below and attach paper if necessary:**

WHY DID YOU LET ME SEE A PHYCOLOGIST TODAY BUT NO PHYSICIAN (DOCTORS) IVE BEEN ASKING 1 MONTH NOW FOR MEDICAL HELP AND I HAVE HAD NO HELP, HOW LONG ARE YOU GOING TO LET ME, JOHN WILLIAMS, AND EDMOND NISCHWITZ SUFFER, HOW LONG ARE YOU GOING TO NEGLECT US, HOW LONG ARE YOU GOING TO TRY AND SILENCE

**Detainees Signature:** _____   **Date:** 4/24/08

***Staff Response***

**RECEIVED**

Star # 6349 Date: 4/24/08

**Sergeant/Area Supervisor Signature:** _____ Star # ___ Date: __/__/__

MAY -7 2008

White- Send to Classification   Yellow- Return to Detainee   Pink- Detainee retain after filling out

US, VIOLENCE OF SILENCE ME, AND YOU CANT HOLD US DOWN, GOD BLESS, PEACE,

# 10001064

MED UNIT

2

**Tazewell County Justice Center**
**Detainee Request Form**

**Name:** THOMAS JOSHUA M    **Date:** 5/3/08  **Pod:** _____  **Cell:** 2
(Last      First      M.L)

**\*\*\*Instructions\*\*\***
1. Print all information.
2. Provide as much information as possible, fill out the narrative section.
3. Check the ( ) item you are requesting for information.
4. Fill out **Only One (1) Request** per form.
5. Submit the white and yellow copy of the request form, keep the pink copy.

CIVIL ATTORNEY

**\*\*\*Classification Section\*\*\***
( ) Request For Tender Status
( ) Request For Reclassification
( ) Problems With Other Detainees
( ) Appeal Of Disciplinary
( ) Appeal of Classification

IN PRO SE JOSHUA THOMAS
TO DISPATCH

**\*\*\*Medical\*\*\***
( ) Request To See Nurse

**\*\*\*Administrative Section\*\*\***
( ) Request for information
  ( ) Court Date    ( ) Writs    ( ) Holds    ( ) Mail    ( ) Detainee Account Balance
( ) Request for Special Visit
( ) Property
( ) Food Service Section
( ) Commissary Section
( ) Complaint About Treatment/Grievances
  ( ) Appeal of Grievance
( ) Request To Go To Law Library
( ) Other

4 EARLY HELM

**Area below narrative for above request-Use space below and attach paper if necessary.**

WHY IS OFFICER BECKER TAUNTING ME
JOHN AND WILLY ON 3RD SHIFT LATE AT
NIGHT CALLING US NAMES AND DEGRADING
US DISIPLINE YOUR STAFF AND HOLD THEM
ACCOUNTABLE INSTEAD OF THEM CONTINUING TO
TRY TO GET US TO FIGHT THEM, YOUR STAFF ARE

**Detainees Signature:** _____  **Date:** 5/3/08

**\*\*\*Staff Response\*\*\*** PASSED TO 1ST SHIFT SGT.

## ~~RECEIVED~~

MAY - 7 2008

~~OFFICE OF~~
**INMATE ISSUES**
**Pod Officer/Staff Signature:** _____  **Star #** _____  **Date:** / /
**Sergeant/Area Supervisor Signature:** _____  **Star #** _____  **Date:** / /

White- Send to Classification      Yellow- Return to Detainee      Pink- Detainee retain after filling out    (LAWSUIT)

HARASSING AND TRYING TRYING TO SILENCE
US WITH EXTREME PREJUDICE. WHY DOY KEEP

**Tazewell County Justice Center**
**Detainee Request Form**

Name: THOMAS JOSHUA M    Date: 953 / 0    Pod: 8M    Cell:
　　　　(Last)　　　　(First)

***Instructions***
1. Print all information.
2. Provide as much information as possible, fill out the narrative section.
3. Check the ( ) item you are requesting for information.
4. Fill out **Only One (1) Request** per form.
5. Submit the white and yellow copy of the request form, keep the pink copy.

***Classification Section***
( ) Request For Tender Status
( ) Request For Reclassification
( ) Problems With Other Detainees
( ) Appeal Of Disciplinary
( ) Appeal of Classification

***Medical***
( ) Request To See Nurse

***Administrative Section***
( ) Request for information
　( ) Court Date　( ) Writs　( ) Holds　( ) Mail　( ) Detainee Account Balance
( ) Request for Special Visit
( ) Property
( ) Food Service Section
( ) Commissary Section
( ) Complaint About Treatment/Grievances
　( ) Appeal of Grievance
( ) Request To Go To Law Library
( ) Other

Area below narrative for above request-Use space below and attach paper if necessary:

Detainee Signature:　　　　　　　　　　　　Date: 5 / 3 / 09

**RECEIVED**
***Staff Response***
MAY - 7 2008
OFFICE OF
INMATE ISSUES

Pod Officer/Staff Signature:　　　　　　Star # 1377　Date: 5 / 31 / 09
Sergeant/Area Supervisor Signature:　　　　Star #　　　Date: / /

White- Send to Classification　　Yellow- Return to Detainee　　Pink- Detainee retain after filling out

**000010641**

**Tazewell County Justice Center**
**Detainee Request Form**

Name: THOMAS TOSHIA M   Date: 5/4/8   Pod: _____   Cell: _____
(Last)    (First)   (M.I.)

