E-FILED
Friday, 30 May, 2008  03:44:37 PM
Clerk, U.S. District Court, ILCD

VOLUME 3    CASE # 1:08-1101    VOLUME 3

**FILED**
**MAY 2 8 2008**
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# "AFFIDAVIT"

## PETITION

I REQUEST TO PRESS CHARGES AGAINST SERGEANT VANHUSSEN, OFFICER CATTON, AND OFFICER HOSTETTLER WHO WORK AT THE TCJC JAIL. I WOULD LIKE TO PRESS CHARGES ON TAZEWELL COUNTY FOR ABUSE, MISCONDUCT, FOR VIOLATING MY DETAINEE, CIVIL, AND CONSTITUTIONAL RIGHTS AND HARASSMENT, CRUEL & UNUSUAL PUNISHMENT, INHUMANE AND UNFAIR TREATMENT, EXCESSIVE USE OF FORCE, MEDICAL NEGLECT AND MALPRACTICE, SYSTEMATIC DENIAL OF ADEQUATE MEDICAL HEALTHCARE INCLUDING MENTAL HEALTH, VIOLATIONS OF COUNTY JAIL STANDARDS, AND VIOLATING MY 8TH AMENDMENT RIGHT, AND FOR TAKING PERSONAL INTEREST IN PUNISHING ME WITHOUT ANY LEGAL CAUSE.

# U.S. DISTRICT COURT
## CENTRAL DISTRICT

PEORIA ~~JUDICIAL CIRCUIT~~

PEORIA ~~~~ COUNTY

## AFFIDAVIT

I, JOSHUA THOMAS, DEPOSES AND SAYS THAT AS TO THE PETITION HEREIN, I THE PLAINTIFF IN THE BELOW ENTITLED CAUSE; THE HE/SHE HAS READ THE FOREGOING DOCUMENT, BY HIS/HER SIGNED, AND THAT THE STATEMENTS CONTAINED THEREIN ARE TRUE IN SUBSTANCE AND IN FACT. SIGNED COMPLAINT.

s/s _[signature]_
PLAINTIFF, PRO SE

SIGNED BEFORE ME THIS ___ DAY OF _____

_____
NOTARY PUBLIC

## PETITION

**STATEMENT:** I NEED ALL COMPLAINTS IN CASE# 1:08-1101 TREATED LIKE AFFIDAVITS TO PRESS CHARGES ON AND AGAINST TAZEWELL COUNTY. I REQUEST FOR ALL COMPLAINTS TO BE LOOKED OVER AND REVIEWED IN THIS CASE.

# I, PRESS CHARGES

## ~~AFFIDAVIT~~

I, JOSHUA THOMAS, DEPOSES AND SAYS THAT AS TO THE PETITION HEREIN, I THE PLAINTIFF IN THE BELOW ENTITLED CAUSE; THE HE/SHE HAS READ THE FOREGOING DOCUMENT, BY HIS/HER SIGNED, AND THAT THE STATEMENTS CONTAINED THEREIN ARE TRUE IN SUBSTANCE AND IN FACT. SIGNED COMPLAINT.

(I REQUEST TO PRESS CHARGES AGAINST "TCJC")

s/s [signature]
PLAINTIFF, PRO SE

SIGNED BEFORE ME THIS 28th DAY OF April,

[signature] Shelly Hagan
NOTARY PUBLIC

"OFFICIAL SEAL"
Shelly Hagan
NOTARY PUBLIC, STATE OF ILLINOIS
Tazewell County
MY COMMISSION EXPIRES 06-11-2008

RESPECTFULLY SUBMITTED

(735 ILCS 5/10-106)
GRANT OF RELIEF
PENALTY

(735 ILCS 5/10-108)
INDORSEMENT

"BY HABEAS CORPUS LAW"

AGAINST TAZEWELL COUNTY
5/23/08
[signature]

DEFENDENT, EARL HELM
SUPER-INTENDENT OF THE TAZEWELL COUNTY JUSTICE CENTER.

STATEMENT: I AM APPLYING FOR THE HABEAS CORPUS LAW TO BE GRANTED, AS TO THE NEGLECT OF DOCTORS, NURSES, CORRECTIONAL OFFICERS, AND THE SUPER-INTENDENT. (VIOLATING MY CIVIL RIGHTS) (DETAINEE & CONSTITUTIONAL)-ABUSE)

# U.S. DISTRICT COURT "CLASS ACTION LAWSUIT" CENTRAL DISTRICT

# AFFIDAVIT

~~[scribbled out]~~                     ~~[scribbled out]~~

I, JOSHUA THOMAS, DEPOSES AND SAYS THAT AS TO THE PETITION HEREIN, I THE PLAINTIFF IN THE BELOW ENTITLED CAUSE; THE HE/SHE HAS READ THE FOREGOING DOCUMENT, BY HIS/HER SIGNED, AND THAT THE STATEMENT CONTAINED THEREIN ARE TRUE IN SUBSTANCE AND IN FACT SIGNED COMPLAINT.

⊛ WITNESSES

s/s _John Thomas_
PLAINTIFF, PRO SE

RECEIVED
MAY -7 2008
OFFICE OF INMATE ISSUES

SIGNED BEFORE ME THIS ___ DAY OF _____

ARTICLE X. 735 ILCS 5/10
BY HABEAS CORPUS LAW

_____
NOTARY PUBLIC

[large scribbled-out block]

RESPECTFULLY SUBMITTED,
PLAINTIFF, PRO SE.
CLASS ACTION.
14 PEOPLE  (HEIDI LEGEL)
IS → (LAWSUIT)
PREACHER JERRY RUPP

19TH (KRISTIN BURGARD)
(NICK MARTIN)

WITNESS:
(JOSHUA KURKOV) JUSTIN ...
_John Williams_
ERVIL WATSON     John T. Williams
ASHLEY TARDIFF   EDMUND NISCHWITZ
JOSHUA CRANDELL  AARON CLECKNER
JAKE SUTTON      MITCHAEL TRUMPY
(MARK McCLARY)  (CHRIS REGAN)