E-FILED
Thursday, 12 June, 2008 09:24:31 AM
Clerk, U.S. District Court, ILCD

FILED
JUN 10 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE # 1:08-1101

# "motion"

## "BY HABEAS CORPUS LAW"

I REQUEST FOR THIS PARTICULAR MOTION OF MANDAMUS TO BE GRANTED IN THIS AMENDED PETITION IN THIS CASE. I PRAY THAT THE U.S. DISTRICT COURT HONOR AND ORDER THIS LEAVE AND ALL RELIEF SET FORTH. I RESPECTFULLY REQUEST TO HAVE CASE # 1:08-1101, TO BE REVIEWED, ANY AND ALL SUPPORTING EVIDENCE TO BE LOOKED OVER, ESPECIALLY CONCERNING MY MOTIONS AND AMENDED COMPLAINTS, AND MY REQUEST TO PRESS CHARGES AGAINST TAZEWELL COUNTY AND OFFICER VANDUSSEN FOR 8TH AMENDMENT RIGHTS VIOLATIONS, MEDICAL NEGLECT, AND ABUSE, ECT. I SENT THE U.S. DISTRICT COURT A VANILLA ENVELOPE FULL OF MOTIONS, COMPLAINTS, WITNESSES, AND AFFIDAVITS TO PRESS CHARGES ABOUT 2 WEEKS AGO. THANKYOU FOR YOUR TIME YOUR HONOR.

RESPECTFULLY SUBMITTED,

PROSE,

APRIL 25, 2008

IN THE CIRCUIT COURT OF __TAZEWELL__ COUNTY, ILLINOIS
THE COURT FOR THE __10TH__ JUDICIAL CIRCUIT
LAW DIVISION

__JOSHUA M. THOMAS__
　　　　　Plaintiff,　　)
　　　　　　　　　　　　)
vs　　　　　　　　　　　) No.
　　　　　　　　　　　　)
__EARL HELM__　　　　　)
　　　　　Defendant.　　)

"OFFICIAL SEAL"
Shelly Hagan
NOTARY PUBLIC, STATE OF ILLINOIS
Tazewell County
MY COMMISSION EXPIRES 06-11-2008

_Shelly Hagan_
4/25/08

## PETITION OF MANDAMUS

NOW COMES Plaintiff, __JOSHUA M. THOMAS__, pro se, in order to give notice to the Court for leave to file a PETITION OF MANDAMUS pursuant to Code of Civil Procedure 735 ILCS 5/14-101 et. seq. directed to the above named Defendant.

IN SUPPORT THEREOF, Plaintiff states as follows:

1. Plaintiff is currently incarcerated at __TAZEWELL COUNTY JUSTICE CENTER (TCJC JAIL)__ Correctional Center, __PEKIN__, Illinois, __TAZEWELL__ County. Plaintiff is serving a sentence of _____ years for the charge of _____.

2. Defendant, __EARL HELM__, is the __SUPER-INTENDENT__ and as such is responsible for __OBEYING ALL STATE AND FEDERAL LAWS, PROPER AND EFFECTIVE MEDICAL CARE TO ALL DETAINEES, UPHOLDING CONSTITUTIONAL RIGHTS, PROVIDING PROPER SAFETY AND SECURITY TO ALL DETAINEES, MAKING SURE ALL JAIL STAFF DO THEIR JOB DUTIES UNDER STATE AND FEDERAL LAW__.

3. Plaintiff brings this PETITION OF MANDAMUS before the Court pursuant to Code of Civil Procedure 735 ILCS 5/14-101 et. seq. __(730 ILCS 130/1 ACT 130, COUNTY JAIL GOOD BEHAVIOR ALLOWANCE ACT, 730 ILCS 125/0.01 ACT 125, COUNTY JAIL ACT)__

