FILED
JUN 13 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Friday, 13 June, 2008 03:03:51 PM
Clerk, U.S. District Court, ILCD

CASE # 1:08-1101

CASE # 1:08-1101

DEAR FEDERAL CLERK,

I NEED TO KNOW WHEN MY RESCHEDULED COURTDATE IS. MY PREVIOUS COURTDATE WAS SET ON JUNE 10, 2008 @ 9:45 A.M. THE NEW COURTDATE IS UNKNOWN TO ME @ THIS TIME. I ALSO NEED TO KNOW, IF YOU HAVE RECIEVED MY LIST OF MOTIONS, SUBPOENA'S, WITNESSES, CHARGES, TO BE PRESSED, AMENDED COMPLAINTS, THAT I SENT TO YOU OVER 2 WEEKS AGO. I NEED TO KNOW WHAT IS BEING DONE ABOUT THAT SPECIFIC INFORMATION, AND I ALSO NEED TO KNOW, IF YOU HAVE RECIEVED MY MOTION/PETITION ORDER OF MANDAMUS FOR THE WARDEN AND TQC JAIL TO BE INVESTIGATED. I NEED FILED STAMPED COPIES AND ANSWERS AS SOON AS POSSIBLE, BECAUSE I HAVE A CURRENT CIVIL LAWSUIT AGAINST TAZEWELL COUNTY (STATE LAWSUIT) AND JUDGE KOURI NEEDS CERTAIN INFORMATION OUT OF MY EVIDENCE IS CASE # 1:08-1101. THANKYOU FOR YOUR TIME MAM.

SINCERLY,
(PRO SE) JOSHUA M. THOMAS