E-FILED
Tuesday, 17 June, 2008 11:29:18 AM
Clerk, U.S. District Court, ILCD

CASE# 1:08-1101

FILED

JUN 17 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



MOTION

ORDER

I REQUEST FOR THIS MOTION OF THE "SECOND AMENDED COMPLAINT" TO BE GRANTED AND HONORED BY THE COURT. I NEED THIS PROPOSED SECOND AMENDED COMPLAINT FILED. I HAVE WENT BY YOUR SPECIFIC DIRECTIONS OUTLINED IN THE ORDER. I NEED A RESPONSE FROM THE COURT TELLING ME, IF I MET YOUR REQUIRED ORDER. YOU TOLD ME I'M SUPPOSED TO FILE THIS ON OR BEFORE JUNE 30, 2008. THANKYOU YOUR HONOR.

RESPECTFULLY SUBMITTED,

PRO SE, JOSHUA THOMAS

E-FILED
Tuesday, 17 June, 2008  11:30:06 AM
Clerk, U.S. District Court, ILCD



CASE # 1:08-1101

SECOND AMENDED COMPLAINT

*"SECOND AMENDED COMPLAINT"*

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

JOSHUA MICHAEL, THOMAS ,

      **Plaintiff**     )
)
)
)
**vs.**     )     Case No. 1:08-1101
)
SHERIFF HOUSTON     )     *The case # will be assigned by the clerk)*

      **Defendant(s)**     )

| | |
|---|---|
| SERGEANT ULLRICH | OFFICER STRUNK |
| OFFICER BIEBER | OFFICER HOLTKEY |
| SERGEANT VANDUSSEN | OFFICER GOMAR |
| MR. HONAN | TAZEWELL COUNTY |
| NURSE JESSICA | (TCJC) JAIL |
| OFFICER SENOWSKI | |
| OFFICER PIRO | , |

)
)
)

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action*

---

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

(against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____
_____

☐ Unknown _____
_____

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: JOSHUA MICHAEL THOMAS

Prison Identification Number: R29082

Current address: TAZEWELL COUNTY JUSTICE CENTER 101. S. CAPITOL / PEKIN, IL 61554

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants:

Defendant #1:

Full Name: SHERIFF HOUSTON

Current Job Title: SHERIFF OF TAZEWELL COUNTY

2

Current Work Address _TCJC, 101, S, CAPITOL,_
_PEKIN, Ih 61554_

**Defendant #2:**

Full Name: _SERGEANT ULLRICH_

Current Job Title: _CORRECTIONAL OFFICER_

Current Work Address _TCJC, 101, S, CAPITOL,_
_PEKIN, IL 61554_

**Defendant #3:**

Full Name: _OFFICER BIEBER_

Current Job Title: _CORRECTIONAL OFFICER_

Current Work Address _TCJC, 101, S, CAPITOL,_
_PEKIN, IL 61554_

**Defendant #4:**

Full Name: _SERGEANT VANDUSSEN_

Current Job Title: _CORRECTIONAL OFFICER_

Current Work Address _TCJC, 101, S, CAPITOL,_
_PEKIN, IL 61554_

**Defendant #5:**

Full Name: _DR. HONAN_

Current Job Title: _PHYSICIAN (DOCTOR)_

Current Work Address _TCJC, 101 S, CAPITOL,_
_PEKIN, IL 61554_

*For additional defendants, provide the information in the same format as above on a separate page.*

3

* DEFENDANT #6:

  FULL NAME: NURSE JESSICA

  CURRENT JOB TITLE: NURSE

  CURRENT WORK ADDRESS: TCJC, 101.S.CAPITOL,
  PEKIN, IL 61554

* DEFENDANT #7:

  FULL NAME: OFFICER SEDOWSKI

  CURRENT JOB TITLE: CORRECTIONAL OFFICER

  CURRENT WORK ADDRESS: TCJC, 101.S.CAPITOL,
  PEKIN, IL 61554

* DEFENDANT #8:

  FULL NAME: OFFICER PIRO

  CURRENT JOB TITLE: CORRECTIONAL OFFICER

  CURRENT WORK ADDRESS: TCJC, 101.S.CAPITOL,
  PEKIN, IL 61554

* DEFENDANT #9:

  FULL NAME: OFFICER STRUNK

  CURRENT JOB TITLE: CORRECTIONAL OFFICER

  CURRENT WORK ADDRESS: TCJC, 101.S.CAPITOL,
  PEKIN, IL 61554

* DEFENDANT #10:

