

SECOND AMENDED COMPLAINT

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

JOSHUA MICHAEL THOMAS

**Plaintiff**,

vs.

Case No. 1:08-1101

(The case # will be assigned by the clerk)

**Defendant(s)**

SHERIFF HUSTON
SERGEANT ULLRICH
OFFICER BIEBER
SERGEANT VANNIESEN
MR. HONAN
NURSE JESSICA
OFFICER SENOWSKI
OFFICER PIRO
OFFICER STRUNK
OFFICER HOLTKEY
OFFICER GOMAR
TAZEWELL COUNTY (TCJC) JAIL

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action

---

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

(against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

- [x] 42 U.S.C. §1983 (state, county or municipal defendants)

- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

- [ ] Other federal law: _____

- [ ] Unknown _____

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: JOSHUA MICHAEL THOMAS

Prison Identification Number: R29082

Current address: TAZEWELL COUNTY JUSTICE CENTER 101 S. CAPITOL / PEKIN, IL 61554

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: SHERIFF HUSTON

Current Job Title: SHERIFF OF TAZEWELL COUNTY

2

Current Work Address _____

Defendant #2:

    Full Name: SERGEANT ULLRICH

    Current Job Title: CORRECTIONAL OFFICER

    Current Work Address TCJC, 101 S. CAPITOL, PEKIN, IL 61554

Defendant #3:

    Full Name: OFFICER BIEBER

    Current Job Title: CORRECTIONAL OFFICER

    Current Work Address TCJC, 101 S. CAPITOL, PEKIN, IL 61554

Defendant #4:

    Full Name: SERGEANT VANDUSSEN

    Current Job Title: CORRECTIONAL OFFICER

    Current Work Address TCJC, 101 S. CAPITOL, PEKIN, IL 61554

Defendant #5:

    Full Name: DR. HONAN

    Current Job Title: PHYSICIAN (DOCTOR)

    Current Work Address TCJC, 101 S. CAPITOL, PEKIN, IL 61554

*For additional defendants, provide the information in the same format as above on a separate page.*

FULL NAME: NURSE JESSICA
CURRENT JOB TITLE: NURSE
CURRENT WORK ADDRESS: TCJC, 101 S. CAPITOL, PEKIN, IL 61554

DEFENDANT #7:
FULL NAME: OFFICER SEDOWSKI
CURRENT JOB TITLE: CORRECTIONAL OFFICER
CURRENT WORK ADDRESS: TCJC, 101 S. CAPITOL, PEKIN, IL 61554

DEFENDANT #8:
FULL NAME: OFFICER PIRO
CURRENT JOB TITLE: CORRECTIONAL OFFICER
CURRENT WORK ADDRESS: TCJC, 101 S. CAPITOL, PEKIN, IL 61554

DEFENDANT #9:
FULL NAME: OFFICER STRUNK
CURRENT JOB TITLE: CORRECTIONAL OFFICER
CURRENT WORK ADDRESS: TCJC, 101 S. CAPITOL, PEKIN, IL 61554

DEFENDANT #10:
FULL NAME: OFFICER HOLSEY
CURRENT JOB TITLE: CORRECTIONAL OFFICER
CURRENT WORK ADDRESS: TCJC, 101 S. CAPITOL, PEKIN, IL 61554

⑪ DEFENDANT #11:
   FULL NAME: OFFICER COLAR
   CURRENT JOB TITLE: CORRECTIONAL OFFICER
   CURRENT WORK ADDRESS: T(J(C) 101 S. CAPITOL
   PEKIN, IL 61554

⑫ DEFENDANT #12:
   FULL NAME: TAZEWELL COUNTY
   CURRENT JOB TITLE:
   CURRENT WORK ADDRESS: ?

⑬ DEFENDANT #13:
   FULL NAME: (TCJC) JAIL
   CURRENT JOB TITLE:
   CURRENT WORK ADDRESS: 101 S. CAPITOL
   PEKIN, IL 61554

⑭ IF, I AM NOT ALLOWED TO HAVE DEFENDANT
#12 & #13 AS DEFENDANTS, THEN I GIVE
CONSENT TO JUDGE HAROLD A. BAKER OR CLERK
TO REMOVE #12 & #13. THANKYOU.

