E-FILED
Friday, 18 July, 2008 03:14:11 PM
Clerk, U.S. District Court, ILCD

FEDERAL BUILDING
100 N.E. MONROE
PEORIA, ILLINOIS 61602

OFFICIAL BUSINESS

Joshua M. Thomas R29082
TAZEWELL COUNTY
Tazewell County Justice Center
Inmate Parcels/Mail

FILED
JUL 18 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RETURN TO SENDER