E-FILED
Monday, 21 July, 2008  10:46:43 AM
Clerk, U.S. District Court, ILCD

FEDERAL BUILDING
100 N.E. MONROE
PEORIA, ILLINOIS 61602

OFFICIAL BUSINESS

Joshua M. Thomas R29082
TAZEWELL COUNTY
Tazewell County Justice Center
Inmate Parcels/Mail

**FILED**
JUL 1 8 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RETURN TO SENDER