FILED
AUG - 4 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE # 1:08-1101

E-FILED
Monday, 04 August, 2008 02:54:28 PM
Clerk, U.S. District Court, ILCD

DEAR FEDERAL CLERK,

THIS IS JOSHUA M. THOMAS. I AM NO LONGER INCARCERATED AT THE TAZEWELL COUNTY JUSTICE CENTER JAIL IN PEKIN, IL. I AM CURRENTLY LIVING AT WESTERN ILLINOIS CORRECTIONAL CENTER, 2500 RT. 99 SOUTH, MOUNT STERLING, IL 62353. THIS IS MY CURRENT AND NEW LIVING ADDRESS. I AM IN PRISON NOW, INSTEAD OF COUNTY JAIL. THIS IS THE ONLY ENVELOPE I COULD GET. THIS IS THE SOONEST I COULD WRITE TO YOU, DUE TO MY TRANSFER TO PRISON. I COULD NOT GET AN ENVELOPE TO WRITE TO YOU UNTIL TODAY. MY COURT WRIT, WAS CANCELLED ON