E-FILED
Wednesday, 20 August, 2008 02:31:15 PM
Clerk, U.S. District Court, ILCD

THANK YOU.

CASE # 1:08-1101

FILED
AUG 20 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DEAR FEDERAL CLERK,

I'M WRITING BECAUSE THERE WAS AN ERROR MADE IN MY CASE MANAGEMENT ORDER #2, ON PAGE #5. THIS ORDER WAS ENTERED ON JULY 10TH, 2008, BY JUDGE HAROLD A. BAKER. THE ERROR WAS UNDER PARAGRAPH 4, SECTION (A), PAGE 5, WHERE IT STATES DEFENDANT ULLRICH USED EXCESSIVE FORCE AGAINST ME ON MAY 16, 2008. INSTEAD OF ULLRICH DOING THAT TO ME, IT WAS DEFENDANT VANDUSSEN INSTEAD. IF YOU LOOK IN MY SECOND AMENDED COMPLAINT YOU WILL PLAINLY SEE WHERE I STATED ON #3 THAT IT WAS INFACT DEFENDANT VANDUSSEN WHO ABUSED ME AND NOT DEFENDANT ULLRICH. I JUST NEED THAT ERROR CORRECTED. DEFENDANT VANDUSSEN USED EXCESSIVE USE OF FORCE. I NEED COPIES OR PAPER WORK OF THE CORRECTIONS BEING MADE. I ALSO NEED 42 U.S.C. & 1983 BIVENS FORMS, FORMA PAUPERIS FORMS, AND U.S. MARSHALS FORMS SENT TO ME. SPECIAL AGENT MARK RANCK WITH THE FBI IS INVESTIGATING DEFENDANT VANDUSSEN AND TCJC.