00054-R7762
TMP/ej

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSHUA M. THOMAS, R29082, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DR. CULLINAN, UNKNOWN NURSE )<br>RENAE, EARL HELM, ANDREW )<br>THOMPSON, MRS. LINTON, PAUL )<br>MALAVOTI, DR. VORIN, MR. CANTON, )<br>MRS. HOSTETTLER, UNKNOWN )<br>NURSE TAYLOR, SHERIFF HOUSTON, )<br>SERGEANT ULLRICH, OFFICER )<br>STRUNK, OFFICER BIEBER, OFFICER )<br>HOLTKEY, SERGEANT VANDUSSEN, )<br>OFFICER GODAR, DR. HONAN, )<br>TAZEWELL COUNTY, UNKNOWN )<br>NURSE JESSICA, TAZEWELL COUNTY )<br>JAIL, OFFICER SEDOWSKI, and )<br>OFFICER PIRO, )<br>)<br>Defendants. ) | No. 08-1101-HAB-JAG |

## ENTRY OF APPEARANCE

NOW COMES THERESA M. POWELL, of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters an appearance as lead counsel on behalf of the Defendant, JESSICA BAKER, in the above-captioned matter, and hereby states that she has been admitted to practice in the United States District Court, Central District of Illinois, and that she is a member in good standing of the bar of this Court.

Respectfully submitted,

JESSICA BAKER, Defendant,

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

00054-R7762
TMP/ej

                              HEYL, ROYSTER, VOELKER & ALLEN,
                              Attorneys for Defendant,

                              /s/Theresa M. Powell
                              Theresa M. Powell, #6230402
                              HEYL, ROYSTER, VOELKER & ALLEN
                              Suite 575, National City Center
                              P. O. Box 1687
                              Springfield, IL  62705
                              Phone: (217) 522-8822
                              Fax:    (217) 523-3902
                              E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

00054-R7762
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I electronically filed **Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

None

and I hereby certify that on August 22, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Joshua M. Thomas, R29082
Western Illinois Correctional Center
Inmate Mail/Parcels
2500 Rt. 99 South
Mt. Sterling, IL 62353

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822