00054-R7762
MAL/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSHUA M. THOMAS, R29082, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DR. CULLINAN, UNKNOWN NURSE ) <br> RENAE, EARL HELM, ANDREW ) <br> THOMPSON, MRS. LINTON, PAUL ) <br> MALAVOTI, DR. VORIN, MR. CANTON, ) <br> MRS. HOSTETTLER, UNKNOWN ) <br> NURSE TAYLOR, SHERIFF HOUSTON, ) <br> SERGEANT ULLRICH, OFFICER ) <br> STRUNK, OFFICER BIEBER, OFFICER ) <br> HOLTKEY, SERGEANT VANDUSSEN, ) <br> OFFICER GODAR, DR. HONAN, ) <br> TAZEWELL COUNTY, UNKNOWN ) <br> NURSE JESSICA, TAZEWELL COUNTY ) <br> JAIL, OFFICER SEDOWSKI, and ) <br> OFFICER PIRO, ) <br> ) <br> Defendants. ) | No. 08-1101-HAB-JAG |

**ENTRY OF APPEARANCE**

NOW COMES MATTHEW A. LURKINS, of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters an appearance as counsel on behalf of the Defendant, JESSICA BAKER, in the above-captioned matter, and hereby states that he has been admitted to practice in the United States District Court, Central District of Illinois, and that he is a member in good standing of the bar of this Court.

Respectfully submitted,

JESSICA BAKER, Defendant,

HEYL, ROYSTER, VOELKER & ALLEN,
Attorneys for Defendant,

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

00054-R7762
MAL/ej

                                                  /s/Matthew A. Lurkins

                                                  Matthew A. Lurkins, #6286756
                                                  HEYL, ROYSTER, VOELKER & ALLEN
                                                  Suite 575, National City Center
                                                  P. O. Box 1687
                                                  Springfield, IL  62705
                                                  Phone: (217) 522-8822
                                                  Fax:    (217) 523-3902
                                                  Email:  mlurkins@hrva.com

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

00054-R7762
MAL/ej

# CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I electronically filed **Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

None

and I hereby certify that on August 22, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Joshua M. Thomas, R29082
Western Illinois Correctional Center
Inmate Mail/Parcels
2500 Rt. 99 South
Mt. Sterling, IL 62353

/s/Matthew A. Lurkins

Matthew A. Lurkins, #6286756
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
Email:  mlurkins@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822