00054-R7762
MAL/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSHUA M. THOMAS, R29082, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. 08-1101-HAB-JAG |
| ) | |
| DR. CULLINAN, UNKNOWN NURSE ) | |
| RENAE, EARL HELM, ANDREW ) | |
| THOMPSON, MRS. LINTON, PAUL ) | |
| MALAVOTI, DR. VORIN, MR. CANTON, ) | |
| MRS. HOSTETTLER, UNKNOWN ) | |
| NURSE TAYLOR, SHERIFF HOUSTON, ) | |
| SERGEANT ULLRICH, OFFICER ) | |
| STRUNK, OFFICER BIEBER, OFFICER ) | |
| HOLTKEY, SERGEANT VANDUSSEN, ) | |
| OFFICER GODAR, DR. HONAN, ) | |
| TAZEWELL COUNTY, UNKNOWN ) | |
| NURSE JESSICA, TAZEWELL COUNTY ) | |
| JAIL, OFFICER SEDOWSKI, and ) | |
| OFFICER PIRO, ) | |
| ) | |
| Defendants. ) | |

**ANSWER TO PLAINTIFF'S COMPLAINT**

NOW COMES the Defendant, JESSICA BAKER (incorrectly referred to as Unknown Nurse Jessica), by her attorney, MATTHEW A. LURKINS of HEYL, ROYSTER, VOELKER & ALLEN, and for her Answer to Plaintiff's Complaint, states:

1. Defendant admits that she has worked as a licensed practical nurse at the Tazewell County Jail since September 21, 2004.

2. Defendant admits that jurisdiction and venue are proper in the Central District.

3. Defendant denies that any act or omission on her part constitutes deliberate indifference to a serious medical need.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

00054-R7762
MAL/ej

  4. Defendant denies that Plaintiff's referenced condition constitutes a serious medical need.

  5. Defendant denies that any response she may or may not have made to any request of the Plaintiff constitutes deliberate indifference.

  6. Defendant denies that any act or omission on her part caused injury to the Plaintiff.

  7. Defendant denies that Plaintiff was injured or injured to the extent he claims.

  8. Defendant denies that the Plaintiff is entitled to any of the relief requested.

  9. Defendant denies that the Plaintiff's claims are meritorious.

  WHEREFORE, Defendant, JESSICA BAKER, prays that this Court enter judgment in her favor and against the Plaintiff, plus costs of suit.

### DEFENDANT DEMANDS TRIAL BY JURY.

### AFFIRMATIVE DEFENSES

  NOW COMES the Defendant, JESSICA BAKER (incorrectly referred to as Unknown Nurse Jessica), by her attorney, MATTHEW A. LURKINS of HEYL, ROYSTER, VOELKER & ALLEN, and for her Affirmative Defenses to Plaintiff's Complaint, states:

  1. Defendant is entitled to qualified immunity.

  2. Defendant is entitled to judgment as a matter of law to the extent Plaintiff failed to exhaust his administrative remedies.

  3. Defendant is entitled to judgment as a matter of law to the extent Plaintiff's claims are outside of the two-year statute of limitations.

  WHEREFORE, Defendant, JESSICA BAKER, prays that this Court enter judgment in her favor and against the Plaintiff, plus costs of suit.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

00054-R7762
MAL/ej

**DEFENDANT DEMANDS TRIAL BY JURY AS TO THESE AFFIRMATIVE DEFENSES**

        Respectfully submitted,

        JESSICA BAKER, Defendant,

        HEYL, ROYSTER, VOELKER & ALLEN,
        Attorneys for Defendant,

        /s/Matthew A. Lurkins

        Matthew A. Lurkins, #6286756
        HEYL, ROYSTER, VOELKER & ALLEN
        Suite 575, National City Center
        P. O. Box 1687
        Springfield, IL  62705
        Phone: (217) 522-8822
        Fax:    (217) 523-3902
        Email:  mlurkins@hrva.com

**HEYL ROYSTER VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

3

00054-R7762
MAL/ej

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I electronically filed **Answer to Plaintiff's Complaint** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

None

and I hereby certify that on August 22, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Joshua M. Thomas, R29082
Western Illinois Correctional Center
Inmate Mail/Parcels
2500 Rt. 99 South
Mt. Sterling, IL 62353

/s/Matthew A. Lurkins

Matthew A. Lurkins, #6286756
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:   (217) 523-3902
Email: mlurkins@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822