PAGE ①

CASE # 1:08-1101

FILED
AUG 2 7 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

"MOTION"

HONORABLE JUDGE
HAROLD A. BAKER

MOTION FOR DISCOVERY FOR COLLECTION OF EVIDENCE:
NOW COMES THE PLAINTIFF JOSHUA THOMAS TO THE U.S. DISTRICT COURT TO REQUEST MY RIGHT UNDER FEDERAL LAW TO BE GRANTED, FOR COLLECTING EVIDENCE TO FURTHER PROVE MY CONCRETE CLAIM AGAINST THE 6 DEFENDANTS IN CASE # 1:08-1101. I PRAY TO HAVE THE U.S. COURT COLLECT ANY AND ALL DOCUMENTS, INFORMATION, AND OR ANY AVAILABLE EVIDENCE POSSIBLE, THAT DIRECTLY PERTAINS TO CASE # 1:08-1101.

I NEED MY ENTIRE DETAINEE FILE FROM THE TAZEWELL COUNTY JUSTICE CENTER IN PEKIN IL., 61554. THE STREET ADDRESS IS 101 SOUTH CAPITOL. I NEED MY ENTIRE MEDICAL FILE TO PROVE MY INJURIES AS IN MY FRACTURED KNEE AND MULTIPLE LACERATIONS. I ALSO NEED THE ENTIRE MEDICAL FILE TO PROVE EXCESSIVE USE OF FORCE BY OFFICER SEDOWSKI AND DELIBERATE INDIFFERENCE BY NURSE JESSICA, TO MY SERIOUS MEDICAL CONDITION. I NEED MY ENTIRE GRIEVANCE FILE TO SHOW THE COURT THAT I EXAUSTED ALL AVAILABLE ADMINISTRATIVE REMEDIES, AS WELL AS TO PROVE TO THE COURT MY LITIGATIONS AGAINST THE 6 DEFENDANTS IN CASE # 1:08-1101. I NEED THE GRIEVANCES TO RECALL CERTAIN DATES AND TIMES AS WELL AS SPECIFIC INCIDENTS, AND OFFICERS I FILED GRIEVANCES ON. I ALSO NEED MY ENTIRE INCIDENT REPORT FILE THAT TAZEWELL COUNTY

PAGE ③

HAS WRITTEN AGAINST ME, SPECIFICALLY CONCERNING REPORTS FROM OFFICERS, VANDUSSEN, ULLRICH, PIRO, AND SEDOWSKI. I NEED RECORDED VISUAL VIDEOTAPE FROM THE TAZEWELL COUNTY JUSTICE CENTER, SO I CAN PROVE ON SEVERAL OCCASSIONS INCIDENTS OF EXCESSIVE USE OF FORCE RECORDED ON TAPE, DONE TO THE PLAINTIFF BY OFFICERS VANDUSSEN, PIRO, AND SEDOWSKI. THE TAPE I NEED FOR VANDUSSEN IS ON MAY 16, 2008. THE TAPE I NEED FOR OFFICER PIRO FOR DELIBERATE INDIFFERENCE TO MY SERIOUS MEDICAL CONDITIONS, AS WELL AS EXCESSIVE USE OF FORCE IS ON MAY 31, 2008. I NEED THE TAPES FROM THE INCIDENT BACK IN 2006, IN THE FALL WHEN OFFICER SEDOWSKI USED EXCESSIVE USE OF FORCE. I NEED THE INCIDENT REPORT WRITTEN BY OFFICER SEDOWSKI, SO I CAN FIND OUT THE EXACT DATE AND TIME THE INCIDENT OCCURRED. I NEED ALL TAPES RECORDED

PAGE 4

IN MEDICAL UNIT, MEDICAL CELL NUMBER TWO, WHERE THE PLAINTIFF WAS LIVING, STARTING FROM MAY 1, 2008 ALL THE WAY TO JULY 10, 2008. I NEED THOSE SPECIFIC TAPES TO PROVE OFFICERS VANDUSSEN, ULLRICH, AND SHERIFF HUSTON VIOLATED THE PLAINTIFF'S LIVING CONDITIONS, AND ALSO TO PROVE THAT I NEVER WAS GIVEN A DUE PROCESS HEARING AT ALL DURING MY INCARCERATION AT THE TAZEWELL COUNTY JUSTICE CENTER, AND ALSO TO PROVE THAT I WAS ILLEGALLY PUNISHED IN A CRUEL AND UNUSUAL WAY. I NEED THOSE TAPES TO ALSO PROVE THAT MY FIRST AMENDMENT RIGHTS WERE VIOLATED BY OFFICER VANDUSSEN AND OFFICER ULLRICH, THROUGH NOT ONLY THEIR WORDS, BUT MORE IMPORTANTLY, THEIR DIRECT INTENSIONAL ACTIONS TO PUNISH THE PLAINTIFF, IN RETALIATION. I NEED THE TAPE FROM MAY 26, 2008 TO PROVE FURTHER THAT NURSE JESSICA,