**\*\*Instructions\*\*\***
1. Print all information.
2. Provide as much information as possible, fill out the narrative section.
3. Check the ( ) item you are requesting for information.
4. Fill out **Only One (1) Request** per form.
5. Submit the white and yellow copy of the request form, keep the pink copy.

**\*\*\*Classification Section\*\*\***
( ) Request For Tender Status
( ) Request For Reclassification
( ) Problems With Other Detainees
( ) Appeal Of Disciplinary
( ) Appeal of Classification

**\*\*\*Medical\*\*\***
(X) Request To See Nurse

**\*\*\*Administrative Section\*\*\***
( ) Request for information
   ( ) Court Date   ( ) Writs   ( ) Holds   ( ) Mail   ( ) Detainee Account Balance
( ) Request for Special Visit
( ) Property
( ) Food Service Section
( ) Commissary Section
(X) Complaint About Treatment/Grievances
   ( ) Appeal of Grievance
( ) Request To Go To Law Library
( ) Other

Area below narrative for above request. Use space below and attach paper if necessary:

Detainees Signature: _____   Date: 5/4/08

**\*\*\*Staff Response\*\*\***

RECEIVED

MAY - 7 2008

OFFICE OF
INMATE ISSUES

Pod Officer/Staff Signature: _____   Star # _____   Date: / /
Sergeant/Area Supervisor Signature: _____   Star # _____   Date: / /

White- Send to Classification    Yellow- Return to Detainee    Pink- Detainee retain after filling out

⊕ PROSE

**I NEED TO WRITE THE ILLINOIS DEPARTMENT OF REGULATION ABOUT A COMPLAINT ( ████ )**

**MED UNIT**

**Tazewell County Justice Center**
**Detainee Request Form**

**Name:** THOMAS, JOSHUA M   **Date:** 5/3/08  **Pod:**  **Cell:** 2
  Last      M.I.

**WHY DID SGT. ULLRICH TAKE ⊕ ITS ON TAPE AND THEY WILL BE SUBPOENAED**
**WILL SPAW AND CIVIL**

***Instructions***
1. Print all information.
2. Provide as much information as possible if not the narrative section.
3. Check the ( ) item you are requesting for information.
4. Fill out **Only One (1) Request** per form.
5. Submit the white and yellow copy of the request form, keep the pink copy.

***Classification Section***   YOU SAY YOU HAVE
( ) Request For Tender Status   BEEN OUT OF   **ATTORNEY**
( ) Request For Reclassification   VINELLA
( ) Problems With Other Detainees   ENVELOPES   **PRO, JOSHUA**
( ) Appeal Of Disciplinary   FOR A WEEK
( ) Appeal of Classification   **THOMAS**
***Medical***
( ) Request To See Nurse   NOW.
***Administrative Section***   **B/HABEAS**
( ) Request for information   **CORPUS LAW** YOU ARE TRYING TO SILENCE
   ( ) Court Date  ( ) Writs   ( ) Mail   ( ) Detainee Account Balance   US AND MAKE US SUFFER
( ) Request for Special Visit   ↑
( ) Property   **EARL HELM**
( ) Food Service Section   **DISPATCH**
( ) Commissary Section
(✗) Complaint About Treatment/Grievances   YOU CAN'T COVER UP THIS.
   ( ) Appeal of Grievance
( ) Request To Go To Law Library
( ) Other

Area below narrative for above request-Use space below and attach paper if necessary:
WHY WON'T YOU GIVE ME A VINELLA
ENVELOPE TO MY MAIL TO UNITED STATES
DISTRICT COURT AND COUNTY COURT. WHY HAVE
YOU DENIED ME JAKE EVANS FIRM. WHY ARE
YOU RAIDING EVERY CELL IN THE SHU AND
TRYING TO TAKE OUR LAWSUITS AND LEGAL WORK

**Detainees Signature:** _____   **Date:** 5/3/08

I NEED ANSWERS ASAP.

***Staff Response***

**RECEIVED**
**MAY -7 2008**
**OFFICE OF**
**INMATE ISSUES**

**Pod Officer/Staff Signature:** _____ Star # ____ Date: __/__/__
**Sergeant/Area Supervisor Signature:** _____ Star # ____ Date: __/__/__

White- Send to Classification   Yellow- Return to Detainee   Pink- Detainee retain after filling out

AWAY FROM US. WHY DID YOU TAKE ME OUT
OF THE SHU AND SEPARATE US. I'M INMATE

*# 100010649*

*"YOU CANNOT SILENCE"*
*UNITY*
*MED UNIT*

### Tazewell County Justice Center
### Detainee Request Form

Name: __THOMAS, JOSHUA, M__ Date: 5/3/08 Pod: ___ Cell: 2
(Last) (First) (M.I.)