4. The plaintiff has requested that the defendants perform specific ministerial duties. The defendants have refused to perform such duties regardless of plaintiff's clear entitlement to performance of the specific duties which are set forth as follows: __#2 FOR THE ABOVE, PROPER AND EFFECTIVE MEDICAL CARE TO ALL DETAINEES, ESPECIALLY ON AN EMERGENCY BASIS, TO HONOR AND NOT DENY MY CIVIL RIGHTS GUARANTEED UNDER THE UNITED STATES CONSTITUTION, THAT CANNOT BE TAKE AWAY FROM ME OR ANY OTHER DETAINEE, TO OBEY STATE AND FEDERAL LAW, AND THE COUNTY JAIL AND DETENSION STANDARDS RULE. (730 ILCS 125/0.01 ACT 125, COUNTY JAIL ACT)__ __#2 FOR THE ABOVE__

5. As a result of Defendant's actions, Plaintiff will suffer irreparable damages and be subjected to __A LIFETIME OF PAIN AND SUFFERING AND EMOTIONAL DISTRESS, IMPROPER HEALING OF BROKEN BONES AND INJURIES, POSSIBLE DEATH AND IRREVERSIBLE NERVE DAMAGE, NOT GETTING MY GUARANTEED RIGHTS UNDER COUNTY, STATE, AND FEDERAL LAWS, IF SWIFT ACTION IS NOT TAKEN CONCERNING ALL THESE SERIOUS PROBLEMS AND VIOLATIONS OF THE TCJC JAIL. I'M ALSO SUBJECT TO PREJUDICE AND MISTREATMENT, AS WELL AS MY LIFE AND EVERY DETAINEES DUE TO JAIL STAFF NEGLECT__

__(730 ILCS 130/1 ACT 130, COUNTY JAIL GOOD BEHAVIOR ALLOWANCE ACT)__ __#4__ __#4__

Revised Jan 2002

APRIL 25, 2008

IN THE CIRCUIT COURT OF **TAZEWELL** COUNTY, ILLINOIS
THE COURT FOR THE **10TH** JUDICIAL CIRCUIT
LAW DIVISION

**JOSHUA M. THOMAS**
    Plaintiff,
vs
**EARL HELM**
    Defendant.

"OFFICIAL SEAL"
Shelly Hagan
NOTARY PUBLIC, STATE OF ILLINOIS
Tazewell County
MY COMMISSION EXPIRES 06-11-2008

Shelly Hagan
4/25/08

## LEAVE TO FILE PETITION OF MANDAMUS

NOW COMES Plaintiff, **JOSHUA M. THOMAS** pro se, in order to give notice to the Court for leave to file a PETITION OF MANDAMUS pursuant to Code of Civil Procedure 735 ILCS 5/14-101 et. seq., directed to the above named Defendants. In support thereof, Plaintiff states as follows:

1. Leave to file PETITION OF MANDAMUS is an original action before the Court.

2. Plaintiff presents for review issues of law pertaining to him while incarcerated at **TCJC JAIL** Correctional Center, **PEKIN**, Illinois, **TAZEWELL** County.

3. Plaintiff contends that the issues to be presented are concerning his right to **(730 ILCS 125/0.01 ACT 125, COUNTY JAIL ACT) (730 ILCS 130/1 ACT 130, COUNTY JAIL GOOD BEHAVIOR ALLOWANCE ACT)**

4. Plaintiff alleges in the petition that **NOT ONLY MY CIVIL RIGHTS GUARANTEED UNDER THE THE UNITED STATES CONSTITUTION HAVE BEEN VIOLATED, FEDERAL LAW HAS BEEN BROKEN, AS WELL AS COUNTY JAIL AND DETENTION STANDARDS/RULES**

5. Plaintiff's petition seeks to compel the Defendant to **TO UPHOLD THE UNITED STATES CONSTITUTION, TO OBEY STATE AND FEDERAL LAW, AND TO TELL THE COURT THE TRUTH ABOUT HOW THE CORRECTIONAL OFFICERS, NURSES, AND DOCTORS NEGLECT AND MISCONDUCT, ALSO TO SUBMIT VIDEO TAPE EVIDENCE TO STATE**

6. Plaintiff hereby incorporates by reference all grounds and allegations stated in the PETITION OF MANDAMUS, a copy of which is attached hereto. (S) **ALL OF THE BELOW IS (S)** (S) **AND FEDERAL COURT (TCJC JAIL RECORDED TAPES) ALL TAPES GIVEN TO STATE AND FEDERAL**