  FULL NAME: OFFICER HOLTKEY

  CURRENT JOB TITLE: CORRECTIONAL OFFICER

  CURRENT WORK ADDRESS: TCJC, 101.S.CAPITOL,
  PEKIN, IL 61554

✳ DEFENDANT #11:

FULL NAME: OFFICER GODAR

CURRENT JOB TITLE: CORRECTIONAL OFFICER

CURRENT WORK ADDRESS: TCJC, 101.S.CAPITOL, PEKIN, IL 61554

✳ DEFENDANT #12:

FULL NAME: TAZEWELL COUNTY

CURRENT JOB TITLE:

CURRENT WORK ADDRESS: P

✳ DEFENDANT #13:

FULL NAME: (TCJC) JAIL

CURRENT JOB TITLE:

CURRENT WORK ADDRESS: 101.S.CAPITOL PEKIN, IL 61554

✳ ATTN: IF, I AM NOT ALLOWED TO HAVE (TCJC) JAIL, OR TAZEWELL COUNTY AS A DEFENDANT(S), THEN I GIVE THE COURT CONSENT TO TAKE THESE TWO LISTED DEFENDANTS (#12 & #13) OFF OF THIS COMPLAINT AND CASE # 1:08-1101.

### III.  LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious  physical injury." 28 U.S.C. § 1915(g).

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?           Yes   ☐           No  ☒

If yes, please describe  _____

_____

B.  Have you brought any other lawsuits in federal court while incarcerated?

Yes  ☐           No ☒

C.  If your answer to B is yes, how many? _____   Describe the lawsuit(s) below.

  1.  Name of Case, Court and Docket Number
       _____

  2.  Basic claim made  _____

  3.  Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?)  _____

*For additional cases, provide the above information in the same format on a separate page.*

### IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments.  You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses.  These materials are not required to file a complaint, but they may assist the court

*in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes  ☒   No  ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

       Yes  ☒   No  ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes  ☒   No  ☐

                  ) BUT OFFICERS WON'T ANSWER MY GRIEVANCES.

## V.  STATEMENT OF CLAIM

Place(s) of the occurrence    <u>TAZEWELL COUNTY JUSTICE CENTER</u>

Date(s) of the occurrence    (MAY 26, 2006 = OCT 30, 06)(APRIL 15, 08 = JUNE 13, 08)

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

***THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED.*** *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*



(SHERIFF HOUSTON)                    (PHYSICAL)

① I MAILED COMPLAINTS OF ABUSE AND TOLD HIM ABOUT OFFICERS VIOLATING MY DETAINEE & 8ᵗʰ AMENDMENT CONSTITUTIONAL RIGHTS AND HE HAS NOT ANSWERED MY GRIEVANCE FORMS OR HELPED ME AT ALL. ②

5

SERGEANT VANDUSSEN ILLEGALLY PUNISHED ME WITHOUT LEGAL CAUSE, HE HAS TAKEN MY PERSONAL PROPERTY, HYGIENE PRODUCTS, PICTURES AND LETTERS FROM MY FAMILY, CHRISTIAN PAPERS, PAPER, PENCILS, MY ADDRESSED MAIL TO FAMILY AND ADDRESSED LEGAL MAIL, LAWSUIT PAPERS, BIBLE, ALL BEDDING INCLUDING MY BED ITSELF WHEN I HAD A FRACTURED KNEE. HE ALSO ONLY ALLOWS ME TO HAVE JUST ONLY MY BIBLE, HYGIENE PRODUCTS, AND BEDDING AND BED IN MY CELL AND NOTHING ELSE. HE IS RESTRICTING MY MAIL PRIVILEGES FOR PUNISHMENT AS WELL. I HAVE NEVER EVEN HAD A DISCIPLINARY REPORT, LET ALONE A HEARING. HE IS VIOLATING MY DETAINEE, 8TH (RIGHTS) AMENDMENT CONSTITUTIONAL RIGHTS & CIVIL RIGHTS. HE ONLY LETS ME HAVE MY CRIMINAL CASE AND LAWSUIT LEGAL PAPERS IN MY CELL FOR ONLY 2 HOURS A DAY. HE HAS DENIED ME GRIEVANCE FORMS AND HE HAS HAD ME IN A CELL WITH A BIG BLANKET OVER ALL 3 WINDOWS, SO I CANT EVEN SEE OUT OF MY CELL. HE IS PHYSICALLY ABUSING INMATES, AND CONDONING AND COVERING UP MISCONDUCT AND PICKING ON ME, BECAUSE I HAVE MENTAL ILLNESSES. I HAVE WENT DAYS AND WEEKS WITHOUT MY BED, BEDDING AND