                                    [signature]

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☒

C. If your answer to B is yes, how many? _____    Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number
   _____

   2. Basic claim made _____

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court*

4

*in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☒   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence   TAZEWELL COUNTY JUSTICE CENTER

Date(s) of the occurrence   (MAY 26, 2006 - OCT 30, 06)(APRIL 15, 08 - JUNE 13, 08)

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

**THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED.** *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*



(SHERIFF HOUSTON) (PHYSICAL)
(1) I MAILED COMPLAINTS OF ABUSE AND TOLD HIM ABOUT OFFICERS VIOLATING MY NETACHEE & 8TH AMENDMENT CONSTITUTIONAL RIGHTS AND HE HAS NOT ANSWERED MY GRIEVANCE FORMS OR HELPED ME AT ALL. (2)

5

without legal cause. He has taken my personal property, hygiene products, pictures and letters from my family, christian papers, paper, pencils, my addressed mail to family and addressed legal mail, lawsuit papers, bible, and bedding including my bed itself when I had a fractured knee. He also only allows me to have just only my bible, hygiene products, and bedding and bed in my cell and nothing else. He is restricting my mail privileges for punishment as well. I have never even had a disciplinary report, let alone a hearing. He is violating my detainee, 8th amendment constitutional rights & civil rights. He only lets me have my criminal case and lawsuit legal papers in my cell for only 2 hours a day. He has denied me grievance forms and he has had me in a cell with a big blanket over all 3 windows so I cant even see out of my cell. He is physically abusing me and condoning and covering up misconduct and picking on me because I have mental illnesses. I have went days and weeks without my bed, bedding and

6

PERSONAL HYGIENE PRODUCTS IN MY CELL, FOR NO CAUSE OF PUNISHMENT. OFFICERS HAVE TOLD ME I AM THE ONLY ONE OUT OF THE ENTIRE INMATE POPULATION THAT THEY ARE FINISHING LIKE THIS @ TCJC JAIL, BASED ON ME FILING LAWSUITS ON OFFICERS AND TAZEWELL COUNTY. (3) SERGEANT ULLRICH HAS DONE EVERYTHING SERGEANT VANDUSSEN HAS DONE TO ME. ALSO, VANDUSSEN SLAMMED MY FACE INTO THE CORNER OF MY CONCRETE WALL 4 TO 5 TIMES WHEN I WAS CUFFED BEHIND THE BACK THE WHOLE TIME. HE SAID YOU ARENT SO TOUGH NOW ARE YOU BITCH, HIT ME PUNK HIT ME, FIGHT ME THOMAS, I WANT TO HURT YOU SOMEMORE, JUST GIVE ME A REASON TO TASE YOU, I WANT TO TASE YOU, HIT ME BITCH. THEN HE SLAMMED HIS KNEE INTO MY BACK WHEN I WAS LAYING FACE DOWN ON MY CONCRETE SLAB ON MY STOMACH AND HE HURT MY FRACTURED KNEE, AND TOOK MY BED, BEDDING, HYGIENE PRODUCTS, BIBLE, MAIL, ECT. I HAD A BRUISE, CUT, AND ABRASION ABOVE MY LEFT EYE AND ALL INCIDENTS ARE RECORDED ON VISUAL VIDEOTAPE. (INCIDENT 5/16/08 2:00 P.M. THROUGH

7

3:30 p.m. 2ND SHIFT. VANDUSSEN IS THE OFFICER WHO IS GIVING ORDERS TO PUNISH ME ILLEGALLY. THE SHERIFF, WARDEN, AND ULLRICH HAVE DONE NOTHING TO STOP THIS INHUMANE & UNFAIR TREATMENT, CRUEL & UNUSUAL PUNISHMENT, PHYSICAL AND MENTAL ABUSE, MEDICAL NEGLECT, ECT. (4) OFFICER BIEBER ON 4/29/08, RIPPED UP 2 GRIEVANCE THAT WAS IN MY ADDRESSED MAIL ENVELOPE AFTER HE READ THEM. THEY WERE WROTE ON HIM, ABOUT HIM HURTING INMATES (JOHN T. WILLIAMS CASE# 1:08-1101) I TOLD HIM TO GIVE ME THAT MAIL BACK AND HE TORE IT UP INFRONT OF ME, AN (ERS) WORKER, AND THE CAMERA. HE SAID ITS MINE NOW, AND SMILED, PUT IT IN HIS FRONT RIGHT HAND SHIRT POCKET, AND SAID HE'S REAL GOOD FRIENDS WITH CONGRESSMAN RAY LaHOOD, THEN HE SMILED AT ME AND WALKED OFF. (INCIDENT 4/29/08 - 10:00 P.M. THROUGH 1:00 A.M. 3RD SHIFT. (5) ON 5/31/08 3:00 P.M. THROUGH 5:00 P.M. 2ND SHIFT. OFFICER PIRO TORE UP A MEDICAL REQUEST TO GET MEDICATION FROM THE NURSE AND WOULDN'T GIVE IT