IN THE BOOKING ROOM, WAS DELIBERATELY INDIFFERENT TO THE PLAINTIFF'S SERIOUS MEDICAL CONDITIONS. I NEED MY X-RAYS THAT WERE TAKEN BY MOBILE DIAGNOSTICS THAT WERE ORDERED BY DOCTOR CULLIANAN, WHO IS EMPLOYED AT PEKIN HOSPITAL, WHO ALSO WORKS AT THE TAZEWELL COUNTY JUSTICE CENTER JAIL IN PEKIN, IL 61554. I NEED THOSE X-RAYS ON MY RIGHT FRACTURED KNEE TO PROVE THAT I ACTUALLY HAD A FRACTURED BONE IN MY RIGHT KNEE, AND ANY, AND ALL DOCTOR'S NOTES FROM DR. CULLIANAN, WHO REVIEWED MY X-RAYS. I NEED ALL MENTAL HEALTH RECORDS FROM THE TAZEWELL COUNTY JUSTICE CENTER, TO PROVE THAT I HAVE A MENTAL ILLNESS, AND THAT I SUFFERED AND STILL AM SUFFERING FROM PHYSICAL AND MENTAL ANGUISH PAIN AND SUFFERING FOR A LIFE-TIME, BECAUSE OF OFFICERS

AND A NURSE VIOLATING MY CONSTITUTIONAL RIGHTS, AS DEFINED AND CLEARLY ESTABLISHED IN CASE # 1:08-1101. I NEED ALL CLASSIFICATION DECISIONS FROM THE TAZEWELL COUNTY JUSTICE CENTER TO PROVE MY REASONS WHY OFFICERS WERE KEEPING ME ISOLATED, AND WHAT OFFICERS CLASSIFIED ME AS. ALL OF THIS EVIDENCE THAT I HAVE REQUESTED THE COURT TO COLLECT WILL BE A CRUCIAL FACTOR IN PROVING MY LITIGATIONS AGAINST SHERIFF HUSTON, OFFICER VANDUSSEN, OFFICER ULLRICH, OFFICER PIRO, OFFICER SEDOWSKI, AND NURSE JESSICA IN CASE # 1:08-1101. I NEED THIS MOTION TO BE GRANTED. I PRAY IN GOOD FAITH TO HAVE ALL OF THIS EVIDENCE THAT DIRECTLY PERTAINS TO MY CASE ENTERED AND FILED, AS MY RIGHT UNDER FEDERAL RULE OF CIVIL PROCEDURE RULE 26 (B.)

PRO SE, [signature] RESPECTFULLY SUBMITTED

# CASE #1:08-1101
# "CERTIFICATE OF SERVICE"

I JOSHUA M. THOMAS HEREBY CERTIFY THAT I HAVE MAILED YOU A TRUE AND CORRECT COPY OF A MOTION FOR DISCOVERY FOR COLLECTION OF EVIDENCE TO A CLERK OF THE U.S. COURT TO BE FILED IN SUPPORT OF MY ADDRESS BEING: 2500 MOUNT STERLING, IL RT. 99. SOUTH 62353, WESTERN CORRECTIONAL CENTER, BEING SENT TO THE FEDERAL CLERKS ADDRESS BEING: U.S. DISTRICT COURT, CENTRAL DISTRICT, PEORIA DIVISION, 309 FEDERAL BUILDING, 100 N.E. MONROE, PEORIA, IL 61602. I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE MAILED SUCH DOCUMENT BY PLACING SAME INTO THE U.S. POSTAL MAIL, THIS DAY OF 23RD, AUGUST OF 2008. PLEASE SEND A COPY OF THIS DOCUMENT TO THE DEFENDENTS COUNSEL THAT IS UNKNOWN TO ME AT THIS TIME. /s/ Joshua Thomas