*WHY IS YOUR STAFF GETTING AWAY WITH BEATING US.*

***Instructions***
1. Print all information.
2. Provide as much information as possible, fill out the narrative section.
3. Check the ( ) item you are requesting for information.
4. Fill out **Only One (1) Request** per form.
5. Submit the white and yellow copy of the request form, keep the pink copy.

***Classification Section***
( ) Request For Tender Status
( ) Request For Reclassification
( ) Problems With Other Detainees
( ) Appeal Of Disciplinary
( ) Appeal of Classification

*"PRIVILEDGED"*

***Medical***
( ) Request To See Nurse

*⊕ URGENT:  DISPATCH PROMPTLY*

***Administrative Section***
( ) Request for information
( ) Court Date   ( ) Writs   ( ) Holds   ( ) Mail   ( ) Detainee Account Balance
( ) Request for Special Visit
( ) Property
( ) Food Service Section
( ) Commissary Section
( ) Complaint About Treatment/Grievances
( ) Appeal of Grievance
( ) Request To Go To Law Library
( ) Other

*"PRO-SE"*
*EARL HELM*

Area below narrative for above request-Use space below and attach paper if necessary:

*I NEED MY MEDICAL PROGRESS NOTES ASAP. "HABEAS CORPUS LAW" I AM MY OWN ATTORNEY. THE LAWSUIT AGAINST YOU AND DOC, PSYCH, THE ANEX AND YOUR NURSES AND CORRECTIONAL OFFICERS. BY LAW I NEED MY MEDICAL PROGRESS NOTES FROM TCJC / PEKIN HOSPITAL AND PEKIN TAZWOOD MENTAL HELP CENTER. HIPPA*

Detainees Signature: _____ Date: 5/3/08

***Staff Response***

*RECEIVED*
*MAY - 7 2008*
*OFFICE OF INMATE ISSUES*

Pod Officer/Staff Signature: _____ Star # ____ Date: __/__/__
Sergeant/Area Supervisor Signature: _____ Star # ____ Date: __/__/__

White- Send to Classification    Yellow- Return to Detainee    Pink- Detainee retain after filling out

*"LAW" I NEED THESE DOCUMENTS TO PREPARE MY CASE. CONSTITUTIONAL RIGHT. GOD BLESS*

**Tazewell County Justice Center**
**Detainee Request Form**

Name: _____    Date: 5/15/0_ Pod: _____ Cell: _____
　　　(Last　　First　　M.I.)

***Instructions***
1. Print all information.
2. Provide as much information as possible, fill out the narrative section.
3. Check the ( ) item you are requesting for information.
4. Fill out **Only One (1) Request** per form.
5. Submit the white and yellow copy of the request form, keep the pink copy.

***Classification Section***
( ) Request For Tender Status
( ) Request For Reclassification
( ) Problems With Other Detainees
( ) Appeal Of Disciplinary
( ) Appeal of Classification

***Medical***
(✗) Request To See Nurse

***Administrative Section***
( ) Request for information
　　( ) Court Date　　( ) Writs　　( ) Holds　　( ) Mail　　( ) Detainee Account Balance
( ) Request for Special Visit
( ) Property
( ) Food Service Section
( ) Commissary Section
(✗) Complaint About Treatment/Grievances
　　( ) Appeal of Grievance
( ) Request To Go To Law Library
( ) Other

Area below narrative for above request-Use space below and attach paper if necessary:

_____ FRACTURED BONE IN MY KNEE. AND THE _____

_____

_____

_____

Detainees Signature: _____    Date: 5/15/0_

***Staff Response***

_____

_____

_____

_____

Pod Officer/Staff Signature: _____    Star # _____    Date: ___/___/___
Sergeant/Area Supervisor Signature: _____    Star # _____    Date: ___/___/___

**White- Send to Classification**　　**Yellow- Return to Detainee**　　**Pink- Detainee retain after filling out**

E-FILED
Friday, 30 May, 2008  03:42:24 PM
Clerk, U.S. District Court, ILCD

CASE # 1:08-1101

(VOLUME 5)

FILED

MAY 2 8 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

"RELIEF"

"REQUESTED"

VOLUME 5

I REQUEST Ahh RELIEF TO BE GRANTED.