7. WHEREFORE, plaintiff prays this Court to grant him leave to file a PETITION OF MANDAMUS. **I REQUEST ALL PUBLIC RECORDS (S) AUTHORITIES (S) AND FULL COOPERATION OF ALL INVESTIGATIONS UNDER FREEDOM OF INFORMATION ACT.**

Respectfully submitted,

**JOSHUA M. THOMAS**

**PRISON #**
**R29082**

Plaintiff, pro se, ID# Number **100010649 (JAIL)**
P.O. Box _____
**TAZEWELL COUNTY** Just Corf Ctr, **PEKIN** IL **61554**

(S) **(REIMBURSEMENT OF STATE AND FEDERAL FUNDS)** (S) (S)
(S) **TO PAY FULL RESTITUTION FOR PAIN AND SUFFERING PHYSICALLY**

Revised Jan 2002

**AND EMOTIONALLY TO ALL DETAINEES EFFECTED, INCLUDING MYSELF, AND ASHLEY TARLES WHO IS A PREGNANT WOMAN THAT WAS TASED BY CORRECTIONAL OFFICERS AT THE COUNTY JAIL. I REQUEST FOR AN INVESTIGATION**

6. WHEREFORE, Plaintiff prays the Court will grant any such relief as the Court deems just and necessary by ruling Defendant's actions of _MEDICAL NEGLECT, TRESPASSING, VIOLATION OF CIVIL AND CONSTITUTIONAL RIGHTS, AND CONSPIRING TO VIOLATE STATE AND FEDERAL LAW. VIOLATEN (730 ILCS 125/0.01 ACT 125, COUNTY JAIL ACT) (730 ILCS 130/1 ACT 130. COUNTY JAIL BEHAVIOR ALLOWANCE ACT) ALL THE ABOVE #6_

7. WHEREFORE, plaintiff further prays the Court will issue an ORDER OF MANDAMUS compelling Defendant to:

(a) #7 - (STOP JAIL STAFF FROM TAMPERING WITH MY U.S. FEDERAL POSTAL MAIL)

#7 - HAVE HIS JAIL STAFF FULLY INVESTIGATED AND DEALT WITH FOR MISCONDUCT AND ABUSE, AS WELL AS MEDICAL NEGLECT. NOTIFY THE SHERIFFS TAZEWELL COUNTY BOARD, AND THE PUBLIC HEALTH DEPARTMENT OF OUR LEGAL RIGHTS BEING VIOLATED AND OUR HEALTH, SAFETY, WELL BEING, SECURITY, AND LIVES ARE BEING THREATENED

(b) #7 - 

(c) To grant plaintiff leave to file brief in support of PETITION OF MANDAMUS, EQUALLY AS WELL ALL DUE TO JAIL STAFF VIOLATING COUNTY, STATE & FEDERAL LAWS AND C.S. STANDARDS. (730 ILCS 125/0.01 ACT 125, COUNTY JAIL ACT)

(d) To grant such other relief as the Court deems just necessary. (730 ILCS 130/1 ACT 130.) (COUNTY JAIL GOOD BEHAVIOR ALLOWANCE ACT.) #7 (B)

Respectfully submitted,

_[signature]_
Plaintiff, pro se

Signed before me this _25th_ day of _April_, _08_.

_Shelly Hagen_
Notary Public

"OFFICIAL SEAL"
Shelly Hagen
NOTARY PUBLIC, STATE OF ILLINOIS
Tazewell County
MY COMMISSION EXPIRES 06-11-2008

_Shelly Hagen 4/25/08_

STATE OF ILLINOIS
COUNTY OF _TAZEWELL_

AFFIDAVIT

I, _JOSHUA M. THOMAS_, deposes and says that as to the petition herein, he/she is the plaintiff in the above entitled cause; that he/she has read the foregoing document, by his/her signed, and that the statements contained therein are true in substance and in fact.

s/s _[signature]_
Plaintiff, pro se

Signed before me this _25th_ day of _April_, _08_.

_Shelly Hagen_
Notary Public

"OFFICIAL SEAL"
Shelly Hagen
NOTARY PUBLIC, STATE OF ILLINOIS
Tazewell County
MY COMMISSION EXPIRES 06-11-2008

Revised Jan 2002