PERSONAL HYGIENE PRODUCTS IN MY CELL, FOR NO CAUSE OF PUNISHMENT. OFFICERS HAVE TOLD ME I AM THE ONLY ONE OUT OF THE ENTIRE INMATE POPULATION THAT THEY ARE PUNISH-ING LIKE THIS @ TCJC JAIL, BASED ON ME FILING LAWSUITS ON OFFICERS AND TAZEWELL COUNTY. ③ SERGEANT ULLRICH HAS DONE EVERYTHING SERGEANT VANDUSSEN HAS DONE TO ME. ALSO, VANDUSSEN SLAMMED MY FACE INTO THE CORNER OF MY CONCRETE WALL 4 TO 5 TIMES WHEN I WAS CUFFED BEHIND THE BACK THE WHOLE TIME. HE SAID YOU ARENT SO TOUGH NOW ARE YOU BITCH, HIT ME PUNK HIT ME, FIGHT ME THOMAS, I WANT TO HURT YOU SOMEMORE, JUST GIVE ME A REASON TO TASE YOU, I WANT TO TASE YOU, HIT ME BITCH. THEN HE SLAMMED HIS KNEE INTO MY BACK WHEN I WAS LAYING FACE DOWN ON MY CONCRETE SLAB ON MY STOMACH AND HE HURT MY FRACTURED KNEE, AND TOOK MY BED, BEDDING, HYGIENE PRODUCTS, BIBLE, MAIL, ECT, I HAD A BRUISE, CUT, AND ABRASION ABOVE MY LEFT EYE AND ALL INCIDENTS ARE RECORDEDED ON VISUAL VIDEOTAPE. (INCIDENT- 5/16/08 2:00 P.M. THROUGH

7

3:30 P.M. 2ND SHIFT. VANDUSSEN IS THE OFFICER WHO IS GIVING ORDERS TO PUNISH ME ILLEGALLY. THE SHERIFF, WARDEN, AND ULLRICH HAVE DONE NOTHING TO STOP THIS INHUMANE & UNFAIR TREATMENT, CRUEL & UNUSUAL PUNISHMENT, PHYSICAL AND MENTAL ABUSE, MEDICAL NEGLECT, ECT. ④ OFFICER BIEBER ON 4/29/08, RIPPED UP 2 GRIEVANCES THAT WAS IN MY ADDRESSED MAIL ENVELOPE AFTER HE READ THEM. THEY WERE WROTE ON HIM, ABOUT HIM HURTING INMATES (BEING JOHN T. WILLIAMS CASE # 1:08-1101) I TOLD HIM TO GIVE ME THAT MAIL BACK AND HE TORE IT UP INFRONT OF ME, AN (ERS) WORKER, AND THE CAMERA. HE SAID ITS MINE NOW, AND SMILED, PUT IT IN HIS FRONT RIGHT HAND SHIRT POCKET, AND SAID HE'S REAL GOOD FRIENDS WITH CONGRESSMAN RAY LAHOOD, THEN HE SMILED AT ME AND WALKED OFF. (INCIDENT 4/29/08 - 10:00 P.M. THROUGH 1:00 A.M. 3RD SHIFT. ⑤ ON 5/31/08 3:00 P.M. THROUGH 5:00 P.M. 2ND SHIFT, OFFICER PIRO TORE UP A MEDICAL REQUEST TO GET MEDICATION FROM THE NURSE AND WOULDN'T GIVE IT