8

BACK TO ME AND **THREW IT** AWAY AND DID NOT TURN IT IN OR FILE IT. THEN AT DINNER TIME I GOT MY FOOD FROM THE TENDER AND **I** WAS HOLDING MY TRAY WHEN PIRO SHUT THE DOOR ON ME AND KNOCKED ME BACK. I TOLD HIM MY FOOT WAS STUCK UNDERNEATH THE DOOR AND HE THEN PUSHED EVEN HARDER. HE DREW BLOOD TO MY FOOT AND BRUISED IT. ALLS I DID WAS ASK HIM WHY HE THREW AWAY MY MEDICAL REQUEST TO SEE THE NURSE. PIRO THEN DENIED ME A GRIEVANCE FORM AND WOULD NOT LET ME TALK TO (ERS). (6)(2006 IN THE FALL) OFFICER SEDOWSKI UPPERCUTTED ME IN THE FACE AND HIT ME IN THE FACE 4 TO 5 TIMES. THEN HE TRIED TO TACKLE ME 4 TO 5 TIMES. ALLS I DID WAS ASK HIM A QUESTION. HE GOT MAD AND SUCKER PUNCHED ME REPEATIVELY. I WAS HANDCUFFED BEHIND MY BACK AND SHACKLED WITH LEG IRONS AT MY FEET. I DID NOTHING WRONG. (7) OFFICER HOLKEY WOULD NOT LET ME EAT BREAKFAST ON 5/16/08 - 6:00 A.M. TO 2:00 P.M. THEN SHE TOOK MY BED FOR ASKING A QUESTION. (8) DR. HONAN REFUSED TO TREAT ME MEDICALLY AND ORDER ME X-RAYS. (9) OFFICER GODAR TOOK MY MAIL AND

9

REFUSED TO TREAT ME MEDICALLY WHEN I HAD MY ENTIRE LEFT ARM DOWN TO MY WRIST CUT ALONG WITH MY THROAT. SHE JUST IGNORED ME AND WALKED AWAY. I HAD MULTIPLE DEEP GASH LACERATIONS WITH SHARDS OF GLASS STUCK DEEP IN ME AND I COULD NOT CONTROL MY BLEEDING. I WAS PASSING IN & OUT OF CONCIOUSNESS AND HE AND OTHER OFFICERS LAUGHED AND REFUSED TO HELP ME. (11) OFFICER STRUNK ON 6/12/08, DENIED ME AN ATTORNEY PHONE CALL AND MY HOUR OUT OF MY CELL. HE HAS DENIED ME GRIEVANCE FORMS. HE HAS TAKEN MY BED, BEDDING, BIBLE, MAIL PICTURES, LETTERS, HYGIENE PRODUCTS, ECT., EVEN WHEN MY KNEE WAS FRACTURED AND STILL IS. (ALL OF THESE OFFICERS THAT I HAVE LISTED IN THIS 2ND AMENDED COMPLAINT HAVE ALSO TAKEN MY ARTWORK AND HAVE VIOLATED MY RIGHTS.) (12) TAZEWELL COUNTY AND THE (TCJC) STAFF HAVE CONDONED MIS- CONDUCT AND HAVE DONE NOTHING TO HELP ME FROM BEING ILLEGALLY PUNISHED. I HAVE NOTIFIED ALL AUTHORITIES IN TAZEWELL COUNTY AND INSIDE THE JAIL AND HAVE WENT THROUGH THE GRIEVANCE PROCESS. I STILL HAVE NO ANSWER AND NOTHING HAS BEEN DONE I SEEK RELIEF AND COMMENCE ACTION.

## RELIEF REQUESTED

*(State what relief you want from the court.)*

I CALL FOR FULL COMPENSATION FOR PERSONAL INJURY DONE TO ME BY CORRECTIONAL OFFICERS, AS WELL AS COMPENSATION TO BE AWARDED FOR LIFETIME OF PHYSICAL AND MENTAL ANGUISH PAIN AND SUFFERING. I CALL FOR ALL MONEY DAMAGES TO BE AWARDED TO ME IN FULL FOR TCJC JAIL STAFF DAMAGING ME FOR LIFE. I PRAY TO SUE TAZEWELL COUNTY IN THE AMOUNT OF $7,700,000 (7.7 MILLION DOLLARS.) I WILL SETTLE IN OR OUT OF COURT WITH OPPOSING COUNSEL TO ANY NEGOTIATED AGREEMENT. I PRAY TO PROCEED AND PREVAIL IN GOOD FAITH AND COMMENCE FULL ACTION AGAINST TAZEWELL COUNTY BY LAW.

**JURY DEMAND**   Yes [X]   No [ ]

Signed this __13th__ day of __JUNE__, 20__08__.

*(Signature of Plaintiff)*

10

| Name of Plaintiff: JOSHUA M. THOMAS | Inmate Identification Number: #R29122 |
|---|---|
| Address: (TAZEWELL COUNTY JUSTICE CENTER) | Telephone Number: 309-241-6135 |

101. S CAPITOL
PEKIN, IL. 61554