2 PAGE

# RELIEF REQUESTED

I REQUEST FOR SYSTEMATIC REFORM
BE DONE TO CORRECTIONAL OFFICERS, DOCTORS, AND
NURSES AT THE TAZEWELL COUNTY JUSTICE CENTER
I CALL FOR SWIFT ACTION TO BE TAKEN AS WELL
AS STATE & FEDERAL AUTHORITIES TO BE CONTACTED
TO CONDUCT AND COOPERATE WITH A FULL INVESTI-
GATION OF TCJC JAIL. I REQUEST FOR PUBLIC
RECORD OF ALL CORRECTIONAL OFFICER, DOCTOR, AND
NURSE COMPLAINTS AND MISCONDUCT AT TCJC JAIL
I REQUEST THIS CASE # 1:08-1101 TO ULTIMATELY
BE PRESENTED AND ENTERED INTO THE UNITED
STATES SUPREME COURT FOR FURTHER JUDGEMENT
AND JUSTICE FOR INMATES ALL ACROSS AMERICA
CONCERNING OUR CONSTITUTIONAL AND HUMAN RIGHTS
GUARANTEED BY LAW, I CALL FOR THE MOTION FOR
THE CERTIFICATION OF THE CLASS ACTION LAWSUIT
TO BE GRANTED, SO THIS IN GOOD FAITH NEVER
HAPPENS TO ANY INMATE WITH CIVIL RIGHTS AGAIN
I REQUEST FOR ALL OR MOST ALL MOTIONS I SET FORTH
AND RESPECTFULLY REQUEST TO BE GRANTED YOUR HONOR
I REQUEST FOR FULL COMPENSATION AND RESTITUTION
TO BE AWARDED TO MYSELF AND ALL INMATES IN THE
CLASS FOR PHYSICAL AND EMOTIONAL, PERSONAL INJURY
AND MENTAL ANGUISH, LIFETIME OF PAIN AN SUFFER
DAMAGES CAUSED BY TCJC JAIL STAFF I REQUEST TO SETTLE

# RELIEF REQUESTED

WITH THE OPPOSING COUNSEL IN A TIMELY MANNER. I REQUEST TO MEET WITH THE OPPOSING COUNSEL OF THE DEFENDANT(S) FOR A FULL UNDERSTANDING AND NEGOTIATION OF A SETTLEMENT OFFER IN COURT OR OUT OF COURT. I REQUEST ALSO FOR FULL MONEY DAMAGES TO BE AWARDED AND COMPENSATED AND GIVEN TO ALL INMATES IN THIS CLASS ACTION LAWSUIT AGAINST TAZEWELL COUNTY, FOR PHYSICAL PAIN AND SUFFERING AND MENTAL ANGUISH LIFE TIME DAMAGES. I REQUEST FOR A FORMAL APPOLOGY TO BE ADMISTERED BY THE STATE OF ILLINOIS AND LOCAL GOVERNMENT OFFICIALS. I REQUEST MEDICAL EXPERTS TO INVESTIGATE ALL MEDICAL RECORDS AND DR. CULLIANAN AND NURSE RENAE AT THE TAZEWELL COUNTY JUSTICE CENTER. I REQUE THIS CASE TO BE TREATED IN A SERIOUS MANNER AND ALL APPROPRIATE COURSE OF ACTIONS TO BE COMMENCE. I REQUEST FOR THE CURRENT CASE TO PREVAIL AND NOT BE NEGLECTED TO BE DEALT WITH BY AUTHORITES. I REQUEST FILED STAMPED COPIES. I REQUEST ALL MOTIONS AND SUBPOENA'S TO BE GRANTED 1. BY HABEAS CORPUS LAW, 42 U.S.C. §1983 BIVENS, FREEDOM OF INFORM ATION ACT, CRIME VICTIMS COMPENSATION ACT, COUNTY JAIL ACT, CIVIL LIABILITES ACT, AND BY ALL STATE AND FEDERAL LAW.

③ PAGE

# RELIEF REQUESTED

I CALL FOR ADEQUATE MEDICAL HEALTH CARE TO BE GIVEN BY JAIL STAFF AND NOT IGNORED OR NEGLECTED TO BE GIVEN BY JAIL STAFF. (PROPER AND EFFECTIVE MEDICAL CARE.) I REQUEST BETTER STAFF TO CARE FOR INMATES FOR OVERALL BETTER QUALITY OF INSTITUTIONAL LIFE AND HEALTH CARE NEEDS. HONESTLY YOUR HONOR I'M FIGHTING FOR EVERY MAN AND WOMAN AT TCJC, BECAUSE OF OUR DETAINEE & CONSTITUTIONAL RIGHTS BEING TAKEN AWAY BY JAIL STAFF MEMBERS WITH FULL PREJUDICE, AND THIS KIND OF INHUMANE AND UNFAIR TREATMENT, CRUEL AND UNUSUAL PUNISHMENT, ABUSE, NEGLECT, EXCESSIVE USE OF FORCE, PERSONAL INTEREST, HARASSMENT, AND CORRUPTION OF JAIL STAFF MISCONDUCT NEED TO COME TO AN END BEFORE AN INMATE OR A PREGNANT WOMANS BABY EITHER IS KILLED OR JUST DIES FROM MEDICAL NEGLECT. I BROUGHT THIS LAWSUIT ON TAZEWELL COUNTY BECAUSE SOMETHING NEEDS TO BE DONE ABOUT THIS. THIS MAY BE A STATE OF THE ART JAIL, BUT THIS IS STATE OF THE ART CORRUPTION BEING PERFORMED AT THIS JAIL. TRUE JUSTICE NEEDS TO BE DONE FOR THE SAFETY AND WELL BEING OF EVERY INMATE AT TCJC. I CALL FOR EVERY POSSIBLE ACTION TO BE TAKEN