BACK TO ME AND THREW IT AWAY AND
DID NOT TURN IT IN OR FILE IT. THEN,
AT DINNER TIME I GOT MY FOOD FROM
THE TENDER AND I WAS HOLDING MY
TRAY WHEN PIRO, SHUT THE DOOR ON
ME AND KNOCKED ME BACK. I TOLD HIM
MY FOOT WAS STUCK UNDERNEATH THE
DOOR, AND HE THEN PUSHED EVEN HARDER.
HE DREW BLOOD TO MY FOOT AND BRUISED
IT. ALLS I DID WAS ASK HIM WHY HE
THREW AWAY MY MEDICAL REQUEST TO
SEE THE NURSE. PIRO THEN DENIED ME
A GRIEVANCE FORM AND WOULD NOT LET ME
TALK TO (ERS). ⑥ (2006 IN THE FALL) OFFICER
SEDOWSKI UPPERCUTTED ME IN THE FACE AND
HIT ME IN THE FACE 4 TO 5 TIMES, THEN
HE TRIED TO TACKLE ME 4 TO 5 TIMES.
ALLS I DID WAS ASK HIM A QUESTION. HE
GOT MAD AND SUCKER PUNCHED ME REPEATIVELY
I WAS HANDCUFFED BEHIND MY BACK AND
SHACKLED WITH LEG IRONS AT MY FEET. I
DID NOTHING WRONG. ⑦ OFFICER HOLTKEY WOULD
NOT LET ME EAT BREAKFAST ON 5/16/08, 6:00 A.M.-2:00
P.M. THEN SHE TOOK MY BED FOR ASKING A QUESTION. ⑧
DR. HONAN REFUSED TO TREAT ME MEDICALLY AND
ORDER ME X-RAYS ⑨ OFFICER GODAR TOOK MY MAIL AND
WOULD NOT LET ME FILE CHARGES ⑩ MAY 26, 2006 NURSE TESSTOR

9

REFUSED TO TREAT ME MEDICALLY WHEN I HAD MY ENTIRE LEFT ARM DOWN TO MY WRIST CUT ALONG WITH MY THROAT. SHE JUST IGNORED ME AND WALKED AWAY. I HAD MULTIPLE DEEP GASH LACERATIONS WITH SHARDS OF GLASS STUCK DEEP IN ME AND I COULD NOT CONTROL MY BLEEDING & I WAS PASSING IN & OUT OF CONCIOUSNESS AND HER AND OTHER OFFICERS LAUGHED AND REFUSED TO HELP ME. (11) OFFICER STRUNK ON 6/12/08, DENIED ME AN ATTORNEY PHONE CALL AND MY HOUR OUT OF MY CELL. HE HAS DENIED ME GRIEVANCE FORMS. HE HAS TAKEN MY BED, BEDDING, BIBLE, MAIL, PICTURES, LETTERS, HYGIENE PRODUCTS, ECT, EVEN WHEN MY KNEE WAS FRACTURED AND STILL IS. (ALL OF THESE OFFICERS THAT I HAVE LISTED IN THIS 2ND AMENDED COMPLAINT HAVE ALSO TAKEN MY ARTWORK AND HAVE VIOLATED MY RIGHTS.) (12) TAZEWELL COUNTY AND THE (TCJC) JAIL HAVE CONDONED MIS-CONDUCT AND HAVE DONE NOTHING TO HELP ME FROM BEING ILLEGALLY PUNISHED. I HAVE NOTIFIED ALL AUTHORITIES IN TAZEWELL COUNTY AND INSIDE THE JAIL AND HAVE WENT THROUGH THE GRIEVANCE PROCESS. I STILL HAVE NO ANSWERS AND NOTHING HAS BEEN DONE. I SEEK RELIEF AND COMMENCE ACTION

## RELIEF REQUESTED

*(State what relief you want from the court.)*

I CALL FOR FULL COMPENSATION FOR PERSONAL INJURY DONE TO ME BY CORRECTIONAL OFFICERS, AS WELL AS COMPENSATION TO BE AWARDED FOR LIFETIME OF PHYSICAL AND MENTAL ANGUISH PAIN AND SUFFERING. I CALL FOR ALL MONEY DAMAGES TO BE AWARDED TO ME IN FULL FOR TCJC JAIL STAFF DAMAGING ME FOR LIFE. I PRAY TO SUE TAZEWELL COUNTY IN THE AMOUNT OF 7,700,000. DOLLARS (7.7 MILLION DOLLARS) I WILL SETTLE IN OR OUT OF COURT WITH OPPOSING COUNSEL TO ANY NEGOTIATED AGREEMENT. I PRAY TO PROCEED AND PREVAIL IN GOOD FAITH AND COMMENCE FULL ACTION AGAINST TAZEWELL COUNTY BY LAW

**JURY DEMAND      Yes** [X]      **No** [ ]

Signed this ___13TH___ day of ___JUNE___, 20_08_.

_____

( *Signature of Plaintiff* )

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| JOSHUA M. THOMAS | # R29082 |
| Address: (TAZEWELL COUNTY JUSTICE CENTER) | Telephone Number: 309-241-6135 |

101. S CAPITOL
PEKIN, IL 61554