## RELIEF REQUESTED

*(State what relief you want from the court.)*

MONEY DAMAGES, FUhh COMPENSATION FOR Ahh INMATES AND MYSEhF FOR PHYSICAL AND EMOTIONAh hIFETIME OF PAIN AND SUFFERING & MENTAh ANGUISH. I ASK THE COURT TO AWARD Ahh COMPENSATION POSS-IBhE TO INMATES AS WEhh AS MYSELF WHO HAS BEEN EFFECTED BY TCJC JAIL STAFF MEMBERS MISCONDUCT, DONE TO US, FUhh RESTITUTION AND A FORMAL APPOLOGY FROM STATE AND FEDERAh AUTHORITIES. I ASK FOR Ahh DAMAGES DONE TO MYSELF AND OTHER VICTIMS OF CRIME (INMATES) INVOLVED IN CASE # 1:08-1101 TO BE AWARDED IN THE FULL-EST EXTENT, POSSIBhE. I REQUEST TO SETTLE.

**JURY DEMAND**   Yes ☒   No ☐

Signed this _____ day of _____ , 20 _____ .

_____

( *Signature of Plaintiff* )

PAGE
1 OF 1

# CASE #1:08-1101

# "COVER"

## THIS PACKET OF INFORMATION CONTAINS:

AS CLEARLY LABELED BELOW THE CORRECT SPECIFICALLY ORGANIZED DOCUMENTS.

IN ORDER AS FOLLOWS:

VOLUME 1: MOTION — 3 PAGES TOTAL

VOLUME 2: AMENDED COMPLAINT — 28 (PAGES TOTAL)

VOLUME 3: AFFIDAVITS — 4 PAGES TOTAL

VOLUME 4: WITNESSES — 16 PAGES TOTAL

VOLUME 5: RELIEF REQUESTED — (5 PAGES TOTAL)

(56 PAGES TOTAL) 5 VOLUMES — TOTAL



**VOLUME 4**

16 PAGES TOTAL

CASE# 1:08-1101

E-FILED
Friday, 30 May, 2008, 03:42:48 PM
Clerk, U.S. District Court, ILCD

FILED
MAY 2 8 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



# WITNESSES

I REQUEST THIS (PACKET) - LIST OF
WITNESSES TO BE ENTERED AS VICTIMS &
WITNESSES ON MY BEHALF IN CASE # 1:08-1101.
I REQUEST THESE INMATES, CORRECTIONAL OFFICERS,
AND OUTSIDE WITNESSES BEING PREACHER
JERRY RUPP AND MY MOTHER HEID LEGEL, TO
BE CALLED TO TESTIFY THE TRUTH IN THIS
CASE # 1:08-1101.

(VOLUME 4) - 16 PAGES TOTAL

# INMATE WITNESSES LIST

1. JOHN T. WILLIAMS
2. ASHLEY TARDIFF
3. WILLY FREAND
4. AARON KLECKNER
5. MICHAEL TRUMPY
6. KRISTINA BURGARD
7. NICK MARTIN
8. JUSTIN NOWARD
9. RICHARD STEIN
10. JOSHUA CRANDELL
11. JAKE SUTTON
12. ERVIL WATSON
13. MARK McCLARY
14. CRIS REGAN
15. JOSHUA KURKOV
16. EDMOND NISCHWITL

# CORRECTIONAL OFFICERS - WITNESSES

1. KOONTZ
2. THOMAS
3. ShAVEN
4. CARNEY
5. KOLSAR
6. GAhh
7. BROWN
8. HOSTETThER
9. GRUPE
10. MELLODY
11. SERGEANT HARPER

# OUTSIDE WITNESSES

1. (TCJC - PREACHER) JERRY RUPP
2. (MY MOTHER) HEIDI hEGEh
3. (MY GRANDMOTHER) DEANNA HIhh
4. (MY GRANDFATHER) NORMAN HIhh
5. PAT - (TAZWOOD MENTAL HEALTH / ERS WORKER
6. hIZ - (TAZWOOD MENTAL HEALTH / ERS WORKER

9

Case: 1:08cv1101

# WITNESSES

### ADDRESS

Joshua M Thomas R29082

101 S Capitol
Pekin, IL 61554

1205 N, 10TH ST.
PEKIN, IL 61554

MY MOMS # IS 309-241-6135  (WORKS @ JAIL

PREACHER JERRY RUPP
SAID HE WOULD TESTIFY
AGAINST THIS JAIL FOR
ME, JOHN, AND OTHERS.
MY MOTHER HEIDI WEGEL
IS TESTIFYING AGAINST
THESE PEOPLE TOO. WE
HAVE 15 VICTIMS¿
WITNESSES ALREADY. PLEASE
STAND WITH US ASAP.



LYCHOTOMY

BAD CORRECTIONAL
OFFICERS / MEDICAL DEPARTMEN

(WARDEN)
EARL HELM - 1
SENIOR SERGEANT ULLRICH - 2
SERGEANT VANHUSSEN - 3
SERGEANT JOHNSTON - 4
C. BIEBER - 5
C. STOKES - 6
C. MALAVOLTI - 8
C. CATTON - 7
C. SEDOWSKI - 13
C. STRUNK - 11
C. PIRO - 16
C. LINTON - 9
C. HOLTKEY - 10
C. MORETTO - 11
C. SPRACKLYN - 12
HEAD NURSE RENAE - 15
NURSE TAYLOR - 15
HEAD DOCTOR CULLIANAN - 14
DOCTOR HONAN - 14

15 OFFICERS      = 19 BAD
4 MEDICAL STAFF
HALF BAD 50/50

GOOD CORRECTIONAL
OFFICERS
SERGEANT HARPER - 1,2,3,4,5,6
C. KOONTZ - 2,16
C. THOMAS - 2,8,12
C. SLAVEN - 7,14,15,2,16
C. CARNEY - 13,2,16
C. KOLSAR - 14,15,3,1,2
C. GALL - 1,2,3,4,5,6,7,14,15,10,1
C. BROWN - 1,2,3,14,15
C. HOSTETLER - 1,2,3,4,5,6,7,9,12

WITNESSES - 9

GOOD OFFICERS =
ROUGHLY 20 ALTOGETHER
50/50 - HALF GOOD

SERGEANT HUTTON
SERGEANT SATLOR
C. HUTTON
C. HARPER
C. VANSAGGI
C. STOCKE
C. STANTON
C. HOLFER
C. DUSTIN'S MOM
C. ROBERTSON
C. KLETN
C. CODAR

HABEAS CORPUS LAW, ARTICLE X

# ① PAGE

# EVIDENCE

I HAVE — STATEMENTS FROM JOHN T. WILLIAMS
LIST OF 15 WITNESSES WHO WILL TESTIFY UNDER OATH
AS TO THEIR MISTREATMENT AS WELL AS ME. 1
WITNESS SO FAR INCLUDING ~~PREACHING~~, ONE OF THE
WITNESSES I HAVE ON MY BEHALF IN THIS CASE IS
MAN BY THE NAME OF JERRY RUPP, A PREACHER ① THE
TCJC JAIL. HE TOLD ME UNDER 2 TEARS AGO HE
WOULD TESTIFY ON THE WITNESS STAND AS TO WHAT
HE HAS SEEN & HEARD, CONCERNING DETAINEE (AT)
WHO HAVE BEEN IN CUSTODY THERE, SINCE HE'S
PREACHING THERE AT THE JAIL DATING BACK YE...
CONCERNING ALL MATTERS IN THIS CASE. HIS
CONVERSATIONS WITH INMATES OF MISTREATMENT BY
(CORRECTIONAL) OFFICERS, NURSES, & DOCTORS. WITNESS
COUNTLESS ENCOUNTERS OF INJURIES SUSTAINED WITH
THE TCJC WALLS AS WELL AS INJURIES SUSTAINE...

BEFORE ARRIVAL AT THE TCJ THAT WERE DIRECT
INFLICTED UPON INMATES BY LAW ENFORCEMENT
MISCONDUCT. (ALSO INJURIES) STATE, FEDERAL, & CONST...
ION RIGHTS, INCLUDING INADEQUATE MEDICAL HEAL...
CARE, NEGLECT, MALPRACTICE, VIOLATIONS OF DETAINEE
EACH RIGHTS, FROM FREEDOM OF SPEECH TO THE 6TH AMEN
MENT, INHUMANE & UNFAIR TREATMENT, CRUEL & UNU
PUNISHMENT, PERSONAL INTEREST, EXCESSIVE USE OF FORC
VIOLATIONS OF COUNTY JAIL STANDARDS, ADDE DONE TO

PERSONAL INJURY:
DETAINEE, CIVIL & CONSTITUTIONAL RIGHTS
VIOLATIONS - 8TH AMENDMENT

DETAINEES, BY BAD ___ ACTS, VERBALLY & PHYSICALLY
DONE TO US BY CORRE ___ NAL OFFICERS, NURSES, AND
DOCTORS. (JERRY RUFF IS A PREACHER OF GOD AND HE W___
___IFY THE TRUTH FOR US ___ BOTH MYSELF AND ___
OTHER VICTIMS OF CRIME FROM JAIL STAFF.) JERRY RU___
IS OUR OUTSIDE WITNESS. ALONG WITH PAT & LIZ, WH___

ARE BOTH (EPS) - WORKERS - CRISIS COUNSELORS - WHO
HAVE COME TO TCJC TO TALK TO MYSELF AND T___
T. WILLIAMS ABOUT OUR PHYSICAL ___ENT & MENTAL STRE___
FROM JAIL. PAT & LIZ HAVE BOTH WRITTEN REPORTS ___
THESE SITUATIONS. I HAVE WRITTEN AND ORAL STAT___
FROM VICTIMS AND WITNESSES OF CRIME LIKE MYSELF
FROM TCJC & AS WELL AS CORRECTIONAL OFFICERS &
OTHER RELIABLE OUTSIDE SOURCES WHO WILL SPEA___
THE TRUTH ___ US. I REQUEST FOR ALL MOTIONS &

SUBPOENAS TO BE GRANTED ACCORDING TO LAW. I REQUE___
FOR ALL FORMS OF PHYSICAL, MATERIAL, ORAL, TESTIMO___
WITNESSES, EXHIBITS, COMPLAINTS, AFFIDAVITS, BRIEF___
MEMORANDUMS, (ALL SUPPORTING EVIDENCE AGAINS___
TAZEWELL COUNTY (TCJC) TO BE ENTERED AND SUBMITT___
I REQUEST FILED/FILED STAMPED COPIES OF ALL DOCUMEN___
IN THIS CASE. THE ___ REQUESTED IS A FULL IN___
IGATION OF TCJC JAIL STAFF MEMBERS. I CALL FOR SW___
ACTION TO BE TAKEN & SYSTEMATIC REFORM OF CORRECTI___

③ PAGE

# LIGHTFOOT V. WALKER CASE

OFFICERS, NURSES, & DOCTORS @ TCJC, I CALL FOR THIS CLASS OF VICTIMS & WITNESSES TO BE CERTIF AND AMENDED TO THE ENTIRE POPULATION OF DETAI @ THE TCJC IN THIS REQUESTED CLASS ACTION LAWSUIT AGAINST TCJC, UR HONOR. I HAVE IS PEOPLE, SO FAR, INCLUDING MYSELF. I'M ASKING YOUR HONOR THAT THE REST OF THE INMATE POPULATION BE INTERVIEWED AND CERTIFIED AS MEMBERS I THIS CLASS ACTION. I REQUEST FULL COMPENSATION TO BE AWARDED FOR LIFE OF PHYSICAL AND MENTAL ANGUISH PAIN AND SUFFERING DAMA FULL RESTITUTION AND PROPER AND ADEQUATE MED HEALTH CARE. ALSO, A STRONG HOPE THAT I HAVE, TH TO THIS KIND OF SPECIFIC TREATMENT NEVER HAP TO ANY INMATE AGAIN, I REQUEST YOUR HONOR FOR LAWS TO BE AMENDED AND CHANGED TO IMPROVE OU ENVIRONMENTAL QUALITY OF TREATMENT AND LI INSTITUTIONALLY AS WELL AS MEDICAL CARE I REQUEST FOR THIS CASE TO BE ULTIMATELY PRESENTED AND DE WITH IN THE U.S. SUPREME COURT, FOR ADDITIONA FINAL JUDGEMENT. I REQUEST TO FILE CHARGES A ST TAZEWELL COUNTY (TCJC) TO HOLD THEM ACCOUNTA I REQUEST FOR A FAIR, SUFFICIENT, AND GOOD STAN GROUND CHANCE TO PROCEED AND PLEAD IN GOOD BALA FAITH FOR THE COMMON HEALTH AND WELL BEING OF TH CLASS AS A PREVAILING PARTY IN THIS CASE.

RESPECTFULLY SUBMITTED

Joshua M. Thomas YOUR HONOR, PRO SE

I REQUEST TO FULLY COMMENCE ACTION AND SUE AN
DEFEND MY RIGHTS, WITH HOPEFULLY NO OFFENSE I
TAKEN IN THIS MATTER (SIMPLY CONDENSED) - SOM
THING SERIOUSLY NEEDS TO BE DONE ABOUT THESE
THE SURROUNDING AUTHORITIES. WHICH EVER JURIS
IN THAT ME BE, AND DEALT WITH ACCORDINGLY
BY LAW FOR TRUE JUSTICE OF THE WELL. THI
IS A SERIOUS SUBJECT AND SHOULD NOT BE WORD
OVER, OR IGNORED, OR NEGLECT TO BE HANDLED IN
APPROPRIATE ADDITIONAL COURSE OF ACTIONS SHOULD BE
AS WELL AS THOUROUGHLY ANALIZED BY EXPERT PANELS
ALL FIELDS OF INVESTIGATORS, INCLUDING MEDICAL
EXAMINERS. I REQUEST THE FULLY COOPERATION OF A
CORRESPONDING AUTHORITIES (STATE & FEDERAL) THE
RECORDED VISUAL VIDEO TAPES FROM NUMEROUS CAM
INSIDE THE TCJC WELL SAY IT ALL. THOSE T
BACK UP OUR CASE AS PROOF OF MISCONDUCT TO S
THE LEAST, EVERYTHING WE SAY WILL BE ON TAPE I
REQUEST FOR EVERYTHING TO BE REVIEWED. I REQUE
FOR ALL PUBLIC RECORD OF TCJC CORRECTIONAL OFFI
MISCONDUCT AS WELL AS NURSES & DOCTORS TOO. I'M ASKI
FOR A PERSONAL CONTINUANCE (EXTENSION OF TIME FOR
MYSELF, THE DEFENDANTS COUNSEL AND ALL OTHER PA
1. BY HABEAS CORPUS LAW 2. HIPPA 3. FREEDOM OF INF
ATION ACT 4. CRIME VICTIMS COMPENSATION ACT 5. COUNTY JA
IDOC ACT 6. 42 U.S.C. § 1983 7. BIVENS 8. CIVIL LIABILITIES 9. COU
SAFE & GOOD BEHAVIOR ALLOWANCE ACT. I REQUEST TO BE ENTERED AS PUBLI

(ABUSE) **DEAR ACLU,**

(SHE IS A 20 YR OLD WHITE FEMALE) I AM A 23 YEAR OLD WHITE MALE. ASHLEY TARDIFF WAS TASED. SHE IS PREGNANT AND CRYING FOR MEDICAL HELP FOR HER BABY. SHE ASKED TO GO TO THE HOSPITAL THIS JAIL DENIED HER MEDICAL

JOHN T. WILLIAMS CASE # 1:08-1101 (SAME AS MINE)

HELLO, I'M WRITING YOU AND PRAYING TO GOD THAT YOU CAN SEND ME AND INMATE JOHN T. WILLIAMS HELP QUICK. ME AND JOHN ARE BOTH PRO SE ATTORNEYS (CIVIL) AND WE NEED EXPERTS TO STAND WITH 15 OF US IN THIS CLASS ACTION LAWSUIT AGAINST THE JAIL (TAZEWELL COUNTY). MY COURTDATE IS JUNE 10, 2008 @ 9:45 A.M. JOHN'S COURTDATE IS JUNE 17, 2008 @ 9:45 A.M. @ U.S. DISTRICT COURT CENTRAL DIVISION @ 309 FEDERAL BUILDING, 100 N.E. MONROE, PEORIA ILLINOIS 61602. JUDGE HAROLD A. BAKER. JOHN IS AN OLDER BLACK MALE WHO WAS TASED 5 TIMES IN MOPWATER THROWN IN HIS CELL BY AN OFFICER. THEY TASED HIM OFF OF A CONCRETE BED AND HE FELL AND HIT THE FLOOR CONVULSI HE SEPERATED HIS LEFT SHOULDER (X-RAYS CONFIRMED THIS). OFFICERS DID NOTHING BUT LAUGH. MY DETAINEE & CONSTITUTIONAL RIGHTS HAVE BEEN VIOLATED. MEDICAL NEGLECT. DR'S & NURSES.

"COMPENSATION ACT"  CLASS ACTION "LAWSUIT"  42 U.S.C. §1983 "BIVENS"

~~[scribbled out]~~

I, JOSHUA THOMAS, DEPOSES
AND SAYS THAT AS TO THE PETITION HEREIN, I
THE PLAINTIFF IN THE BELOW ENTITLED CAUSE;
THE HE/SHE HAS READ THE FORGOING DOCUMENT,
BY HIS/HER SIGNED, AND THAT THE STATEMENTS
CONTAINED THEREIN ARE TRUE IN SUBSTANCE
AND IN FACT. SIGNED COMPLAINT.

"CIVIL LIABILITIES ACT"  "COUNTY JAIL'S/S ACT"  _[signature]_

PLAINTIFF, PRO SE

SIGNED BEFORE ME THIS ____ DAY OF _____

ARTICLE X. 735 ILCS 5/10-1
"BY HABEAS CORPUS LAW"

_____
NOTARY PUBLIC

(JOSHUA KURKOV) JUSTIN NOWARD

RESPECTFULLY SUBMITTED,
PLAINTIFF, PRO SE
CLASS / ACTION
14 PEOPLE (HEIDI WEGEL)
(15)↑ (LAWSUIT)
PREACHER JERRY F.

16TH↑ (KRISTINA BURLAND)
NTK BOXTON

WITNESS: _____
ERUEL WATSON    JOHN J. W...
ASHLEY TARIFF  E...
JOSHUA ORANDELL  AARON KLECK...
JAKE CUTTER  MICHAEL TRUMPY
(MARK MCCLARY) (CH BROWN)